Form B 250E (12/09)

# United States Bankruptcy Court
_____ District Of _____

In re _____ ,   )   Case No. _____
        Debtor*                           )
                                        )   Chapter _____
                                        )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

      A petition under title 11, United States Code was filed against you in this bankruptcy court on _____ (date), requesting an order for relief under chapter _____ of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons.  A copy of the petition is attached.

        Address of the clerk:


At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

        Name and Address of Petitioner's Attorney:


If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.


                                                               _____ (Clerk of the Bankruptcy Court)

    Date: _____           By: _____ (Deputy Clerk)


\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

**CERTIFICATE OF SERVICE**

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

    Print Name : _____

    Business Address: _____

_____