**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Paul Kizel, Esq.
Richard Bernstein, Esq., CPA
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*Counsel to New Mountain Finance Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHSTAR OFFSHORE GROUP, LLC, | Case No. 16-34028 |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that New Mountain Finance Corporation ("**NMFC**") hereby appears by and through its undersigned counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  NMFC, by and through its counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Michael S. Etkin, Esq.
> Paul Kizel, Esq.
> Richard Bernstein, Esq., CPA
> Lowenstein Sandler LLP
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Telephone: (973) 597-2500
> E-mail: metkin@lowenstein.com

99988/2606
08/12/2016 46076338.2

E-mail: pkizel@lowenstein.com
E-mail: rbernstein@lowenstein.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which NMFC, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 12, 2016                         **LOWENSTEIN SANDLER LLP**

/s/ *Michael S. Etkin*
Michael S. Etkin, Esq.
Paul Kizel, Esq.
Richard Bernstein, Esq., CPA
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
*Counsel to New Mountain Finance Corporation*