**DLA Piper LLP (US)**
Vincent P. Slusher
Bar No. 341669
1717 Main Street, Suite 4600
Dallas, Texas 75201
P: 214.743.4500
F: 214.743.4545
E: Vince.slusher@dlapiper.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| | : | Chapter 11 |
| NORTHSTAR OFFSHORE GROUP, LLC | : | |
| | : | |
| Debtor. | : | Case No.: 16-34028 |
| | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the *Order Setting Status Conference* [Docket No. 4] was served (i) upon all parties on the attached Service List via email (if available as indicated) on August 15, 2016 or via overnight courier on August 15, 2016, and (ii) via email on August 15, 2016 upon the parties that receive electronic notice in this case pursuant to the Courts' ECF filing system.

Dated  August 15, 2016.

    Respectfully submitted,

    */s/ Vincent P. Slusher*
    Vincent P. Slusher
    DLA PIPER
    1717 Main Street
    Suite 4600
    Dallas, Texas  75201-4629
    (214) 743-4500

    *Counsel for Petitioning Creditors*

EAST\127542261.1

## SERVICE LIST

| | |
|---|---|
| Northstar Offshore Group, LLC<br>11 Greenway Plaza<br>Suite 2800<br>Houston, Texas 77046 | *Via Overnight Mail* |
| Montco Oil Field Contractor LLC<br>Attn: Carroll Price<br>842 West Sam Houston Parkway<br>Suite 500<br>Houston, Texas 77024 | *Via Email and Overnight Mail* |
| Alliance Offshore LLC<br>Attn: Christopher Winger<br>P.O. Box 999<br>Larose, LA 70373 | *Via Overnight Mail* |
| Alliance Energy Services, LLC<br>Attn: Eric L. Trosclair<br>1725 Engineers Road<br>Belle Chasse, LA 70037 | *Via Overnight Mail* |
| Christine A. March<br>Office of the US Trustee<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002 | *Via Email and Overnight Mail* |