Form B 250E (12/09)

# United States Bankruptcy Court
### Southern District Of Texas

In re  Northstar Offshore Group, LLC  ,           )   Case No. 16-34028
          Debtor*                                                     )
                                                                                  )   Chapter 11
                                                                                  )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

      A petition under title 11, United States Code was filed against you in this bankruptcy court on August 12, 2016 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the clerk:   United States Courthouse
                                          515 Rusk Avenue
                                          Houston, Texas 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

      Name and Address of Petitioner's Attorney:   Vincent P. Slusher
                                                              DLA Piper LLP (US)
                                                              1717 Main St., Suite 4600
                                                              Dallas, TX 75201

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                     DAVID J. BRADLEY      (Clerk of the Bankruptcy Court)

Date: 8-16-2016                      By: [signature]     (Deputy)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005)

## CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

       Print Name :        _____

       Business Address:  _____

                                       _____