IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| NORTHSTAR OFFSHORE GROUP, LLC | § | |
| | § | Case No. 16-34028 |
| Putative Debtor. | § | |

**PUTATIVE DEBTOR NORTHSTAR OFFSHORE GROUP, LLC'S
CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 1011(f) and 7007.1, Putative Debtor Northstar Offshore Group, LLC hereby submits the following Corporate Ownership Statement:

The following entities own more than 10% of any class of Northstar Offshore Group, LLC's equity interests:

a. Platinum Partners Credit Opportunities Master Fund LP;

b. Platinum Partners Liquid Opportunity Master Fund LP;

c. Platinum Partners Value Arbitrage Fund LP;

d. Northstar GOM Holdings Group, LLC; and

e. PPVA Oil and Gas, LLC is an indirect parent of Northstar Offshore Group, LLC based on its ownership of Northstar GOM Holdings Group, LLC.

Dated: September 20, 2016

Respectfully submitted,

*/s/ Lydia T. Protopapas*
Lydia T. Protopapas
Texas Bar No. 00797267
Southern Dist. of Texas Bar No. 21378
Jason W. Billeck
Texas Bar No. 24001740
Southern Dist. of Texas Bar No. 23802

**WINSTON & STRAWN LLP**
1111 Louisiana, 25th Floor
Houston, TX 77002

1

>Telephone: (713) 651-2600
>Facsimile:  (713) 651-2700
>
>*Counsel for Northstar Offshore Group, LLC*

## CERTIFICATE OF SERVICE

I, Lydia Protopapas, hereby certify that, on September 20th, 2016: (A) all counsel of record who are deemed to have consented to electronic service were served with a copy of the *Corporate Ownership Statement* via the Court's CM/ECF system; and (B) the parties named in the attached **Exhibit A** were served with a copy of the *Corporate Ownership Statement* in the manner set forth in Exhibit A.

>*/s/ Lydia T. Protopapas*
>Lydia T. Protopapas

**EXHIBIT A**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Vincent P. Slusher<br>vince.slusher@dlapiper.com<br>Andrew Zollinger<br>andrew.zollinger@dlapiper.com<br>DLA Piper LLP (US)<br>1717 Main Street, Suite 4600<br>Dallas, Texas 75201<br>(214) 743-4500 (telephone)<br>(214) 743-4545 (facsimile)<br>-and-<br>David E. Avraham<br>DLA Piper LLP (US)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Phone: (312) 368-3453<br>Email: David.avraham@dlapiper.com | Christine A March<br>Office of the US Trustee<br>515 Rusk St, Ste 3516<br>Houston, TX 77002<br>713-718-4650 Ext. 239<br>Fax : 713-718-4580<br>Email: christine.a.march@usdoj.gov |
| Michael S. Etkin, Esq.<br>Paul Kizel, Esq.<br>Richard Bernstein, Esq., CPA<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>E-mail: metkin@lowenstein.com<br>E-mail: pkizel@lowenstein.com<br>E-mail: rbernstein@lowenstein.com | Chris A. Stacy<br>Brian A. Baker<br>Stacy & Baker, P.C.<br>1010 Lamar Street, Suite 550<br>Houston, Texas 77002<br>Telephone: (713) 527-9991<br>Facsimile: (713) 527-9992<br>chris.stacy@stacybakerlaw.com<br>brian.baker@stacybakerlaw.com |
| Reese A. O'Connor<br>VINSON & ELKINS LLP<br>1001 Fannin Street, Suite 2500<br>Houston, Texas 77002-6760<br>Tel: 713.758.2222<br>Fax: 713.758.2346<br>roconnor@velaw.com | Carl Doré, Jr.<br>Kim Lewinski<br>Amanda D. Speer<br>Doré Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, Texas 77084<br>Tel: (281) 829-1555<br>Fax: (281) 200-0751<br>E-mail: carl@dorelawgroup.net<br>E-mail: klewinski@dorelawgroup.net<br>E-mail: aspeer@dorelawgroup.net |
| Cade Evans<br>Allen & Gooch, A Law Corporation<br>2000 Kaliste Saloom Road, Suite 400<br>Lafayette, Louisiana 70508<br>Telephone: (337) 291-1660<br>Fax: (337) 291-1665<br>Email: CadeEvans@allengooch.com | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>Telephone: (713) 844-3400<br>Facsimile: (713) 844-3503<br>Email: Houston_bankruptcy@publicans.com |

| | |
|---|---|
| Michael P. Brundage<br>Phelps Dunbar, LLP<br>100 S. Ashley Drive Suite 1900<br>Tampa, Florida 33602<br>Phone: (813)-472-7550<br>Email: michael.brundage@phelps.com | Michael A. Harvey<br>Munsch Hardt Kopf & Harr, PC<br>700 Milam Street, Suite 2700<br>Houston, Texas 77002<br>Tel: (713) 222-4015<br>Fax: (713) 222-5835<br>mharvey@munsch.com |
| Paul J. Goodwine<br>Lindsey M. Johnson<br>Looper Goodwine, P.C.<br>650 Poydras Street, Suite 2400<br>New Orleans, LA  70130<br>Tel:  (504) 503-1500<br>Fax:  (504) 503-1501<br>Email:  pgoodwine@loopergoodwine.com<br>Email: ljohnson@loopergoodwine.com | James W. King<br>Offerman & King, L.L.P.<br>6420 Wellington Place<br>Beaumont, TX  77706<br>Tel:  (409) 860-9000<br>Fax:  (409) 860-9199 |