UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTHSTAR OFFSHORE GROUP, LLC, | § | Case No. 16-34028-MI |
| | § | (Chapter 11) |
| Debtor | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULES 3017(a) and 9007**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**Archrock Partners Operating, L.L.C. f/k/a EXLP Operating, L.L.C.** and **Archrock Services, L.P.,** request that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon its attorneys of record as follows:

**Kevin M. Maraist**
ANDERSON LEHRMAN BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas  78404
Fax (361) 884-1286
Email: kmaraist@albmlaw.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any order, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex or otherwise, which affect or seek to affect this case.

Please take further notice that the foregoing request for notice and service of papers is not a submission by **Archrock Partners Operating, L.L.C. f/k/a EXLP Operating, L.L.C.** or **Archrock Services, L.P.** to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to: (a) have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (c) having the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (d) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which **Archrock Partners Operating, L.L.C. f/k/a EXLP Operating, L.L.C.** and **Archrock Services, L.P.** are, or may be entitled, in law or in equity, all of which are expressly reserved.

Respectfully submitted,

          */s/ Kevin M. Maraist*
Kevin M. Maraist
State Bar No. 12962020

ANDERSON, LEHRMAN, BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas  78404
(361) 884-4981
(361) 884-1286 Fax
Email: kmaraist@albmlw.com

*Attorneys-in-Charge for*
*Archrock Partners Operating L.L.C.* and
*Archrock Services, L.P.*

**CERTIFICATE OF SERVICE**

      I certify that on September 29, 2016, a true and correct photocopy of Notice of Appearance and Request for Service of All Papers was served on all parties authorized to receive notice through the ECF notice system in this case.

      */s/ Kevin M. Maraist*
      Kevin M. Maraist

N:\Kevin\Archrock\Northstar\Not Appear Chp 11.wpd