UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| NORTHSTAR OFFSHORE GROUP L.L.C. | § § § | CASE NO: 16-34028 |
| DEBTOR | § § § | CHAPTER 11 |

**NOTICE UNDER 11 U.S.C. § 546(b) OF CONTINUATION OF PERFECTION OF LIEN UNDER LA R.S. 9:4861 ET SEQ AND 43 U.S.C. § 1333(a)(2)(A)**

Benton Energy Services Co., d/b/a Besco Tubular ("Besco"), a secured creditor herein, hereby serves notice upon Northstar Offshore Group, LLC ("Nortstar") and any other recipients of this Notice, to maintain and continue the perfection of lien granted to Besco pursuant to La R.S. 9:4861 et seq. and 43 U.S.C. § 1333(a)(2)(A), which was perfected through the filing of a Notice of Lien and Privilege on Oil/Gas Well in the principal amount of $288,927.14, and filed in the mortgage records of the Parish of Plaquemines, on November 19, 2016, as File No. 20515-00004419, Book 674, Page 299, a true and correct copy is attached hereto and incorporated herein by reference as Exhibit 1, against the property (South Pass Block 86) more fully described in said Notice and in La. R.S. 9:4863.

This Notice is given under 11 U.S.C. § 546(b)(2) because 11 U.S.C. § 362(a) has stayed Besco from instituting an action against Debtor, as required by La. R.S. 9:4865(B), in order to preserve the privilege perfected under La. R.S. 9:4865(A) as a result of the filing by Besco of the attached Notices of Lien and Privilege.

This Notice is without prejudice to any and all other rights, claims, remedies and causes of action which Besco has or may have against Northstar, the estate or otherwise in the above-captioned bankruptcy proceeding and/or against any third party or other property, or otherwise.

Respectfully submitted this 16th day of November, 2016.

>Respectfully submitted,
>LAW OFFICE OF CHRISTOPHER H. RIVIERE,
>A Professional Law Corporation
>
>___s/ Christopher H. Riviere_____
>CHRISTOPHER H. RIVIERE # 11297
>TODD M. MAGEE #35415
>103 West Third Street
>P.O. Box 670
>Thibodaux, LA  70302
>Telephone: 985-447-7440

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court using CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on November 16, 2016.

> _s/ Christopher H. Riviere_____
>CHRISTOPHER H. RIVIERE