

UNITED STATES BANKRUPTCY COURT · SOUTHERN DISTRICT OF TEXAS

ENTERED
11/18/2016

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 16-34028 |
|---|---|---|---|
| Debtor | In Re: | Northstar Offshore Group, LLC | |

This lawyer, who is admitted to the State Bar of ____New York____:

| | |
|---|---|
| Name | Warren E. Gluck |
| Firm | Holland & Knight LLP |
| Street | 31 West 52nd Street |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 512-3200 |
| Licensed: State & Number | NY, 4701421 |

Seeks to appear as the attorney for this party:

| Creditor/Interested Party Platinum Partners Value Arbitrage Fund L.P. |
|---|
| Dated: 11/03/2016    Signed: _____ |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 11/17/16    Signed: __A. Dolezel__
                           Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed:

November 17, 2016

_____
Marvin Isgur
United States Bankruptcy Judge