IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> Northstar Offshore Group, LLC § <br> § <br> Debtor. § <br> § <br> § | CHAPTER 11 <br><br> Case No. 16-34028-MI |

### REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

First National Bank of Central Texas ("FNBCT"), without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Code, states that it will be represented in this case by Deborah D. Williamson of the law firm of Dykema Cox Smith.

Pursuant to Rule 2002 of the Bankruptcy Rules, FNBCT hereby requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtor be served on it at the following address:

> Deborah D. Williamson
> Dykema Cox Smith
> 112 E. Pecan Street, Suite 1800
> San Antonio, Texas 78205
> (210) 554-5500
> (210) 226-8395 (Fax)
> dwilliamson@dykema.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules, FNBCT's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these

proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated:  November 28, 2016

>Respectfully submitted,
>
>DYKEMA COX SMITH
>112 E. Pecan St., Suite 1800
>San Antonio, Texas 78205
>(210) 554-5500
>(210) 226-8395 (Fax)
>
>By:    */s/  Deborah D. Williamson*
>        Deborah D. Williamson
>        Texas State Bar No. 21617500
>
>**ATTORNEYS FOR FIRST NATIONAL BANK OF CENTRAL TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on this 28th day of November, 2016.

>*/s/  Deborah D. Williamson*
>Deborah D. Williamson

4812-2956-9852.1
735723\000002
11/28/2016 11:27 AM