## United States Bankruptcy Court
### Southern District of Texas

In re    **Northstar Offshore Group, LLC**            Case No.    **16-34028**
                                                       Debtor(s)            Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Northstar GOM Holdings Group LLC<br>425 West 57th Street, 4th Floor<br>New York, NY 10019 | B | 8,889,012.33 | **Preferred** |
| Northstar GOM Holdings Group LLC<br>425 West 57th Street, 4th Floor<br>New York, NY 10019 | N/A | 110,987.67 | Common |
| **Platinum Partners Credit Opportunities Master Fund LP**<br>425 West 57th Street, 4th Floor<br>New York, NY 10019 | A | 27,469,000.00 | **Preferred** |
| **Platinum Partners Liquid Opportunity Master Fund LP**<br>425 West 57th Street, 4th Floor<br>New York, NY 10019 | A | 6,894,642.86 | **Preferred** |
| **Platinum Partners Value Arbitrage Fund LP**<br>425 West 57th Street, 4th Floor<br>New York, NY 10019 | A | 34,686,357.14 | **Preferred** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _CFO, Sr. V.P._ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    December 2, 2016          Signature    _/s/ Avery C. Alcorn_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.