**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|                          |   |                          |
|--------------------------|---|--------------------------|
| **In re:**               | § |                          |
|                          | § |                          |
| **NORTHSTAR OFFSHORE**   | § | **Case No. 16-34028 (MI)** |
| **GROUP, LLC,**          | § |                          |
|                          | § | **(Chapter 11)**         |
|               **DEBTOR.**| § |                          |

**AFFIDAVIT OF SERVICE**

I, Justin J. Ra, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned Chapter 11 case.

On December 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order Authorizing the Debtors to Pay Certain Royalties and Severance Taxes that Accrued During the Gap Period [Docket No. 124]

- Order Authorizing the Debtor to Maintain and Perform Its Obligations to Employees in Accordance with Pre-Petition Practice of the Debtor [Docket No. 125]

- Order Appointing Prime Clerk LLC as Claims, Noticing and Solicitation Agent [Docket No. 126]

- Order (A) Extending Time to File Schedule of Assets and Liabilities, Schedule of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs and (B) Authorizing the Proposed Form and Manner of Notice of Commencement of this Chapter 11 Case [Docket No. 127]

- Order Granting Motion for Leave to Substitute Counsel and Withdraw Appearance [Docket No. 128]

- Interim Order (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 129]

- Order Granting Complex Chapter 11 Bankruptcy Case Treatment and Setting Bar Date for Proofs of Claim (ECF No. 1, 88, 93 and 103) [Docket No. 131]

- Order Granting Emergency Motion for Order Providing Adequate Assurance of Utility Payments [Docket No. 137]

On December 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Banks Service List attached hereto as **Exhibit B**:

- Interim Order (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 129]

On December 8, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Utility Service List attached hereto as **Exhibit C**:

- Order Granting Emergency Motion for Order Providing Adequate Assurance of Utility Payments [Docket No. 137]

Dated: December 13, 2016

Justin J. Ra

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 13, 2016, by Justin J. Ra, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

2

SRF 12588

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Lien Holder | All Coast, LLC | Attn:  President or General Counsel<br>151 Southpark Rd., 3rd Floor<br>Lafayette LA 70508 | ballemand@allcoastllc.com<br>dhotard@allcoastllc.com | Email |
| Counsel to Quality Construction & Production, LLC, Quality Production Management, LLC and Traco Production Services, Inc. | Allen & Gooch, A Law Corporation | Attn: Cade Evans<br>2000 Kaliste Saloom Road<br>Suite 400<br>Lafayette LA 70508 | CadeEvans@allengooch.com | Email |
| Top 20 | Alliance Energy Services, LLC | Attn:  President or General Counsel<br>P.O. BOX 999<br>LaRose LA 70373 | swilliams@allianceoffshore.com | Email |
| Lien Holder | Alliance Offshore, LLC | Attn:  President or General Counsel<br>P. O. Box 999<br>Larose LA 70373 | swilliams@allianceoffshore.com | Email |
| Counsel to Archrock Partners Operating, L.L.C. f/k/a EXLP Operating, L.L.C. and Archrock Services, L.P. | Anderson Lehrman Barre & Maraist, LLP | Attn: Kevin M. Maraist<br>Gaslight Square<br>1001 Third Street, Suite 1<br>Corpus Christi TX 78404 | kmaraist@albmlaw.com | Email |
| Counsel to Arena Limited SPV, LLC | Andrews Kurth Kenyon LLP | Attn: Timothy A. Davidson II, Joseph P. Rovira<br>600 Travis<br>Suite 4200<br>Houston TX 77002 | taddavidson@andrewskurth.com<br>josephrovira@andrewskurth.com | Email |
| Top 20 | Ankor Energy LLC | Attn:  Amy Brumfield<br>1615 Poydras St., Suite 1100<br>New Orleans LA 70112 | abrumfield@ankorenergy.com<br>bprat@ankorenergy.com | Email |
| Top 20 | Archrock Partners, L.P. | Attn:  President or General Counsel<br>P.O. Box 201160<br>Dallas TX 75320-1160 | jeff.eskridge@archrock.com | Email |
| Interested Party | Arena Limited SPV, LLC | Attn: Greg White<br>405 Lexington Avenue<br>59th Floor<br>New York NY 10174 | gwhite@arenaco.com<br>grace.paulsen90@gmail.com | Email |
| Lien Holder | ARK*LA*TEX Wireline Services, LLC | Attn:  President or General Counsel<br>P.O. Box 677231<br>Dallas TX 75267-7231 | ar@arklatex.com | Email |
| Assistant Attorney General of the State of Louisiana | Assistant Attorney General of the State of Louisiana | Attn:  Ryan M. Seidemann, Esq.<br>Civil Division/Lands & Natural Resources<br>P.O. Box 94005<br>Baton Rouge LA 70804-9005 | SeidemannR@ag.state.la.us | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 | Axip Energy Services, LP | Attn:  President or General Counsel<br>P.O. Box 732170<br>Dallas TX 75373-2170 | axipaccountsreceivable@axip.com | Email |
| Top 20 | B&J Martin, Inc. | Attn:  President or General Counsel<br>P.O. Box 448<br>Cut Off LA 70345 | matt@bjmartininc.com | Email |
| Counsel to American Express Travel Related Services Company, Inc. | Becket & Lee LLP | Attn: Lynn Brown, Claims Administrator<br>P.O. Box 3001<br>Malvern PA 19355-0701 | | First Class Mail |
| Lien Holder | Blanchard Contractors, Inc. | Attn:  President or General Counsel<br>P.O. Box 884<br>Cut Off LA 70345 | dfrancis@blanchardcontractors.com<br>svegas@blanchardcontractors.com | Email |
| Counsel to Production Hook-Up Services, Inc. | Boyer, Hebert, Abels & Angelle, LLC | Attn: Bart J. Hebert<br>401 East Mills Avenue<br>Breaux Bridge LA 70517 | bhebert@bhaalaw.com | Email |
| BP Energy Company | BP Energy Company | Attn:  Frank M. Verducci<br>201 Helios Way<br>Houston TX 77079 | frank.verducci@bp.com | Email |
| Bureau of Ocean Energy Management (BOEM) | Bureau of Ocean Energy Management (BOEM) | Attn:  President or General Counsel<br>1849 C Street, NW<br>Washington DC 20240 | BOEMPublicAffairs@boem.gov | Email |
| Bureau of Safety & Environmental Enforcement (BSEE) | Bureau of Safety & Environmental Enforcement (BSEE) | Attn:  President or General Counsel<br>1849 C Street, NW<br>Washington DC 20240 | | First Class Mail |
| Cameron Parish Tax Collector | Cameron Parish Tax Collector | Attn:  Christi Landry<br>P.O. Box 1250<br>Cameron LA 70631-1250 | Christi@cameronso.org | Email |
| Lien Holder | Diverse Scaffold Solutions, LLC | Attn:  President or General Counsel<br>P.O. Box 919357<br>Dallas TX 75391-9357 | cduhon@dupre.com | Email |
| Counsel to Montco Oilfield Contractors, LLC, Alliance Offshore, LLC and Alliance Energy Services, LLC | DLA Piper LLP (US) | Attn: David E. Avraham, Esq.<br>203 N. LaSalle Street<br>Suite 1900<br>Chicago IL 60601 | david.avraham@dlapiper.com | Email |
| Counsel to Montco Oilfield Contractors, LLC, Alliance Offshore, LLC and Alliance Energy Services, LLC | DLA Piper LLP (US) | Attn: Vincent P. Slusher, Esq. & Andrew Zollinger, Esq.<br>1717 Main St.<br>Suite 4600<br>Dallas TX 75201 | vince.slusher@dlapiper.com<br>andrew.zollinger@dlapiper.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wood Group PSN, Inc. | Doré Law Group, P.C. | Attn: Carl Doré, Jr., Kim Lewinski, Amanda D. Speer<br>17171 Park Row<br>Suite 160<br>Houston TX 77084 | carl@dorelawgroup.net<br>klewinski@dorelawgroup.net<br>aspeer@dorelawgroup.net | Email |
| Counsel to Gulf-Pro Services, LLC | Duval, Funderburk, Sundbery, Richard & Watkins | Attn: Stanwood R. Duval<br>101 Wilson Avenue (70364)<br>Post Office Box 3017<br>Houma LA 70361 | stan@duvallawfirm.com | Email |
| Counsel to First National Bank of Central Texas | Dykema Cox Smith | Attn: Deborah D. Williamson<br>112 E. Pecan Street,<br>Suite 1800<br>San Antonio TX 78205 | dwilliamson@dykema.com | Email |
| Counsel to Integrity Supply, LLC | Edwards & Edwards | Attn: R. Chadwick Edwards, Jr.<br>P.O. Box 217<br>Abbeville LA 70511-0217 | tanya@chadedwardslaw.com | Email |
| Eleanor Fiduciary Services, LLC | Eleanor Fiduciary Services, LLC | Attn: Tim Daileader<br>c/o Drivetrain, LLC<br>630 Third Avenue, 21st Floor<br>New York NY 10017 | tdaileader@drivetrainadvisors.com | Email |
| Top 20 | Energy XXI Gulf Coast, Inc. | Attn: President or General Counsel<br>1021 Main, Ste 2626<br>Houston TX 77002 | lcollins@energyxxi.com | Email |
| Top 20 | Enven Energy Ventures LLC | Attn: President or General Counsel<br>333 Clay St., Suite 4200<br>Houston TX 77002 | ngibbens@enven.com | Email |
| Environmental Protection Agency - Region 6 | Environmental Protection Agency | Attn: Bankruptcy Division<br>1445 Ross Avenue<br>Ste. 1200<br>Dallas TX 75202 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Office of General Counsel 2310A<br>USEPA William Jefferson Clinton Building North (WJC North)<br>1200 Pennsylvania Avenue NW<br>Washington DC 20004 | | First Class Mail |
| Lien Holder | Extreme Energy Services, LLC | Attn: President or General Counsel<br>P.O. Box 1468<br>Broussard LA 70518 | mhollier@ees-tt.com<br>nabshire@ees-tt.com | Email |

In re: Northstar Offshore Group, LLC
Case No. 16-34028 (MI)
Page 3 of 9

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 | Fieldwood Energy LLC | Attn: President or General Counsel 2000 West Sam Houston Parkway, Suite 1200 Houston TX 77042 | William.getschow@fwellc.com mdane@fwellc.com | Email |
| Top 20 | High Island Offshore System, LLC | Attn: President or General Counsel 919 Milam, Suite 2100 Houston TX 77002 | Ronald.fulcher@genlp.com | Email |
| Counsel to Matthew James Wright and Christopher Barnett Kennedy as joint liquidators of Platinum Partners Value Arbitrage Fund LP | Holland & Knight LLP | Attn: Warren E. Gluck, Esq., Barbra R. Parlin, Esq., & Arthur E. Rosenberg, Esq. 31 West 52nd Street, 12th Floor New York NY 10019 | Warren.gluck@hklaw.com Barbra.parlin@hklaw.com Arthur.rosenberg@hklaw.com | Email |
| Counsel to Matthew James Wright and Christopher Barnett Kennedy as joint liquidators of Platinum Partners Value Arbitrage Fund LP | Holland & Knight LLP | Attn: Robert W. Jones 200 Crescent Court Suite 1600 Dallas TX 75201 | robert.jones@hklaw.com | Email |
| Counsel to Platinum Partners Liquid Opportunity Master Fund LP & Platinum Partners Credit Opportunities Master Fund LP | Hoover Slovacek LLP | Attn: Edward L. Rothberg, Esq., Melissa A. Haselden, Esq., & Brendetta A. Scott, Esq. Galleria Tower II 5051 Westheimer, Suite 1200 Houston TX 77056 | Rothberg@hooverslovacek.com haselden@hooverslovacek.com scott@hooverslovacek.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation 2970 Market St. Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation PO Box 7346 Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Peregrine Oil & Gas, LP & Peregrine Oil a& Gas | Jones Gill LLP | Attn: Joseph D. Porter 6363 Woodway Dr. Suite 1100 Houston TX 77057 | jporter@jonesgill.com | Email |
| Counsel to Cased Hole Well Services, LLC | Keeling Law, LLC | Attn: Kevin A. Keeling 3310 Katy Freeway Suite 100 Houston TX 77007 | litigation@keelinglaw.com kenk@keelinglaw.com kevink@keelinglaw.com msolomon@keelinglaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Eleanor Fiduciary Services, LLC | Latham & Watkins LLP | Attn:  Mitchell A. Seider & Jeffrey T. Mispagel<br>885 Third Avenue<br>New York NY 10022-4834 | Mitchell.seider@lw.com<br>jeffrey.mispagel@lw.com | Email |
| Counsel to Benton Energy Services d/b/a Besco Tubular | Law Office of Christopher H. Riviere, APLC | Attn: Christopher H. Riviere<br>103 West Third Street<br>PO Box 670<br>Thibodaux LA 70302-0670 | criviere@rivierelaw.com | Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Medco Energi US, LLC and Starfish Pipeline Company | Liskow & Lewis | Attn: Philip K. Jones Jr., Dena L. Olivier, Michael D. Rubenstein<br>One Shell Square, Suite 5000<br>701 Poydras Street<br>New Orleans LA 70139 | pkjones@liskow.com<br>mdrubenstein@liskow.com<br>dlolivier@liskow.com | Email |
| Counsel to Argonaut Insurance Co. | Looper Goodwine, P.C. | Attn: Paul J. Goodwine, Lindsey M. Johnson<br>650 Poydras Street<br>Suite 2400<br>New Orleans LA 70130 | pgoodwine@loopergoodwine.com<br>ljohnson@loopergoodwine.com | Email |
| Counsel for New Mountain Finance Corp. | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Paul Kizel, Esq. & Attn:  Richard Bernstein, Esq., CPA<br>65 Livingston Avenue<br>Roseland NJ 07068 | metkin@lowenstein.com<br>pkizel@lowenstein.com<br>rbernstein@lowenstein.com | Email |
| Top 20 | M21K, LLC | Attn:  President or General Counsel<br>1021 Mail Street, Suite 2626<br>Houston TX 77002 | lcollins@energyxxi.com | Email |
| Top 20 | Montco Oilfield Contractors | Attn:  President or General Counsel<br>842 West Sam Houston Pkwy N<br>Suite 500<br>Houston TX 77024 | amy.heinz@montco.com | Email |
| Counsel to Power Torque Services | Munsch Hardt Kopf & Harr, PC | Attn: Michael A. Harvey<br>700 Milam Street<br>Suite 2700<br>Houston TX 77002 | mharvey@munsch.com | Email |
| Top 20 | National Oilwell Varco | Attn:  President or General Counsel<br>P.O. Box 202631<br>Dallas TX 75320 | dolly.cheramie@nov.com | Email |

In re: Northstar Offshore Group, LLC
Case No. 16-34028 (MI)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| New Mountain Finance Corp. | New Mountain Finance Corp. | Attn:  Harris Kealey<br>787 7th Avenue, 49th Floor<br>New York NY 10019 | hkealey@newmountaincapital.com | Email |
| Northstar GOM Holdings Group LLC | Northstar GOM Holdings Group LLC | Attn: President or General Counsel<br>11 Greenway Plaza, Suite 2800<br>Houston TX 77046 | | First Class Mail |
| Top 20 | Nov Brandt | Attn:  President or General Counsel<br>P.O. Box 202631<br>Dallas TX 75320 | Kelly.braswell@nov.com | Email |
| Lien Holder | NXT Oilfield Rentals LLC | Attn: President or General Counsel<br>201 Rue De Jean, Suite 200<br>Lafayette LA 70508 | | First Class Mail |
| Counsel to Crain Brothers, Inc. | Offerman & King, L.L.P. | Attn: James W. King<br>6420 Wellington Place<br>Beaumont TX 77706 | jking@offermanking.com | Email |
| Top 20 | Office of Natural Resource Revenue | Attn:  President or General Counsel<br>P.O. Box 25165<br>Denver CO 80225-0165 | fdrcustomerservice@cbecompanies.com | Email |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn:  Christine March, Esq.<br>515 Rusk Street<br>Suite 3516<br>Houston TX 77002 | christine.a.march@usdoj.gov | Email |
| Top 20 | Offshore Contract Services, LLC | Attn: Douglas Schaefer<br>11 Greenway Plaza, Suite 2850<br>Houston TX 77046 | dschaefer@offshoreservicesllc.com | Email |
| Counsel to Richard Schmidt, Trustee for the Black Elk Energy Litigation Trust and The Black Elk Liquidating Trust | Okin Adams LLP | Attn: Matthew S. Okin & David L. Curry, Jr.<br>1113 Vine St.<br>Suite 201<br>Houston TX 77002 | mokin@okinadams.com<br>dcurry@okinadams.com | Email |
| Lien Holder | Patterson Services, Inc. | Attn:  President or General Counsel<br>P.O. Box 203379<br>Dallas TX 75320-3379 | rrichter@pattersonservices.com | Email |
| Counsel to Grand Isle Shipyard, Inc. | Phelps Dunbar, LLP | Attn: Michael P. Brundage<br>100 S. Ashley Drive<br>Suite 1900<br>Tampa FL 33602 | michael.brundage@phelps.com | Email |
| Placquemines Parish Tax Collector | Placquemines Parish Tax Collector | Attn:  President or General Counsel<br>8022 Hwy. 23<br>Belle Chasse LA 70037 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Lien Holder | Quality Energy Services, Inc. | Attn:  President or General Counsel P.O. Box 3190 Houma LA 70361 | | First Class Mail |
| Top 20 | Quality Production Management | Attn:  President or General Counsel P.O. Box 3307 Lafayette LA 70502-3307 | pviator@qualitycompanies.com tcollins@qualitycompanies.com | Email |
| Top 20 | R&R Energy Services LLC | Attn:  President or General Counsel P.O. Box 4177 Houma LA 70361 | charlesl@rrenergyservices.com | Email |
| Joint Official Liquidators for Platinum Partners Value Arbitrage Fund (International) Limited and Platinum Partners Value Arbitrage Fund LP | RHSW (Cayman) Limited | Attn:  Christopher B. Kennedy & Matthew J. Wright Windward 1, Regatta Office Park P.O. Box 897, West Bay Road Grand Cayman  KY1-1103 Cayman Islands | ckennedy@rhswcaribbean.com mwright@rhswcaribbean.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury 100 F St NE Washington DC 20549 | secbankruptcy@sec.gov NYROBankrutpcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn:  David Woodcock Burnett Plaza 801 Cherry St., Ste. 1900 Unit 18 Fort Worth TX 76102 | dfw@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn:  Bankruptcy Department Brookfield Place 200 Vesey Street Ste. 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Ordinary Course Counsel to Debtor | Slattery Marino & Roberts | Attn:  Anthony C. Marino 1100 Poydras Street, Suite 1800 New Orleans LA 70163 | amarino@smr-lawfirm.com | Email |
| Counsel to Thomas Energy Services, LLC d/b/a Thomas Tools, LLC | Snow Spence Green LLP | Attn: Holly C. Hamm 2929 Allen Parkway Suite 2800 Houston TX 77019 | hollyhamm@snowspencelaw.com | Email |
| Top 20 | Spartan Offshore Drilling, LLC | Attn:  President or General Counsel P. O. Box 677343 Dallas TX 75267-7343 | chellyer@spartanoffshore.com | Email |
| Counsel to National Oilwell Varco | Stacy & Baker, P.C. | Attn: Chris A. Stacy, Brian A. Baker 1010 Lamar Street Suite 550 Houston TX 77002 | chris.stacy@stacybakerlaw.com brian.baker@stacybakerlaw.com | Email |

In re: Northstar Offshore Group, LLC
Case No. 16-34028 (MI)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Lien Holder | State Service Holding LLC | Attn:  President or General Counsel P.O. Box 1321 Rockport Texas 78381 | | First Class Mail |
| Top 20 | Stingray Pipeline Company, LLC | Attn:  President or General Counsel 4329 Paysphere Circle Chicago IL 60674 | aaron.bellinghausen@mcpoperating.com | Email |
| Superior Energy Services, L.L.C. and Warrior Energy Services Corp. | Superior Energy Services, Inc. | Attn: Jean Paul P. Overton, Assistant General Counsel 1001 Louisiana St. Suite 2900 Houston TX 77002 | jeanpaul.overton@superiorenergy.com | Email |
| Texas Attorney General | Texas Attorney General | Attn:  Civil Division PO Box 12548 Austin TX 78711-2548 | | First Class Mail |
| Lenders/Equity Shareholders | The First National Bank of Central Texas | Attn:  Randall W. Crawford 1835 North Valley Mills Drive Waco TX 76710 | rcrawford@fnbct.com | Email |
| Counsel to Process Solutions & Products, L.L.C. | Timothy J. Henderson | Attn: Timothy J. Henderson 6300 West Loop South Suite 280 Bellaire TX 77401 | timjhenderson@msn.com | Email |
| Lien Holder | Triton Diving Services, LLC | Attn:  President or General Counsel Dept. 1772 P.O. Box 11407 Birmingham AL 35246-1772 | markjeansonne@tritondiving.net | Email |
| Counsel to the United States Department of the Interior | U.S. Department of Justice, Civil Division | Attn: Eunice R. Hudson 1100 L Street N.W. Rm 10064 Washington DC 20005 | Eunice.R.Hudson@usdoj.gov | Email |
| Counsel to the United States Department of the Interior | U.S. Department of Justice, Civil Division | Attn: Theodore B. Randles 1100 L Street N.W. Rm 10060 Washington DC 20005 | Theodore.B.Randles@usdoj.gov | Email |
| US Attorney for the Southern District of Texas | US Attorney for Southern District of Texas | Attn:  Kenneth Magidson, Esq. One Shoreline Plaza South Tower 800 N Shoreline Blvd., Ste. 500 Corpus Christi TX 78401 | usatxs.atty@usdoj.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Spartan Offshore Drilling | VINSON & ELKINS LLP | Attn: Reese A. O'Connor<br>1001 Fannin Street<br>Suite 2500<br>Houston TX 77002 | roconnor@velaw.com | Email |
| Top 20 | Wood Group PSN, Inc. | Attn:  President or General Counsel<br>P.O. Box 301415<br>Dallas TX 75303-1415 | leslie.barnett@woodgroup.com | Email |

**<u>Exhibit B</u>**

Exhibit B

Banks Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Capital One Bank | Attn: President or General Counsel | 1680 Capital One Drive | McLean | VA | 22102 |
| Comerica Bank | Attn: President or General Counsel | 1717 Main Street | Dallas | TX | 75201 |

In re: Northstar Offshore Group, LLC

Case No. 16-34028 (MI)

**<u>Exhibit C</u>**

Exhibit C

Utility Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| Birch Communications, Inc. | Attn: President or General Counsel | 320 Interstate North Parkway, SE | Suite 300 | Atlanta | GA | 30339 |
| Birch Communications, Inc. | P.O. Box 105066 | | | Atlanta | GA | 30348-5066 |
| Broadpoint | Attn: President or General Counsel | 7501 Wisconsin Avenue, Suite 720W | | Bethesda | MD | 20814 |
| Broadpoint | P.O. Box 54898 | | | New Orleans | LA | 70154-4898 |
| Cameron Parish Waterworks | Attn: President or General Counsel | 6246 Gulf Beach Hwy | | Cameron | LA | 70631 |
| Cameron Parish WWD No 7 | Attn: President or General Counsel | 184 East Creole Hwy | | Creole | LA | 70632 |
| Cameron Telephone Company | Attn: President or General Counsel | 153 West Dave Dugas Rd. | | Sulpher | LA | 70665 |
| Cameron Telephone Company | P.O. Box 110 | | | Sulpher | LA | 70664-0110 |
| Jeff Davis Electric Co-Op Inc | Attn: President or General Counsel | 815 Hwy 384 | | Bell City | LA | 70630-5000 |
| Rignet Inc | Attn: President or General Counsel | 1880 S Dairy Ashford | Ste 300 | Houston | TX | 77077 |

In re: Northstar Offshore Group, LLC

Case No. 16-34028 (MI)