**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **NORTHSTAR OFFSHORE** | § | **Case No. 16-34028** |
| **GROUP, LLC,** | § | |
| | § | **(Chapter 11)** |
| **DEBTOR.** | § | |

**NOTICE OF (I) REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN**
**CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES,**
**AND (II) PROPOSED CURE AMOUNTS**

TO ALL COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES
PLEASE TAKE NOTICE THAT:

PLEASE TAKE NOTICE THAT on August 12, 2016, Montco Oilfield Contractors, LLC, Alliance Offshore, LLC, and Alliance Energy Services, LLC (collectively, the "Petitioning Creditors") filed an involuntary chapter 11 petition (the "Involuntary Petition") [Docket No. 1] against Northstar Offshore Group, LLC ("Northstar" or the "Debtor") pursuant to section 303 of the Bankruptcy Code commencing the above-referenced chapter 11 case (the "Chapter 11 Case") in the U.S. Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE THAT on December 2, 2016 ("Voluntary Petition Date"), Northstar agreed to convert the involuntary case to a voluntary case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code ("Voluntary Petition") [Docket No 88].   Between the Involuntary Petition Date and the Voluntary Petition Date (the "Gap Period") the Debtor continued to operate its business under § 303(f).   Since the Voluntary Petition Date, the Debtor has continued in possession and management of its business and properties as a debtor-in-possession.

PLEASE TAKE FURTHER NOTICE THAT on April 12, 2017, Northstar  filed a motion [Docket No. 437], as supplemented  [Docket No. 482] (the "Motion")[1] for an order approving, among other things, (a) entry of an order (the "Sale Order") authorizing and approving the sale of any or all of its assets (collectively, the "Assets") free and clear of liens, claims, encumbrances and other interests (the "Sale"); and (b) procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "Contracts").   Please note that all capitalized terms used but not defined herein have the meanings set forth in the Motion.

---

[1]  The Debtor sought relief pursuant to sections 105, 363 and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (as amended, the "Bankruptcy Code") and Rules 2002, 6004, 6006, 9006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that on May 11, 2017, the Court entered an order [Docket No. 504] (the "Bidding Procedures Order") granting certain of the relief sought in the Motion, including, among other things, approving: (a) the bidding procedures for the Sale of the Assets (the "Bidding Procedures"); and (b) procedures for the assumption and assignment of Contracts (the "Assumption and Assignment Procedures"). Copies of the Bidding Procedures Order (which incorporates the Assumption and Assignment Procedures and the Bidding Procedures) are on Prime Clerk's website at: https://cases.primeclerk.com/northstar.

PLEASE TAKE FURTHER NOTICE that the Debtor will seek approval of the Sale at a hearing (the "Sale Hearing") scheduled to take place on **July 17, 2017 at 9:00 a.m. (Central Time)**, scheduled to be held before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk, Houston, TX 77002.  The Sale Hearing may be adjourned or rescheduled by the Debtor by motion at or before the Sale Hearing.

PLEASE TAKE FURTHER NOTICE THAT upon the closing of the Sale of Assets, the Debtor may seek to assume and assign to one or more Successful Bidder(s) for the Assets at the Auction (as defined in the Bidding Procedures Order) (each an "Assignee") the Contracts and any modifications thereto set forth on **Exhibit A** hereto (collectively, the "Assumed and Assigned Contracts").  In addition, the cure amounts, if any, necessary for the assumption and assignment of the Assumed and Assigned Contracts (the "Cure Amounts") are set forth on Exhibit A.  The proposed effective date of the assignments (subject to the right of the Debtor and the Buyer to withdraw such request for assumption and assignment of the Assumed and Assigned Contracts prior to the Closing Date) is the Closing Date scheduled for August 1, 2017.

PLEASE TAKE FURTHER NOTICE THAT as soon as practicable after the conclusion of the Auction, the Debtor shall file with the Court and serve by first-class mail, facsimile, electronic transmission, or overnight mail on the Contract Counterparty (and its attorney, if known) to each Assumed and Assigned Contract a notice (the "Successful Bidder Notice"): (a) identifying the Successful Bidder(s); (b) stating which Contract(s) will be assumed and assigned thereto; and (c) containing a statement as to the Successful Bidder(s)' ability to perform the Debtor's obligations under the applicable Assumed and Assigned Contracts.

**PARTIES LISTED ON EXHIBIT A HERETO ARE RECEIVING THIS NOTICE BECAUSE THE DEBTOR HAS IDENTIFIED THEM AS A POTENTIAL COUNTERPARTY TO AN ASSIGNED CONTRACT**.  Under the terms of the Assumption and Assignment Procedures, if at any time prior to the Closing the Sale(s) the Debtor identifies additional prepetition executory contracts and/or leases to be assumed and assigned to a Successful Bidder as Assumed and Assigned Contracts, the Debtor shall serve a supplemental Assumption and Assignment Notice by facsimile, electronic transmission, hand delivery or overnight mail on the applicable contract counterparty(ies) (and its attorney, if known) to each supplemental Assumed and Assigned Contract at the last known address available to the Debtor by no later than fourteen (14) days before the he proposed effective date of the assignment.  Such Contract Counterparty shall have a period of fourteen (14) days from receipt of the supplemental Assumption and Assignment Notice to file with the Bankruptcy Court any objection to the proposed cure amount or the assumption and assignment of such Contract(s), as applicable, as

will be set forth in the supplemental Assumption and Assignment Notice.  The presence of a Contract or Lease on an Assumption and Assignment Notice does not constitute an admission that such Contract or Lease is an executory contract or unexpired lease.

## Assumed and Assigned Contract Objection Procedures

PLEASE TAKE FURTHER NOTICE THAT except as otherwise set forth in the Bidding Procedures Order, objections or responses, if any, to the assumption and assignment of the Assumed and Assigned Contracts, including, without limitation, any objection to the Debtor's proposed Cure Amount must (i) be in writing; (ii) be signed by counsel or attested to by the objecting party; (iii) be in conformity with the Bankruptcy Rules and the Local Rules of the Court; (iv) be filed with the Clerk of the Bankruptcy Court, by no later than **Friday, June 16, 2017 at 5:00 p.m. (Central Time)** (the "General Objection Deadline") (other than objections filed in response to the Successful Bidder Notice or any supplemental Assumption and Assignment Notice, as set forth above); provided however a Contract Counterparty objecting on the grounds of adequate assurance of future performance set forth in the Successful Bidder Notice has until **Friday, July 14, 2017 at 12:00 p.m. (Central Time)** to file an objection, (v) serve the objection in accordance with the Local Rules, (vi) identify the contract(s) or lease(s) to which the Counterparty is party; (vii) describe with particularity any cure the claimant contends is required under Section 365 of the Bankruptcy Code (the "Cure Claim") and identify the basis(es) of the alleged Cure Claim under the contract or lease; and (viii) attach all documents supporting or evidencing the Cure Claim, and (ix) if the response contains an objection to Adequate Assurance, state with specificity what the objecting party believes is required to provide Adequate Assurance.

## CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION

ANY COUNTERPARTY TO AN ASSUMED AND ASSIGNED CONTRACT WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF AN ASSUMED AND ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON EXHIBIT A IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER AND THE ASSUMPTION AND ASSIGNMENT PROCEDURES SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED AND ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON EXHIBIT A, INCLUDING ASSERTING ADDITIONAL CURE AMOUNTS WITH RESPECT TO THE ASSUMED AND ASSIGNED CONTRACT RELATING TO ANY PERIOD PRIOR TO THE TIME OF ASSUMPTION AND ASSIGNMENT.

## Obtaining Additional Information

PLEASE TAKE FURTHER NOTICE that copies of the Motion, and any exhibits thereto, including the Bidding Procedures Order, Bidding Procedures, and the Form APA, are available at http://cases.primeclerk.com/northstar.

Dated: May 26, 2017                                        Respectfully submitted,

                                                           DIAMOND McCARTHY LLP

                                                           */s/ Charles M. Rubio*
                                                           Kyung S. Lee
                                                           TBA No. 12128400
                                                           Charles M. Rubio
                                                           TBA No. 24083768
                                                           Christopher R. Murray
                                                           TBA No. 24081057
                                                           Two Houston Center
                                                           909 Fannin, 15th Floor
                                                           Houston, TX 77010
                                                           Telephone: (713) 333-5100
                                                           Facsimile: (713) 333-5199
                                                           klee@diamondmccarthy.com
                                                           crubio@diamondmccarthy.com
                                                           cmurray@diamondmccarthy.com

                                                           *Counsel for Northstar*
                                                           *Offshore Group, LLC, Debtor and*
                                                           *Debtor-in-Possession*

Exhibit A
Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
|---|---|---|---|---|
| | Nature of Debtor's Interest | Date | Field | |
| ANKOR E&P Holdings Corporation | Operating Agreement | N/A | PL 13 | $462,752 |
| Apache Corporation | Operating Agreement | N/A | NA | $0 |
| Apache Corporation | Operating Agreement | N/A | NA | $0 |
| Apache Shelf Exploration, LLC | Operating Agreement | 6/1/2007 | NA | $0 |
| Apache Shelf Exploration, LLC | Operating Agreement | N/A | NA | $0 |
| ARCHROCK PARTNERS, L.P. | Master Service Agreement | | Creole | $327,609 |
| ARCHROCK PARTNERS, L.P. | Master Service Agreement | | Eugene Island 184 | $180,150 |
| ARCHROCK PARTNERS, L.P. | Master Service Agreement | | HIGH ISLAND 571 | $59,229 |
| ARCHROCK PARTNERS, L.P. | Master Service Agreement | | SOUTH MARSH ISLAND 41 | $49,002 |
| ARCHROCK PARTNERS, L.P. | Master Service Agreement | | SOUTH PASS 86 | $41,436 |
| ARCHROCK PARTNERS, L.P. | Master Service Agreement | | WEST CAMERON 20 | $16,541 |
| ARCHROCK PARTNERS, L.P. | Master Service Agreement | | WEST CAMERON 269 | $60,000 |
| Arena Eenrgy, LP | Operating Agreement | 8/22/2012 | NA | $0 |
| Arena Offshore, LP | Operating Agreement | 2/3/2003 | NA | $0 |
| AT CONFERENCE, INC. | Telephone Conference Contract | 8/1/2016 | NA | $0 |
| AT&T MOBILITY | Phone Service | N/A | NA | $0 |
| ATCHAFALAYA MEASUREMENT, INC. | Master Service Agreement | 7 November 2012 | Creole | $10,181 |
| ATCHAFALAYA MEASUREMENT, INC. | Master Service Agreement | 7 November 2012 | High Island 442 | $3,785 |
| ATCHAFALAYA MEASUREMENT, INC. | Master Service Agreement | 7 November 2012 | High Island 443 | $7,937 |
| ATCHAFALAYA MEASUREMENT, INC. | Master Service Agreement | 7 November 2012 | SOUTH PASS 86 | $2,528 |
| ATCHAFALAYA MEASUREMENT, INC. | Master Service Agreement | 7 November 2012 | West Cameron 20 | $365 |
| ATCHAFALAYA MEASUREMENT, INC. | Master Service Agreement | 7 November 2012 | West Cameron 21 | $2,993 |
| ATCHAFALAYA MEASUREMENT, INC. | Master Service Agreement | 7 November 2012 | West Cameron 269 | $6,498 |
| Audra D. Cabral | Operating Agreement | N/A | NA | $0 |
| AXIP ENERGY SERVICES, LP | Master Service Agreement | | West Cameron 21 | $266,000 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | Eugene Island 184 | $55,282 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | High Island 442 | $95,684 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | High Island 443 | $90,425 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | High Island 571 | $146,881 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | SOUTH MARSH ISLAND 287 | $167 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | SOUTH MARSH ISLAND 41 | $24,583 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | SOUTH MARSH ISLAND 8 | $15,741 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | WEST CAMERON 20 | $154,193 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | WEST CAMERON 21 | $13,731 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | WEST CAMERON 269 | $81,918 |
| B & J MARTIN, INC. | Master Service Agreement | 15 September 2012 | WEST CAMERON 44 | $1,659 |
| Badger Oil Corporation | Operating Agreement | N/A | NA | $0 |
| BAGWELL ENERGY SERVICES, INC. | Master Service Agreement | 26 September 2012 | Creole | $5,546 |
| BAGWELL ENERGY SERVICES, INC. | Master Service Agreement | 26 September 2012 | EUGENE ISLAND 184 | $107,154 |

Exhibit A

Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
|---|---|---|---|---|
| | Nature of Debtor's Interest | Date | Field | |
| BAGWELL ENERGY SERVICES, INC. | Master Service Agreement | 26 September 2012 | HIGH ISLAND 442 | $1,764 |
| BAGWELL ENERGY SERVICES, INC. | Master Service Agreement | 26 September 2012 | HIGH ISLAND 443 | $190,054 |
| BAGWELL ENERGY SERVICES, INC. | Master Service Agreement | 26 September 2012 | SOUTH MARSH ISLAND 41 | $110 |
| BAGWELL ENERGY SERVICES, INC. | Master Service Agreement | 26 September 2012 | SOUTH PASS 86 | $79,848 |
| Bandon Oil and Gas, LP | Operating Agreement | N/A | NA | $0 |
| Barton Alan Fisk | Operating Agreement | N/A | NA | $0 |
| Barton. L. Munro, Jr. | Operating Agreement | N/A | NA | $0 |
| Black Elk Energy Offshore Operations, LLC | Operating Agreement | 7/1/2010 | NA | $0 |
| BTA Oil Producers, LLC | Operating Agreement | N/A | NA | $0 |
| BURNER FIRE CONTROL, INC. | Master Service Agreement | 26 September 2012 | HIGH ISLAND 442 | $8,844 |
| BURNER FIRE CONTROL, INC. | Master Service Agreement | 26 September 2012 | HIGH ISLAND 443 | $2,480 |
| BURNER FIRE CONTROL, INC. | Master Service Agreement | 26 September 2012 | HIGH ISLAND 571 | $7,500 |
| BURNER FIRE CONTROL, INC. | Master Service Agreement | 26 September 2012 | SHIP SHOAL 201 | $1,654 |
| BURNER FIRE CONTROL, INC. | Master Service Agreement | 26 September 2012 | SOUTH MARSH ISLAND 41 | $1,683 |
| BURNER FIRE CONTROL, INC. | Master Service Agreement | 26 September 2012 | SOUTH PASS 86 | $3,018 |
| BURNER FIRE CONTROL, INC. | Master Service Agreement | 26 September 2012 | WEST CAMERON 20 | $5,997 |
| Castex Offshore, Inc. | Operating Agreement | N/A | NA | $0 |
| Castex Offshore, Inc. | Operating Agreement | N/A | NA | $0 |
| Castex Offshore, Inc. | Operating Agreement | N/A | NA | $0 |
| Chevron Pipeline Company | Marketing Agreement | 5/15/2013 | NA | $0 |
| Chevron Pipeline Company | Marketing Agreement | 8/14/2013 | NA | $0 |
| Chevron Pipeline Company | Marketing Agreement | 8/14/2013 | NA | $0 |
| Chevron Pipeline Company | Marketing Agreement | 8/14/2013 | NA | $0 |
| Chevron U.S.A. Inc. | Operating Agreement | N/A | NA | $0 |
| Cheyenne International Corp | Operating Agreement | 7/18/2008 | NA | $0 |
| CL&F Resources, LP | Operating Agreement | N/A | NA | $0 |
| COASTAL CREWBOATS, INC. | Master Service Agreement | 23 December 2013 | Creole | $170,820 |
| COASTAL CREWBOATS, INC. | Master Service Agreement | 23 December 2013 | WEST CAMERON 20 | $39,088 |
| COASTAL CREWBOATS, INC. | Master Service Agreement | 23 December 2013 | WEST CAMERON 21 | $12,792 |
| COASTAL CREWBOATS, INC. | Master Service Agreement | 23 December 2013 | WEST CAMERON 44 | $12,652 |
| COASTAL CREWBOATS, INC. | Master Service Agreement | 23 December 2013 | WEST CAMERON 57 | $5,848 |
| CRESCENT CROWN GREENWAY PLAZA SPV LLC | Office Lease | 4/1/2014 | NA | $0 |
| Deena Greenhaw | Operating Agreement | N/A | NA | $0 |
| Deep South Energy, Inc | Operating Agreement | N/A | NA | $0 |
| DEHYCO, INC. | Master Service Agreement | 8 April 2013 | WEST CAMERON 20 | $3,114 |
| Dianne Fisk Hinch | Operating Agreement | N/A | NA | $0 |
| Dynamic Offshore Resources, NS | Operating Agreement | 10/11/2007 | NA | $0 |
| Dynamic Offshore Resources, NS | Operating Agreement | N/A | NA | $0 |
| Dynamic Offshore Resources, NS | Operating Agreement | N/A | NA | $0 |
| Energy Resource Technology (c/o Talos) | Operating Agreement | N/A | NA | $0 |

Exhibit A

Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
|---|---|---|---|---|
| | Nature of Debtor's Interest | Date | Field | |
| Energy Resource Technology (c/o Talos) | Operating Agreement | N/A | NA | $0 |
| Energy Resource Technology (See #6) | Operating Agreement | 5/17/2005 | NA | $0 |
| Energy XXI Pipeline, LLC | Marketing Agreement | 12/28/2015 | SOUTH PASS WEST DELTA PIPELINE | $466,985 |
| Energy XXI Pipeline, LLC | Marketing Agreement | 11/30/2011 | NA | $0 |
| Eni Petroleum US LLC | Operating Agreement | N/A | NA | $0 |
| Eni Petroleum US LLC | Operating Agreement | N/A | NA | $0 |
| Eni Petroleum US LLC | Operating Agreement | N/A | NA | $0 |
| Eni Petroleum US LLC | Operating Agreement | N/A | NA | $0 |
| ENTERPRISE GAS PROCESSING, LLC | Marketing Agreement | 2/4/2013 | | $0 |
| Enterprise GTM Offshore Operating Company, LLC | Marketing Agreement (Black Elk Energy) | 12/1/2012 | NA | $0 |
| Enterprise GTM Offshore Operating Company, LLC | Marketing Agreement (Black Elk Energy) | 2/4/2013 | NA | $0 |
| Enterprise GTM Offshore Operating Company, LLC | Marketing Agreement (Black Elk Energy) | 12/1/2012 | NA | $0 |
| EnVen Energy Ventures | Operating Agreement | N/A | PL 8 | $66,399 |
| EnVen Energy Ventures | Operating Agreement | N/A | WEST CAMERON 76/77 | $772,716 |
| EPL Oil & Gas, Inc. | Operating Agreement | N/A | NA | $0 |
| EPL Oil & Gas, Inc. | Operating Agreement | N/A | NA | $0 |
| EPS LOGISTICS COMPANY | Master Service Agreement | 9 April 2013 | EUGENE ISLAND 184 | $2,644 |
| EPS LOGISTICS COMPANY | Master Service Agreement | 9 April 2013 | HIGH ISLAND 443 | $5,140 |
| EPS LOGISTICS COMPANY | Master Service Agreement | 9 April 2013 | HIGH ISLAND 571 | $7,523 |
| EPS LOGISTICS COMPANY | Master Service Agreement | 9 April 2013 | SOUTH MARSH ISLAND 41 | $3,752 |
| EPS LOGISTICS COMPANY | Master Service Agreement | 9 April 2013 | WEST CAMERON 20 | $7,105 |
| Faith Picou Vallette | Operating Agreement | N/A | NA | $0 |
| Fieldwood Energy LLC | Operating Agreement | N/A | NA | $0 |
| Fieldwood Energy, LLC | Operating Agreement | N/A | NA | $0 |
| Fieldwood Energy, LLC | Operating Agreement | 12/31/2012 | NA | $0 |
| Fieldwood Energy, SP, LLC | Operating Agreement | N/A | NA | $0 |
| Fieldwood Energy, SP, LLC | Operating Agreement | N/A | NA | $0 |
| Fieldwood Energy, SP, LLC | Operating Agreement | N/A | NA | $0 |
| Fieldwood Energy, SP, LLC | Operating Agreement | N/A | NA | $0 |
| Fieldwood Energy, SP, LLC | Operating Agreement | N/A | NA | $0 |
| FLOW CHEM TECHNOLOGIES, LLC | Master Service Agreement | 31 October 2012 | HIGH ISLAND 571 | $118 |
| GARY'S LAWN SERVICE | Master Service Agreement | 30 May 2016 | Creole | $200 |
| GS E&R America - 2nd Address | Operating Agreement | N/A | NA | $0 |
| GS E&R America - 2nd Address | Operating Agreement | 7/18/2008 | NA | $0 |
| GS E&R America - 2nd Address | Operating Agreement | N/A | NA | $0 |
| GS E&R America Offshore, LLC | Operating Agreement | N/A | NA | $0 |
| GS E&R America Offshore, LLC | Operating Agreement | 6/1/2007 | NA | $0 |
| GS E&R America Offshore, LLC | Operating Agreement | N/A | NA | $0 |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 February 2015 | EUGENE ISLAND 184 | $18,678 |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 February 2015 | HIGH ISLAND 442 | $9,724 |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 February 2015 | HIGH ISLAND 443 | $26,502 |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 Febuary 2015 | HIGH ISLAND 571 | $84,056 |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 February 2015 | SOUTH MARSH ISLAND 41 | $7,966 |

Exhibit A
Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
|---|---|---|---|---|
| | Nature of Debtor's Interest | Date | Field | |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 February 2015 | WEST CAMERON 20 | $15,164 |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 February 2015 | WEST CAMERON 21 | $816 |
| GULF CRANE SERVICES, INC. | Master Service Agreement | 3 February 2015 | WEST CAMERON 269 | $11,019 |
| Gwendolyn Kester | Operating Agreement | N/A | NA | $0 |
| Halliburton Energy Services, Inc. | Operating Agreement | N/A | NA | $0 |
| Harvest-Marks Pipeline Company, LLC | Marketing Agreement | 5/11/2013 | NA | $0 |
| Harvest-Marks Pipeline Company, LLC | Marketing Agreement | 5/11/2013 | NA | $0 |
| Harvest-Marks Pipeline Company, LLC | Marketing Agreement | 5/11/2013 | NA | $0 |
| Harvest-Marks Pipeline Company, LLC | Marketing Agreement | 5/11/2013 | NA | $0 |
| Harvest-Marks Pipeline, LLC | Operating Agreement | 6/25/2007 | NA | $0 |
| Haylyn Powell | Operating Agreement | N/A | NA | $0 |
| HE&D Offshore, L.P. | Operating Agreement | N/A | NA | $0 |
| HE&D Offshore, L.P. | Operating Agreement | N/A | NA | $0 |
| HE&D Offshore, L.P. | Operating Agreement | N/A | NA | $0 |
| HE&D Offshore, L.P. | Operating Agreement | N/A | NA | $0 |
| Helis O&G Company, L.L.C. | Operating Agreement | N/A | NA | $0 |
| Helis O&G Company, L.L.C. | Operating Agreement | N/A | NA | $0 |
| Helis O&G Company, L.L.C. | Operating Agreement | N/A | NA | $0 |
| Helis O&G Company, L.L.C. | Operating Agreement | N/A | NA | $0 |
| HIGH ISLAND OFFSHORE SYSTEM, LLC | Marketing Agreement | 5/5/2004 | HIGH ISLAND 442 | $157,245 |
| HIGH ISLAND OFFSHORE SYSTEM, LLC | Marketing Agreement | 5/5/2004 | HIGH ISLAND 443 | $182,450 |
| HIGH ISLAND OFFSHORE SYSTEM, LLC | Marketing Agreement | 5/5/2004 | HIGH ISLAND 571 | $516,090 |
| Hilcrest GOM, Inc. | Operating Agreement | 4/1/2008 | NA | $0 |
| Houston Energy, L.P. | Operating Agreement | N/A | NA | $0 |
| Houston Energy, L.P. | Operating Agreement | N/A | NA | $0 |
| Houston Energy, L.P. | Operating Agreement | N/A | NA | $0 |
| Houston Energy, L.P. | Operating Agreement | N/A | NA | $0 |
| J & S 2008 Program, L.L.C. | Operating Agreement | N/A | NA | $0 |
| J & S Oil & Gas Management, Ltd. | Operating Agreement | N/A | NA | $0 |
| J & S Oil and Gas, LLC | Operating Agreement | N/A | NA | $0 |
| J & S Program 2006 L.P. | Operating Agreement | N/A | NA | $0 |
| Jean Robert Picou Jr | Operating Agreement | N/A | NA | $0 |
| Jeffery & Andrea Wilkerson | Operating Agreement | N/A | NA | $0 |
| Jerome Anthony Picou | Operating Agreement | N/A | NA | $0 |
| JX Nippon Oil Exploration (USA) | Lease | 4/21/2015 | NA | $0 |
| KINETICA ENERGY EXPRESS | Marketing Agreement | 3/1/2013 | NA | $0 |
| KINETICA ENERGY EXPRESS | Marketing Agreement | 7/23/2014 | NA | $0 |
| Knight Resources, LLC | Operating Agreement | N/A | NA | $0 |
| Lewiston Atlas, Ltd. | Operating Agreement | N/A | NA | $0 |
| LL&E (c/o Conoco/Phillips) | Operating Agreement | N/A | NA | $0 |
| M21K, LLC | Operating Agreement | N/A | WEST CAMERON 62/75 | $983,306 |
| MAC-NETT ENVIRONMENTAL SERVICES, LLC | Master Service Agreement | 18 January 2013 | HIGH ISLAND 571 | $850 |

Exhibit A

Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
|---|---|---|---|---|
| | Nature of Debtor's Interest | Date | Field | |
| MAC-NETT ENVIRONMENTAL SERVICES, LLC | Master Service Agreement | 18 January 2013 | WEST CAMERON 20 | $3,875 |
| Madison, L.L.C. | Operating Agreement | N/A | NA | $0 |
| MAGNUM MUD EQUIPMENT CO., INC. | Master Service Agreement | 13 March 2013 | EUGENE ISLAND 184 | $126 |
| MAGNUM MUD EQUIPMENT CO., INC. | Master Service Agreement | 13 March 2013 | HIGH ISLAND 442 | $100 |
| MAGNUM MUD EQUIPMENT CO., INC. | Master Service Agreement | 13 March 2013 | HIGH ISLAND 443 | $378 |
| MAGNUM MUD EQUIPMENT CO., INC. | Master Service Agreement | 13 March 2013 | HIGH ISLAND 571 | $500 |
| MAGNUM MUD EQUIPMENT CO., INC. | Master Service Agreement | 13 March 2013 | SOUTH PASS 86 | $2,313 |
| MAGNUM MUD EQUIPMENT CO., INC. | Master Service Agreement | 13 March 2013 | WEST CAMERON 20 | $366 |
| MAGNUM MUD EQUIPMENT CO., INC. | Master Service Agreement | 13 March 2013 | WEST CAMERON 269 | $1,479 |
| Maritech Resources, Inc. | Operating Agreement | 1/1/2010 | NA | $0 |
| Marlin Energy LLC | Operating Agreement | 8/27/2004 | NA | $0 |
| McMoRan Oil & Gas Company | Operating Agreement | N/A | NA | $0 |
| McMoRan Oil & Gas Company | Operating Agreement | N/A | NA | $0 |
| McMoRan Oil & Gas Company | Operating Agreement | 7/18/2008 | NA | $0 |
| MEASUREMENT TECHNOLOGIES, INC. | Master Service Agreement | 4 March 2013 | EUGENE ISLAND 184 | $9,327 |
| MEASUREMENT TECHNOLOGIES, INC. | Master Service Agreement | 4 March 2013 | WEST CAMERON 20 | $5,536 |
| MEASUREMENT TECHNOLOGIES, INC. | Master Service Agreement | 4 March 2013 | WEST CAMERON 21 | $6,300 |
| Medco Energi US, LLC | Operating Agreement | 7/18/2008 | NA | $0 |
| Medco Energi USA, Inc. | Marketing Agreement | 7/10/2013 | NA | $0 |
| Merit Energy (All entities) | Operating Agreement | 4/1/2008 | NA | $0 |
| Minghung Exploration LLC | Operating Agreement | N/A | NA | $0 |
| NATIONAL OILWELL VARCO, LP | Master Service Agreement | | EUGENE ISLAND 184 | $150,112 |
| NATIONAL OILWELL VARCO, LP | Master Service Agreement | | HIGH ISLAND 443 | $38,749 |
| NATIONAL OILWELL VARCO, LP | Master Service Agreement | | HIGH ISLAND 571 | $68,278 |
| NATIONAL OILWELL VARCO, LP | Master Service Agreement | | SHIP SHOAL 201 | $76,506 |
| NATIONAL OILWELL VARCO, LP | Master Service Agreement | | SOUTH PASS 86 | $28,901 |
| NATIONAL OILWELL VARCO, LP | Master Service Agreement | | WEST CAMERON 269 | $32,378 |
| Nippon Oil Exploration U.S.A. Limited | Operating Agreement | 1/1/2011 | NA | $0 |
| NOG Royalty Holdings, LP. (NGP X) | Operating Agreement | N/A | NA | $0 |
| NOG Royalty Holdings, LP. (NGP X) | Operating Agreement | N/A | NA | $0 |
| NPC LAND & MARINE, LLC | Master Service Agreement | 4 February 2013 | WEST CAMERON 20 | $16,525 |
| NXT OILFIELD RENTALS LLC | Master Service Agreement | | HIGH ISLAND 442 | $7,206 |
| NXT OILFIELD RENTALS LLC | Master Service Agreement | | SOUTH MARSH ISLAND 41 | $36,175 |
| NXT OILFIELD RENTALS LLC | Master Service Agreement | | WEST CAMERON 20 | $25,662 |
| NXT OILFIELD RENTALS LLC | Master Service Agreement | | WEST CAMERON 269 | $2,173 |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | EUGENE ISLAND 184 | $23,488 |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | HIGH ISLAND 442 | $12,652 |

Exhibit A

Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
|---|---|---|---|---|
| | Nature of Debtor's Interest | Date | Field | |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | HIGH ISLAND 443 | $12,053 |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | HIGH ISLAND 571 | $19,082 |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | SOUTH MARSH ISLAND 41 | $949 |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | SOUTH PASS 86 | $6,799 |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | WEST CAMERON 21 | $4,779 |
| OFFSHORE RENTAL, LLC | Master Service Agreement | | WEST CAMERON 269 | $9,542 |
| Online Resources, LLC | Operating Agreement | N/A | NA | $0 |
| Online Resources, LLC | Operating Agreement | N/A | NA | $0 |
| PALOMA ENERGY CONSULTANTS LP | Master Service Agreement | 20 February 2014 | MAIN PASS 256 | $16,631 |
| Panther Operating Company, LLC | Marketing Agreement | 6/1/2009 | HIGH ISLAND 442 | $96,623 |
| Panther Operating Company, LLC | Marketing Agreement | 6/1/2009 | HIGH ISLAND 443 | $70,627 |
| Panther Operating Company, LLC | Marketing Agreement | 6/1/2009 | HIGH ISLAND 571 | $32,497 |
| Peregrine Oil & Gas II, LLC | Operating Agreement | N/A | NA | $0 |
| PHAROS MARINE AUTOMATIC POWER, INC. | Master Service Agreement | | EUGENE ISLAND 184 | $48,107 |
| PHAROS MARINE AUTOMATIC POWER, INC. | Master Service Agreement | | SHIP SHOAL 201 | $2,536 |
| PHAROS MARINE AUTOMATIC POWER, INC. | Master Service Agreement | | SOUTH MARSH ISLAND 41 | $5,358 |
| PHAROS MARINE AUTOMATIC POWER, INC. | Master Service Agreement | | SOUTH PASS 86 | $1,898 |
| PHAROS MARINE AUTOMATIC POWER, INC. | Master Service Agreement | | WEST CAMERON 21 | $770 |
| PHAROS MARINE AUTOMATIC POWER, INC. | Master Service Agreement | | WEST CAMERON 269 | $242 |
| PITNEY BOWES GLOBAL FINANCIAL | Office Equipment | 4/4/2016 | G&A | $1,092 |
| PREMIUM OILFIELD SERVICES, LLC | Master Service Agreement | 18 April 2013 | HIGH ISLAND 443 | $59,705 |
| PREMIUM OILFIELD SERVICES, LLC | Master Service Agreement | 18 April 2013 | WEST CAMERON 20 | $79,162 |
| PROFESSIONAL PUMPING SERVICES | Master Service Agreement | 1 October 2012 | HIGH ISLAND 571 | $6,713 |
| Propel Energy, LLC | Operating Agreement | N/A | NA | $0 |
| QUALITY ENERGY SERVICES, INC. | Master Service Agreement | 8 February 2016 | HIGH ISLAND 442 | $10,071 |
| QUALITY ENERGY SERVICES, INC. | Master Service Agreement | 8 February 2016 | WEST CAMERON 20 | $4,502 |
| QUALITY ENERGY SERVICES, INC. | Master Service Agreement | 8 February 2016 | WEST CAMERON 269 | $61,305 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | Creole | $666,199 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | EUGENE ISLAND 184 | $892,157 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | HIGH ISLAND 442 | $40,392 |

Exhibit A

Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
| | Nature of Debtor's Interest | Date | Field | |
|---|---|---|---|---|
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | HIGH ISLAND 443 | $176,611 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | HIGH ISLAND 571 | $186,424 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | SHIP SHOAL 201 | $37,808 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | SOUTH MARSH ISLAND 41 | $223,059 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | SOUTH PASS 86 | $88,932 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | WEST CAMERON 20 | $76,505 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | WEST CAMERON 21 | $34,215 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | WEST CAMERON 269 | $29,960 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | WEST CAMERON 44 | $29,554 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | WEST CAMERON 57 | $34,437 |
| QUALITY PRODUCTION MANAGEMENT | Master Service Agreement | 17 October 2012 | WEST DELTA 36 | $1,741 |
| Ridgewood Energy Corporation | Operating Agreement | N/A | NA | $0 |
| Ridgewood Energy Corporation | Operating Agreement | N/A | NA | $0 |
| Ridgewood Energy Corporation | Operating Agreement | N/A | NA | $0 |
| Ridgewood Energy Corporation | Operating Agreement | N/A | NA | $0 |
| Rosetta Resources Offshore, | Operating Agreement | 9/1/2002 | NA | $0 |
| SCL Resources, LLC | Operating Agreement | N/A | NA | $0 |
| SCL Resources, LLC | Operating Agreement | N/A | NA | $0 |
| SCL Resources, LLC | Operating Agreement | 7/18/2008 | NA | $0 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | Creole | $89 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | EUGENE ISLAND 184 | $10,336 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | HIGH ISLAND 442 | $15,255 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | HIGH ISLAND 443 | $11,338 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | HIGH ISLAND 571 | $20,500 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | SHIP SHOAL 201 | $1,961 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | SOUTH MARSH ISLAND 41 | $12,554 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | SOUTH PASS 86 | $19,957 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | WEST CAMERON 20 | $13,798 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | WEST CAMERON 21 | $10,286 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | WEST CAMERON 269 | $5,121 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | WEST CAMERON 44 | $1,324 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | WEST CAMERON 57 | $2,793 |
| SEMPCHECK SERVICES INC | Master Service Agreement | 1 January 2014 | WEST DELTA 36 | $782 |
| Shell Trading (US) Company | Marketing Agreement | 6/1/2016 | NA | $0 |
| Shell Trading (US) Company | Marketing Agreement | 12/1/2013 | NA | $0 |
| Shoreline Offshore LLC | Operating Agreement | N/A | NA | $0 |
| SOUTHWEST ENERGY LP | Marketing Agreement | 11/21/2016 | NA | $0 |
| SOUTHWEST ENERGY LP | Marketing Agreement | 8/4/2016 | NA | $0 |
| SOUTHWEST ENERGY LP | Marketing Agreement | 11/1/2012 | NA | $0 |
| SOUTHWEST ENERGY LP | Marketing Agreement | 8/4/2016 | NA | $0 |

Exhibit A

Cure Amount Schedule

| Contract Counterparty | Description of Contract or Lease | | | Cure Amount |
|---|---|---|---|---|
| | Nature of Debtor's Interest | Date | Field | |
| SOUTHWEST ENERGY LP | Marketing Agreement | 6/28/2016 | NA | $0 |
| SOUTHWEST ENERGY LP | Marketing Agreement | 11/21/2016 | NA | $0 |
| SOUTHWEST ENERGY LP | Marketing Agreement | 1/29/2016 | NA | $0 |
| Stokes & Spiehler Properties, Inc. | Operating Agreement | N/A | NA | $0 |
| Sunoco Partners Marketing & Terminals L.P. | Marketing Agreement | 3/1/2014 | NA | $0 |
| TENNESSEE GAS PIPELINE (INC) | Marketing Agreement | 3/1/2013 | NA | $0 |
| Texas Eastern Transmission, L.P. | Marketing Agreement | 5/21/2013 | NA | $0 |
| The NW Mutual Life Insurance Co. | Operating Agreement | 11/18/2009 | NA | $0 |
| Transco | Marketing Agreement | 4/11/2013 | NA | $0 |
| Troy & Cindy Bailey (Surface Lease) | Operating Agreement | N/A | NA | $0 |
| Union Oil Co. of California | Operating Agreement | 9/30/2005 | NA | $0 |
| Venice Energy Services Company, LLC | Marketing Agreement | 11/1/2006 | NA | $0 |
| Venice Energy Services Company, LLC | Marketing Agreement | 11/1/2006 | NA | $0 |
| Venice Energy Services Company, LLC | Marketing Agreement | 11/1/2006 | NA | $0 |
| Venice Energy Services Company, LLC | Marketing Agreement | 11/1/2006 | NA | $0 |
| VERIZON WIRELESS | Phone Contract | 4/12/2013 | NA | $0 |
| W&T Offshore, Inc. | Operating Agreement | 8/1/2009 | NA | $0 |
| W&T Offshore, Inc. | Operating Agreement | 7/18/2008 | NA | $0 |
| Walter Oil & Gas Corporation | Operating Agreement | N/A | NA | $0 |
| Walter Oil & Gas Corporation | Operating Agreement | N/A | NA | $0 |
| WFS - Liquids Company | Marketing Agreement (Darcy Energy) | 5/1/2007 | NA | $0 |
| WFS - Liquids Company | Marketing Agreement (Darcy Energy) | 5/1/2007 | NA | $0 |
| WFS - Liquids Company | Marketing Agreement (Darcy Energy) | 5/1/2007 | NA | $0 |
| Wilma Ann Picou | Operating Agreement | N/A | NA | $0 |