IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NORTHSTAR OFFSHORE | § | Case No. 16-34028 |
| GROUP, LLC, | § | |
| | § | (Chapter 11) |
| DEBTOR. | § | |

**NOTICE OF SECOND REVISED PROPOSED SALE ORDER AND**
**REVISED ASSET PURCHASE AGREEMENT**

PLEASE TAKE NOTICE that in preparation for the sale hearing scheduled for August 1, 2017 at 10:30 a.m. (Central Time), attached as **Exhibit A** is a copy of the second revised Proposed Sale Order.

PLEASE TAKE FURTHER NOTICE that a redlined version of the second revised Proposed Sale Order against the prior version submitted at ECF No. 730-1 is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that in further preparation for the sale hearing, attached as **Exhibit C** is a copy of the revised Asset Purchase Agreement.

PLEASE TAKE FURTHER NOTICE that a redlined version of the revised Asset Purchase Agreement against the prior version submitted as part of ECF No. 703-1 is attached hereto as **Exhibit D**. This redline includes revisions to a single schedule that were not included in the amended schedules filed as part of ECF No. 732.

1

Dated: August 1, 2017

Respectfully submitted,

**WINSTON & STRAWN LLP**

<u>*/s/ Lydia T. Protopapas*</u>
Lydia T. Protopapas
Texas Bar No. 00797267
Southern Dist. of Texas Bar No. 21378
Jason W. Billeck
Texas Bar No. 24001740
Southern Dist. of Texas Bar No. 23802
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

*Counsel for Northstar Offshore Group, LLC*

## CERTIFICATE OF SERVICE

I, Rick Smith, hereby certify that, on August 1, 2017, all counsel of record who are deemed to have consented to electronic service were served with a copy of the *Notice of Second Revised Proposed Sale Order and Revised Asset Purchase Agreement* via the Court's CM/ECF system.

>*/s/ Rick Smith*
>Rick Smith
>Paralegal