**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| NORTHSTAR OFFSHORE § | |
| GROUP, LLC § | Case No. 16-34028 |
| § | |
| Debtor. § | |

**NOTICE OF CONTINUATION OF HEARING**

Please take notice that the hearing on the *Motion of the Official Committee of Unsecured Creditors for Leave, Standing and Authority to Prosecute Claims on Behalf of the Debtor's Estate and for Related Relief* [Docket No. 695] in Case No. 16-34028, set for hearing on October 3, 2017, will be continued to a hearing date to be determined before the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, 515 Rusk Ave. 4th Floor, Houston, Texas 77002.

| | |
|---|---|
| Dated:  October 2, 2017<br>  Houston, Texas | **DLA PIPER LLP (US)**<br><br>By: /s/ *Andrew Zollinger*<br>  Andrew Zollinger (State Bar No. 24063944)<br>  DLA Piper LLP (US)<br>  1717 Main Street, Suite 4600<br>  Dallas, Texas 75201-4629<br>  Telephone: (214) 743-4500<br>  Facsimile: (214) 743-4545<br>  Andrew.zollinger@dlapiper.com<br><br>  -and-<br><br>  David E. Avraham (admitted *pro hac vice*)<br>  Daniel M. Simon (admitted *pro hac vice*)<br>  DLA Piper LLP (US)<br>  444 W. Lake Street, Suite 900<br>  Chicago, Illinois 60606-0089<br>  Telephone: (312) 368-4000<br>  Facsimile: (312) 236-7516<br>  david.avraham@dlapiper.com<br><br>  *Counsel to the Official Committee of Unsecured Creditors* |

### CERTIFICAT E OF SERVICE

I hereby certify that on October 2, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

  /s/ *Andrew Zollinger*
  Andrew Zollinger

2

WEST\278374225.1