UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE : | : | CASE NO. 16-34028 |
| | : | |
| NORTHSTAR OFFSHORE GROUP, LLC | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## MOTION TO WITHDRAW COUNSEL

COMES NOW, by and through undersigned counsel, Captain Elliott's Party Boats, Inc., Texas Crewboats, Inc., and SeaTran Marine, LLC, who, respectfully request that Rufus C. Harris, III, Alfred J. Rufty and Cindy G. Martin of Harris & Rufty be removed from the listing of counsel.

WHEREFORE, Captain Elliott's Party Boats, Inc., Texas Crewboats, Inc., and SeaTran Marine, LLC, request that Harris & Rufty; along with their attorneys, Rufus C. Harris, III, Alfred J. Rufty, III and Cindy G. Martin be removed as counsel of record.

Respectfully submitted,

/S/ RUFUS C. HARRIS, III
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
CINDY G. MARTIN (#25159)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Facsimile: (504) 525-7222
Attorneys for Captain Elliott's Party Boats, Inc., Texas Crewboats, Inc., and SeaTran Marine, LLC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing pleading was served on counsel of record by electronic means including the CM/ ECF system this 4th day of October, 2017.

/S/     RUFUS C. HARRIS, III
RUFUS C. HARRIS, III