

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/26/2017

IN RE :                                  :   CASE NO. 16-34028
                                         :
NORTHSTAR OFFSHORE GROUP,                :   CHAPTER 11
LLC                                      :
            DEBTOR.                      :

### MOTION TO WITHDRAW COUNSEL

COMES NOW, by and through undersigned counsel, Captain Elliott's Party Boats,

DENIED.  No basis is given in the motion.

Signed:
    October 26, 2017

_____
Marvin Isgur
United States Bankruptcy Judge