**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **NORTHSTAR OFFSHORE GROUP, LLC** | § | |
| | § | **Case No. 16-34028** |
| Debtor. | § | |

**REVISED PROPOSED AGENDA FOR HEARING SET FOR NOVEMBER 6, 2017**

| | | |
|---|---|---|
| **Time and Date:** | Monday, November 6, 2017 at 1:30 p.m. (Central Time) | |
| **Location:** | The Honorable Marvin Isgur<br>United States Bankruptcy Judge<br>Courtroom 404<br>515 Rusk, Houston, TX | |
| **Copies of Pleadings:** | A copy of each pleading can be viewed (a) for a fee on the Court's website at https://ecf.txsb.uscourts.gov/, and (b) free of charge on the website of the Debtor's claims and noticing agent, Prime Clerk, at https://cases.primeclerk.com/northstar | |

**I. Matters Going Forward at the Hearing**

**A. Contested Matter**

1. Northstar Offshore Group's Motion to Reject *Nunc Pro Tunc* Certain Executory Contracts Related to the Debtor's West Cameron 2 (Creole) Property and Abandon All Interests Related Thereto [ECF No. 891]

    a) <u>Responses:</u>

    i. Objection of the State of Louisiana to Debtor's Motion to Reject *Nunc Pro Tunc* Certain Executory Contracts Related to the Debtor's West Cameron 2 (Creole) Property and Abandon All Interests Related Thereto [ECF No. 913]

    ii. Objection of RLI Insurance Company to Debtor's Motion to Reject *Nunc Pro Tunc* Certain Executory Contracts Related to the Debtor's West Cameron 2 (Creole) Property and Abandon All Interests Related Thereto [ECF No. 918]

     iii. Debtor's Response to Objections to Debtor's Motion to Reject *Nunc Pro Tunc* Certain Executory Contracts Related to the Debtor's West Cameron 2 (Creole) Property and Abandon All Interests Related Thereto (ECF No. 920)

  b)  Status:

     i. No resolution has been reached in this contested matter. Each party has filed briefs containing their positions on the issues relating to Debtor's motion. The Debtor has reached out to the State of Louisiana to discuss its objection.

### B. Applications for Compensation

1. First Application for Compensation: First Interim Fee and Expense Application of CR3 Partners, LLC for Services Rendered and Reimbursements of Expenses in Providing Debtor's Chief Restructuring Officer and Additional Personnel for the Period December 2, 2016 through March 31, 2017 requesting fees in the amount of $535,080.00 and expenses in amount of $45,999.24. [ECF No. 882]

  a)  No responses filed.

2. Second Application for Compensation: Second Interim Fee and Expense Application of CR3 Partners, LLC for Services Rendered and Reimbursement of Expenses in Providing Debtor's Chief Restructuring Officer and Additional Personnel for the Period April 1, 2017 through June 30, 2017 requesting fees in the amount of $415,955.00 and expenses in amount of $34,355.79. [ECF No. 883]

  a)  No responses filed.

## II. Scheduled Matters No Longer Going Forward at the Hearing

### A. Formerly Contested Matter

1. Evidentiary Hearing on Rosetta Resources Offshore, LLC's Objection to the Debtor's Notice of (I) Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Proposed Cure Amounts [ECF No. 614]

  a)  Prior Orders:

     i. August 2, 2017 Order Approving Sale [ECF No. 792]

     ii. September 14, 2017 Status conference continued to October 3, 2017 [ECF No. 854]

      iii. October 3, 2017 Evidentiary hearing regarding the dispute, if not resolved, set for November 6, 2017 at 1:30 p.m. [Text order]

    b)    <u>Status</u>:

      i. The Court entered an agreed order on October 26, 2017 resolving the dispute. [ECF No. 903]

**C. Status Conference**

1. Status Conference on remaining disputes between Argonaut Insurance Company and First National Bank of Central Texas

    a)    <u>Prior Orders</u>:

      i. August 2, 2017 Order Approving Sale [ECF No. 792]

      ii. September 14, 2017 Status conference continued to October 3, 2017 [ECF No. 854]

      iii. October 2, 2017 Status conference continued to November 6, 2017 [ECF No. 870]

    b)    <u>Status</u>:

      i. On October 31, 2017, First National Bank of Central Texas filed a proposed agreed order to continue the status conference to November 21, 2017 at 1:30 p.m. [ECF No. 912]

      ii. On November 2, 2017, First National Bank of Central Texas filed a notice of hearing continuing the status conference to November 21, 2017 at 1:30 p.m. [ECF No. 914]

Dated: November 6, 2017                         Respectfully submitted,

                                                **WINSTON & STRAWN LLP**

                                                */s/ Lydia T. Protopapas*
Lydia T. Protopapas
Texas Bar No. 00797267
Southern Dist. of Texas Bar No. 21378
Jason W. Billeck
Texas Bar No. 24001740
Southern Dist. of Texas Bar No. 23802
1111 Louisiana, 25th Floor
Houston, TX 77002

Telephone: (713) 651-2600
Facsimile:  (713) 651-2700

*Counsel for Northstar Offshore Group, LLC*

## **CERTIFICATE OF SERVICE**

I, Rick Smith, hereby certify that, on November 6, 2017, all counsel of record who are deemed to have consented to electronic service were served with a copy of the *Proposed Agenda for Hearing Set for November 6, 2017* via the Court's CM/ECF system.

>	*/s/ Rick Smith*
>	Rick Smith
>	Paralegal