# EXHIBIT A

# SLATTERY, MARINO & ROBERTS
### A PROFESSIONAL LAW CORPORATION

**1100 POYDRAS STREET, SUITE 1800**
**NEW ORLEANS, LA 70163-1800**

Telephone: 504/585-7800
Facsimile:  504/585-7890

Internal Revenue Service
Tax I.D. No. 72-1180458

**STATEMENT**

Page: 1
07/19/2017

Northstar Offshore Group LLC
11 Greenway Plaza
Suite 2800
Houston  TX  77046-1105

OUR FILE NO:   5843-3677M
STATEMENT NO:   7

ATTN: Mr. Brian Macmillan

Voluntary Bankruptcy:  Chapter 11

---

| | | | HOURS | |
|---|---|---|---|---|
| 06/06/2017 | ACM | Review and respond to email from Mr. Lee regarding DOJ request to identify leases for potential lease sale package (.20); | 0.20 | 108.00 |
| 06/13/2017 | ACM | Review IBLA Order extending suspension of appeal until October 2, 2017 (.20); emails to Mr. Lee et al. regarding extension by IBLA (.20); | 0.40 | 216.00 |
| 06/14/2017 | ACM | Review email hypothetical from Mr. Alcorn regarding supplemental bonds and calling bonds to satisfy P&A liability (.20); draft detail email response to hypothetical questions raised regarding transfer and application of seller and BOEM bonds (.50); review ATP/Anadarko decision and settlement (.30); telephone conference with Mr. Alcorn, Mr. MacMillan , Mr. Souders and Mr. Katchadurian to discuss transfer and application of sellers and BOEM bonds for P&A (.40); | 1.40 | 756.00 |
| 06/15/2017 | NAA | Telephone conference  with Solicitor (Ryan Lamb) concerning North Star EP filing with BOEM(.10); email to North Star to obtain information (.10); follow-up calls with Brian Macmillan and Ryan Lamb (.10); | 0.30 | 105.00 |
| 06/16/2017 | ACM | Review items of questions on Seller Bonds for SS 202 and other Northstar properties; telephone conference with Mr. MacMillan and Mr. Alcorn (1.20); review various objections to sale of OCS assets (.50); | 1.70 | 918.00 |
| 06/19/2017 | ACM | Follow-up email to Mr. Alcord regarding extension of BSEE Rule from 180 days to one year to maintain a lease (.10); follow-up email to BSEE, Cathy Moser (.10); | 0.20 | 108.00 |
| 06/21/2017 | ACM | Telephone conference with Mr. Alcorn and Mr. MacMillan concerning LOWLA liens and effects in bankruptcy court | | |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

Page: 2
07/19/2017
OUR FILE NO:    5843-3677M
STATEMENT NO:              7

| | | | HOURS | |
|---|---|---|---|---|
| | | (.40); | 0.40 | 216.00 |
| 06/22/2017 | ACM | Conference with Ms. Doody for legal research and background information on LOWLA liens (.30); | 0.30 | 162.00 |
| | KCS | Retrieve, review and organize into database numerous creditors' objections to debtor's notice of request for authority to assume and assign certain executory contracts and unexpired leases and proposed cure amounts, and numerous creditors' consensual rights notices; | 0.50 | 125.00 |
| | KLD | Receive and review request for research on particular issues related to sale of Louisiana asset in bankruptcy proceeding (.20);  begin legal research on LOWLA liens related to (i) when lien is deemed established and (ii) subsequent filings required to be made of public record in Louisiana for lien perfection purposes, including the filing of litigation (1.10); legal research bankruptcy law related to treatment of vendor liens and ability and methods allowable to continue perfection of a vendors liens (1.00), failure of vendor to make any filings (.70), and whether continued perfection may be considered "stayed" in particular circumstance (1.10); legal research bankruptcy law related to the "gap period" between the filing of an involuntary Chapter 7 petition and conversion into Chapter 11 and effect of gap period upon (i) vendor's lien filing (.90), and (ii) vendor's continued provision of services during gap period (.70); legal research bankruptcy law related to necessity of fling a motion to lift automatic stay to proceed with lien enforcement and consequences of failing to do so (1.10); continue review of bankruptcy treatise material, bankruptcy code and jurisprudence related to all of above (1.10); | 7.90 | 2,923.00 |
| 06/23/2017 | ACM | Revise legal memorandum on LOWLA lien issues (.50); email initial memo to Mr. Alcorn and Mr. Katchadurian on LOWLA Lien (.20); | 0.70 | 378.00 |
| | KLD | Continue review of bankruptcy treatise material, bankruptcy code and jurisprudence related to involuntary bankruptcy filings, conversion (.70) and what effect these have on vendor's liens (.60); legal research effect of automatic stay of litigation related to vendor's lien filing prior to bankruptcy petition (1.20); legal research ability of DIP lender to purchase debtor's asset out of bankruptcy | | |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

|  | | | Page: 3 |
| --- | --- | --- | --- |
| | | | 07/19/2017 |
| | | OUR FILE NO: | 5843-3677M |
| | | STATEMENT NO: | 7 |

|  |  |  |  | HOURS |  |
| --- | --- | --- | --- | --- | --- |
| | | | (.90) and effect this sale has on liens on that asset by various vendors and what constitutes adequate protection (.40); legal research ranking of claims within a bankruptcy, what constitutes administrative lien and what constitutes superpriority (.90); prepare draft of memorandum summarizing various issues research (1.00); review, edit (1.00) and revise same (1.30); | 8.00 | 2,960.00 |
| 06/25/2017 | ACM | | Review latest revision of memo and revise (.20); email to Mr. Alcorn and Mr. Katchaduria (.20); | 0.40 | 216.00 |
| 06/26/2017 | KLD | | Review additional treatise material related to Chapter 11 bankruptcy cases (1.00); revise memorandum (1.00); | 2.00 | 740.00 |
| 06/30/2017 | ACM | | Review and respond to emails from Mr. Alcorn regarding terminated leases and bonds (.20); follow-up with Mr. MacMillan on lease notices (.20); | 0.40 | 216.00 |
| | | | TOTAL FEES: | 24.80 | 10,147.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Nadege A. Assale | 0.30 | $350.00 | $105.00 |
| Anthony C. Marino | 6.10 | 540.00 | 3,294.00 |
| Karen C. Seghers | 0.50 | 250.00 | 125.00 |
| Kathleen L. Doody | 17.90 | 370.00 | 6,623.00 |

PREVIOUS BALANCE                                                    $25,219.73

TOTAL CURRENT WORK:                                             10,147.00

| 06/14/2017 | Payment Received on Statement No. 4, Check No. 18620 | -104.53 |
| --- | --- | --- |
| 06/14/2017 | Payment Received on Statement No. 4, Check No. 18620 | -17,165.50 |
| 06/14/2017 | Payment Received on Statement No. 5, Check No. 18620 | -119.70 |
| 06/14/2017 | Payment Received on Statement No. 5, Check No. 18620 | -5,437.50 |
| 06/30/2017 | Payment Received on Statement No. 6, Check No. 18682 | -2,392.50 |
| | TOTAL PAYMENTS | -25,219.73 |

BALANCE DUE:                                                            $10,147.00

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

Page: 4
07/19/2017
OUR FILE NO:    5843-3677M
STATEMENT NO:              7

# SLATTERY, MARINO & ROBERTS
### A PROFESSIONAL LAW CORPORATION

**1100 POYDRAS STREET, SUITE 1800**
**NEW ORLEANS, LA 70163-1800**

Telephone: 504/585-7800
Facsimile: 504/585-7890

**STATEMENT**

Internal Revenue Service
Tax I.D. No. 72-1180458

| | |
|---|---|
| | Page: 1 |
| Northstar Offshore Group LLC | 08/16/2017 |
| 11 Greenway Plaza | OUR FILE NO: 5843-3677M |
| Suite 2800 | STATEMENT NO: 8 |
| Houston TX 77046-1105 | |

ATTN: Mr. Brian Macmillan

Voluntary Bankruptcy:  Chapter 11

---

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 07/05/2017 | ACM | Follow-up emails to Mr. Alcorn (.10); emails to Mr. Macmillan (.10); | 0.20 | 108.00 |
| 07/10/2017 | LGW | PACER review of multiple filings (1.0) and objections liens and sale (1.2); | 2.20 | 869.00 |
| | ACM | Review and respond to various emails with Mr. Alcorn regarding LOWLA and Texas liens (.20); follow-up with Mr. Alcorn on issues of bonds and terminated leases (.10); email responses to Alcorn regarding equivalent bonds (.20); | 0.50 | 270.00 |
| 07/11/2017 | ACM | Follow-up emails with Mr. Alcorn for LOWLA liens (.20); review Texas Lien law review article (.20); | 0.40 | 216.00 |
| 07/12/2017 | ACM | Review lien schedules (.20); review and respond to various emails with Ms. Doody (.30); | 0.50 | 270.00 |
| | KLD | Receive and review email correspondence regarding supplemental research on effect of bankruptcy of liens and perfection of liens (1.00); | 1.00 | 370.00 |
| 07/13/2017 | KLD | Continue review of lien spreadsheets prepared by Mr. Alcorn (.50); review of material provided by Mr. Alcorn related to common issues in oil and gas bankruptcies (1.00); | 1.50 | 555.00 |
| 07/14/2017 | KLD | Telephone conference with Mr. Alcorn, Mr. Marino and Mr. Katchadurian regarding supplemental research related to LOWLA lien filings and bankruptcy and other matters (.70); continue review of research materials related to same (3.50); | 4.20 | 1,554.00 |
| | ACM | Review latest version of of lien spreadsheet (.20); telephone conference with Mr. Alcorn, Mr. Katchadurian, Ms. Doody on lien rights and perfection (.70); | 0.90 | 486.00 |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy: Chapter 11

|  |  |  |
|---|---|---|
| Page: | 2 |
| | 08/16/2017 |
| OUR FILE NO: | 5843-3677M |
| STATEMENT NO: | 8 |

|  |  |  | HOURS | |
|---|---|---|---|---|
| 07/17/2017 | KLD | Continue preparation of supplemental memo related to a general summary of Louisiana Oil Well Lien Act, including discussion of certain relevant defined terms, identification of persons entitled to a lien, identification of property subject to lien, establishment of lien, "90 Day Rule," form and substance of lien, and ranking of lien (2.50); | 2.50 | 925.00 |
| | ACM | Review and respond to various emails with Mr. Macmillan for qualifying new company (.30); | 0.30 | 162.00 |
| 07/18/2017 | KLD | Continue preparation of supplemental memo related to a general summary of Louisiana Oil Well Lien Act, including discussion of methods of extinguishment and loss of perfection, and effect of bankruptcy on liens (1.80); continue legal research on same (1.20); legal research other topics to be addressed in memo, including Louisiana judicial mortgages, and creation and perfection of same, treatment of judicial liens in bankruptcy, necessity of filing a proof of claim by a secured creditor and effect a failure to do has on a secured claim, and penalties assessed for violation of automatic stay (2.80); | 5.80 | 2,146.00 |
| | ACM | Telephone conference with Mr. Macmillan and Mr. Souders for agreement on bond amount and sale of property by Northstar (.50); follow-up emails to Mr. Souders and Mr. Macmillan (.20); | 0.70 | 378.00 |
| 07/19/2017 | KLD | Complete preparation of supplemental memo related to necessity of filing proof of claim by secured creditor and effect a failure to do has on a secured claim (1.20); review and analyze Fifth Circuit jurisprudence related to same and incorporate into memorandum (1.40); begin legal research related to Texas oil well lien act and the differences between it and LOWLA (1.60); | 4.20 | 1,554.00 |
| 07/20/2017 | ACM | Telephone conference with Mr. Alcorn and Ms. Doody concerning lien issues (.80); | 0.80 | 432.00 |
| | KLD | Complete legal research related to Texas oil well lien act (1.50); prepare summary of same to incorporate into memorandum (2.20); continue review of research materials related to same (1.00); review and analyze Texas and Fifth Circuit jurisprudence related to same and incorporate into Texas portion of memorandum (1.50); review and revise initial draft of memorandum and forward | | |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

Page: 3
08/16/2017
OUR FILE NO:    5843-3677M
STATEMENT NO:                8

| | | | HOURS | |
|---|---|---|---|---|
| | | to Mr. Alcorn for review (.60); receive and review email correspondence regarding same (.30); | 7.10 | 2,627.00 |
| 07/21/2017 | ACM | Telephone conference with Mr. Alcorn, Mr. Katchadurian and Ms. Doody on review and analysis of lien memo and applications to liens filed in Texas and Louisiana (1.10); follow-up emails to Mr. Alcorn (.10); detailed email to Mr. Laperouse regarding Dual Obligee Bond and Nippon Bonds for discussion (.20); | 1.30 | 702.00 |
| | LGW | Receive information regarding change of counsel and tasks delegated to firm by Mr. Alcorn (.50); file and PACER review to locate objections of DOJ and State of Louisiana (1.10); initiate review(.30); | 1.90 | 750.50 |
| | KLD | Begin preparation of lien flow charts as requested by Mr. Alcorn (1.00); lengthy telephone conference with Mr. Alcorn and Mr. Marino regarding lien memorandum and additional legal issues posed by Mr. Alcorn (1.10); receive and begin review of various Texas and Louisiana lien filings and judgments against Northstar and various bankruptcy proof of claims and other filings in connection with same (2.50); commence additional legal research at request of client (1.80); | 6.40 | 2,368.00 |
| 07/22/2017 | ACM | Review and respond to various emails with Mr. Alcorn regarding DOJ and DOI positions on sale (.20); review and respond to email with Ms. Protopapas, Northstar Bankruptcy counsel (.20); initial review of confirmation order (.20); | 0.60 | 324.00 |
| | LGW | Review sale order (1.10) and objections (.50); review Shoreline bankruptcy sale order for similar provisions (.60); | 2.20 | 869.00 |
| 07/23/2017 | LGW | Continue review of new filings (.70) and  proposed sale order (.80) | 1.50 | 592.50 |
| | KLD | Complete review of all Texas and Louisiana lien filings and judgments against Northstar and bankruptcy proof of claims and other bankruptcy filings in connection with same provided by Mr. Alcorn, noting various questions and issues with same (3.20) | 3.20 | 1,184.00 |
| 07/24/2017 | ACM | Telephone conference with Mr. Rob Green and Ms. Morrison at Winston law firm and Ms. Doody to discuss lien issues, BOEM/DOI objections and Nippon objections | | |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

|  |  | Page: 4 |
|---|---|---|
|  |  | 08/16/2017 |
| OUR FILE NO: | | 5843-3677M |
| STATEMENT NO: | | 8 |

| | | | HOURS | |
|---|---|---|---|---|
| | | (.40); follow-up emails with Mr. Alcorn (.20); review materials for Nippon issues and review Nippon objection (.40); | 1.00 | 540.00 |
| | LGW | Continue review of agreements and objections - Nippon (1.10), Interior (1.20) and State of Louisiana (.70); draft inserts for proposed sale order to address issues (1.20); | 4.20 | 1,659.00 |
| | KLD | Telephone conference with Mr. Marino and attorneys with Winston & Strawn (.60); preparation of email correspondence to Mr. Green (i) forwarding memoranda summarizing Louisiana and Texas lien and bankruptcy issues, and (ii) describing any remaining legal issues to be reviewed for Mr. Alcorn and summarizing current legal conclusions as to other matters (1.00); | 1.60 | 592.00 |
| 07/25/2017 | ACM | Review and respond to various emails with Mr. Macmillan to qualify new entity, Northstar Offshore Ventures, LLC (.40); follow-up emails regarding objections by DOJ, State of Louisiana and Nippon (.20); conference with Ms. Seelman to assist in preparation of BOEM certificates (.20); review and respond to various emails with Mr. Clarke and Pillsbury firm representing Orinoco and Northstar Offshore (.30); | 1.10 | 594.00 |
| | LGW | Continue work on drafts of inserts for proposed sale order to address issues in order to convey free of liens (.70); review additional objections filed in action - co-lessees, bonding companies, Nippon (.50), Interior (.20) and multiple emails from DOJ counsel (1.00); | 2.40 | 948.00 |
| 07/26/2017 | HEG | Conference relating to need for transition services agreement (.30); review of various forms of transition service agreement to determine one most suitable to this transaction (.50);  preparation of draft of transition services agreement (1.20); | 2.00 | 930.00 |
| | LGW | Continue work on objections of Interior (.20); review arguments and language proposed by Mr. Tenenbaum, DOJ counsel (1.00) ; continue review of new exhibits from client for PSA (.70) | 1.90 | 750.50 |
| 07/27/2017 | HEG | Review and revisions to draft of transition services agreement (2.00); participation in phone status conference relating to closing events (1.50); participation in phone conference with lender's attorney (.30); | 3.80 | 1,767.00 |

# SLATTERY, MARINO & ROBERTS

STATEMENT

Northstar Offshore Group LLC

Page: 5
08/16/2017
OUR FILE NO:        5843-3677M
STATEMENT NO:                8

Voluntary Bankruptcy:  Chapter 11

| | | | HOURS | |
|---|---|---|---|---|
| | ACM | Telephone conference with Mr. Alcorn, Mr. Macmillan, Mr. Souders and Mr. Katchadurian regarding excluded assets, transition services agreement and operated property (.60); review draft of transition service agreement (.30); follow-up with Mr. Katchadurian et al. (.20); review and respond to Mr. Ratliff for TSA (.20); telephone conference with Mr. Eisenberg regarding DOO's and current BSEE assessments (.40); emails to Mr. Celata et al. at BOEM for approval process and meeting (.30); conference with Mr. Garner on revisions to TSA (.20); follow-up with Mr. Katchadurian on TSA issues (.30); emails to Mr. Alcorn regarding TSA (.20); | 2.70 | 1,458.00 |
| | LGW | Continue work on objections of Interior Department (.20); review new language proposed by Mr. Randles, DOJ counsel (.50); | 0.70 | 276.50 |
| 07/28/2017 | HEG | Preparation of comments to buyer's proposed form of transition services agreement (1.00); preparation and revision of insert to Sales Order providing for designation of operator and execution of forms and instruments relating to operatorship (.75); | 1.75 | 813.75 |
| | ACM | Review and revise TSA (.50); email to Mr. Alcorn regarding DOJ request and inquiry on status of Excluded Assets (.20); follow-up with Mr. Randles on ONNR inspection fees (.20); review of terms and conditions of current version of APA (.30); follow-up with Mr. Garner on APA language and insert of DOO requirements by co-lessees (.40); prepare detailed email to Mr. Alcorn et al. regarding schedule 6.10 replacement bonds and discussions with Mr. Eisenberg (.40); follow-up emails to Ms. Protopapas regarding requiring co-lessees to designate NOV as operator (.20); assessment of request to post no additional bonds and follow-up with Mr. Alcorn (.20); follow-up with NOG and NOV representatives to discuss bonding requirements for P&A including operator's bond and P/L bonds (.20); follow-up with Mr. Alcorn regarding bonding requirements and restructure of deal (.40); review of current version of sale order (.40); follow-up with sample bond form and coordinate with Mr. Potter, Mr. Alcorn et al (.30); | 3.70 | 1,998.00 |
| 07/29/2017 | ACM | Review and respond to various emails with Mr. Macmillan regarding corporate seals for NOV on BOEM documents | | |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

| | Page: 6 |
|---|---|
| | 08/16/2017 |
| OUR FILE NO: | 5843-3677M |
| STATEMENT NO: | 8 |

| | | | HOURS | |
|---|---|---|---|---|
| | | and surety bonds (.20); review and respond to various emails with Ms. Protopapas (.30); request to name NOV as operator and impose requirements in the sale order (.20); review and respond to various emails with Mrs. Katchadurian and list of TSA business items (.40); | 1.10 | 594.00 |
| 07/30/2017 | ACM | Draft additional provisions in sale order to address requirement by co-lessees to sign DOO's naming NOV as operator (.30); follow-up with Ms. Hardeman on sale order (.20); | 0.50 | 270.00 |
| | LGW | Review additional Northstar filings regarding objections to proposed sale (.90); work on billing matters (.30); | 1.20 | 474.00 |
| 07/31/2017 | HEG | Participation in telephone conference with client's bankruptcy counsel relating to proposed transition services agreement (.50); revise and edit proposed transition services agreement (1.00); | 1.50 | 697.50 |
| | ACM | Review and respond to various emails with Mr. Macmillan on TSA guidelines (.20); follow-up with Mr. Hardeman on revised language for designation of operator of NOV (.30); review of summary of Argo bonds (.30); telephone conference with Mr. Ratliff concerning TSA (.30); follow-up with Ms. Hardeman (.20); participate in conference call with Mr. Katchadurian, Mr. Alcorn and Mr. Garner to discuss PSA (.40); follow-up with Mr. Celata (.20); review and respond to email from Mr. Eisenberg (.20); review of Fieldwood objections (.50); study and review background materials on preferential  right (.20); follow-up emails to Ms. Protopapas and Mr. Potter on Fieldwood objection (.30); prepare talking points to address Fieldwood objection (.20);  email to Mr. Eisenberg (.20); review revisions to sale confirmation order (.30); review of court hearing agenda (.20); follow-up emails with Ms. Protopapas regarding Fieldwood objections (.30); follow-up emails to Mr. Katchadurian on TSA (.30); | 4.60 | 2,484.00 |
| | | TOTAL FEES: | 85.65 | 36,558.25 |

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Anthony C. Marino | 20.90 | $540.00 | $11,286.00 |
| Lynn G. Wolf | 18.20 | 395.00 | 7,189.00 |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Page: 7
08/16/2017
OUR FILE NO:  5843-3677M
STATEMENT NO:  8

Voluntary Bankruptcy:  Chapter 11

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathleen L. Doody | 37.50 | 370.00 | 13,875.00 |
| Herman E. Garner, Jr. | 9.05 | 465.00 | 4,208.25 |

| | |
|---|---|
| Filing/Recording Fees [CofC Cameron; 33417] | 69.00 |
| Travel Expense [Mileage-JGS; 33432] | 9.63 |
| Research Services [Westlaw, Pacer; 33434, 33430] | 2,044.38 |
| TOTAL EXPENSES: THRU 07/31/2017 | 2,123.01 |
| PREVIOUS BALANCE | $10,147.00 |
| TOTAL CURRENT WORK: | 38,681.26 |
| BALANCE DUE: | $48,828.26 |

PLEASE INDICATE FILE NUMBER, STATEMENT NUMBER
AND STATEMENT DATE ON ALL REMITTANCES

# SLATTERY, MARINO & ROBERTS
### A PROFESSIONAL LAW CORPORATION

**1100 POYDRAS STREET, SUITE 1800**
**NEW ORLEANS, LA 70163-1800**

Telephone: 504/585-7800
Facsimile: 504/585-7890

**STATEMENT**

Internal Revenue Service
Tax I.D. No. 72-1180458

Page: 1

Northstar Offshore Group LLC
11 Greenway Plaza
Suite 2800
Houston TX 77046-1105

09/18/2017

OUR FILE NO:  5843-3677M
STATEMENT NO:  9

ATTN: Mr. Brian Macmillan

Voluntary Bankruptcy:  Chapter 11

---

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | HOURS |          |
|------------|-----|---|---|---|
| 08/01/2017 | HEG | Review of various email communications relating to proposed transition agreement (.50); | 0.50 | 232.50 |
|            | LGW | Receive information regarding plans for LA properties not included in proposed sale (.50); file and PACER review to locate objections additional of objections of State of Louisiana (1.10); initiate review(.30); | 1.90 | 750.50 |
|            | ACM | Travel to Houston to attend confirmation sale hearing (1/2 of 2.50); preparatory meeting with Northstar and Winston members for hearing (.50); attend Northstar confirmation sale hearing (2.00) ongoing discussion and negotiations with DOJ attorneys for insert to confirmation order for BOEM (BSEE regulations (.40); review of transition services agreement (.70); confirmation with Mr. Macmillan and review of draft assignments and bill of sale (.40); follow-up with Mr. Randles regarding ONNR statements and reservation of rights (.50); revise insert and consult with Ms. Protopapas (.20); attend afternoon hearing for confirmation of sale (2.20); travel to New Orleans (1/2 of 2.50); | 9.40 | 5,076.00 |
| 08/02/2017 | HEG | Review of revised draft of transition services agreement (.50); preparation of redline comments to revised transition service agreement (.50); review of series of email communications from lender's counsel and debtor's bankruptcy counsel relating to proposed transition agreement (.50); | 1.50 | 697.50 |
|            | LGW | Review of Second Revised Proposed Sale Order (.50); review new PACER filings to locate additional objections of regulators, creditors and lien holders (1.30); begin review of final sale order (.70); | 2.50 | 987.50 |
|            | ACM | Review and revise transaction service agreement (.50); conference with Mr. Garner to discuss term sheet (.20); follow-up emails to Mr. Brown at Pillsbury on revisions to TSA (.40); follow-up with Mr. Ratliff for latest changes to |  |  |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

| | | | Page: 2 |
| | | | 09/18/2017 |
| | | OUR FILE NO: | 5843-3677M |
| | | STATEMENT NO: | 9 |

| | | | HOURS | |
|---|---|---|---|---|
| | | TSA (.30); review of final sale order and incorporate (.40); | 1.80 | 972.00 |
| | NAA | Meeting with Northstar representatives and BOEM and BSEE in the DOI offices in Elmwood (4.20); | 4.20 | 1,470.00 |
| 08/03/2017 | ACM | Coordinate with Ms. Assale to obtain qualification cards for Northstar Interests and Northstar Offshore Energy Partners (.20); | 0.20 | 108.00 |
| 08/04/2017 | HEG | Conference relating to revisions to proposed transition services agreement (.50); preparation of revisions to proposed Transition Services Agreement (.50); review of lender's counsel of revisions to proposed Transition Services Agreement (.75); preparation of redline comments to lender's draft of Transition Services Agreement (.75); | 2.50 | 1,162.50 |
| | ACM | Review latest changes and concepts to TSA (.40); review comments and suggested changes (.20); follow-up with Mr. Macmillan on NOV qualification (.20); review of TSA latest revision (.50); follow-up with Mr. Ratliff (.20); review various forms of bonds with Mr. Macmilan (.30); telephone conference with Mr. Ratliff on revisions to TSA and substance of term sheet presented to Judge Isgur (.30); follow-up emails to Mr. Ratlif (20)f; detailed email on status of prior companies Northstar interests and Northstar Offshore Energy Partners update to Brian Macmillan and David Dean on residual liability for the prior companies(.60); | 2.90 | 1,566.00 |
| 08/07/2017 | ACM | Follow-up email with Mr. Brown on designation of operator and timing (.30); follow-up call to Mr. Brown (.20); | 0.50 | 270.00 |
| 08/08/2017 | LGW | PACER research on Louisiana objections (.50); receive bond inquiry from Mr. Alcorn and research (.40); receive update on client's concern for bonding and P&A (.40); | 1.30 | 513.50 |
| | ACM | Telephone conference with Mr. Katchadurian and Mr. Dean regarding Creole Prospect (.60); prepare an email to Mr. Siederman, attorney for the state of Louisiana (.20); telephone conference with Mr. Siederman, Mr. Lento and Ms. Wolf regarding strategies and discussions on Creole Prospect (.50); telephone conference with Mr. Laperouse on filings and approvals with BOEM (.30); | 1.60 | 864.00 |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Page: 3
09/18/2017
OUR FILE NO:     5843-3677M
STATEMENT NO:          9

Voluntary Bankruptcy: Chapter 11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/09/2017 | LGW | Call to State (Mr. McGee) to obtain information relevant to bond inquiry from Mr. Alcorn (.70); emails and follow-up with State to determine that Lexon bond is the bond in force and that it is not adequate (.50); discussion of options for leases (.40); | 1.60 | 632.00 |
| | ACM | Follow-up with Mr. Ratliff on TSA (.10); follow-up discussions with Mr. Katchadurian and Mr. Alcorn on Louisiana Office of Conservation (.30); | 0.40 | 216.00 |
| 08/10/2017 | LGW | PACER review of multiple filings (1.00); work on Louisiana decommissioning issues (1.20); review of Cameron Parish ad valorem tax issues (.70);  correspondence with LA. Department  of Conservation regarding bond status (.50); | 3.40 | 1,343.00 |
| | ACM | Review and respond to emails with Mr. Seideman at Louisiana AG's office regarding negotiation of Creole Prospect (.20); follow-up emails to Mr. Alcorn et al. regarding negotiations with State Mineral Board and conservation office regarding Creole Prospect (.20); email to Mr. Alcorn regarding state lease issues (.20); follow-up email to Mr. Alcorn and Mr. MacMillan (.20); | 0.80 | 432.00 |
| 08/11/2017 | LGW | Continue work on Louisiana decommissioning issues and review of filings in re Cameron Parish ad valorem tax issues (.70);  review correspondence with Mr. Lento regarding audits regarding bond status (.50); | 1.20 | 474.00 |
| | ACM | Review and respond to various emails with Mr. Lento at Louisiana AG's office regarding State Mineral Board and Office of Conservation issues (.30); emails to Mr. Alcorn regarding Cameron parish tax collection issues (.20); follow-up emails to Mr. Lento for meetings (.20); | 0.70 | 378.00 |
| 08/14/2017 | ACM | Coordinate with Mr. Katchadurian for discussions with state of Louisiana (.10); follow-up email to Mr. Lento at AG's office (.10); | 0.20 | 108.00 |
| 08/15/2017 | ACM | Conference and meeting with Mr. Alcorn and Mr. Katchadurian to discuss strategies with state of Louisiana for Creole properties (1.00); follow-up conference call with Mr. Alcorn, Mr. Billeck and Mr. Katchadurian (.40); | 1.40 | 756.00 |
| 08/16/2017 | LGW | Preparation for and discussion with Mr. Lento regarding Creole Field (1.20); review correspondence with Mr. Lento | | |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Page: 4
09/18/2017

OUR FILE NO:    5843-3677M
STATEMENT NO:         9

Voluntary Bankruptcy:  Chapter 11

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | ACM | regarding audits regarding bond status (.50); Participate in telephone conference with Mr. Lento (with Louisiana attorney general's office), Mr. Alcorn, Mr. Katchadurian, Mr. Dean and Mr. MacMillian to discuss strategy for Creole property (.70); | 1.70 | 671.50 |
|  | NAA | Review BOEM's records to verify status of qualification card update (.20); call Adjudication Unit of BOEM to inquire about same (.10) email exchanges with Mr. Marino and Northstar (Roger Souders) regarding same (.20); | 0.70 | 378.00 |
|  |  |  | 0.50 | 175.00 |
| 08/17/2017 | LGW | Call to Ms. Hardman at Winston firm to discuss need for additional fee order filing (0.5) and finalize work on billing (1.0); work on motion language regarding taxes (0.6); | 2.10 | 829.50 |
|  | NAA | Email exchanges with Northstar concerning qualification card update for NOV (.20); draft qualification card update for request of change of address for NOV (.20); drive to and from BOEM offices in Elmwood to file update (1.00); email exchanges with Mr. Marino and Northstar (Brian Macmillan) regarding filing of NOG to NOV assignments as they relate to supplemental financial assurance (.60); | 2.00 | 700.00 |
| 08/18/2017 | LGW | Review proposed language on Motion to Reject Contracts - Louisiana leases - West Cameron 2 (.50); review filings related to same (.40); research on Louisiana rules for pipeline abandonment in place and brief write-up (1.30); | 2.20 | 869.00 |
|  | ACM | Review insert language in Motion to Reject Creole agreements (.20); follow-up email to Ms. Preston to file Motion to Reject (.10); follow-up email with Mr. Alcorn regarding pipeline (.10);  follow-up emails to Mr. Katchadurian and Ms. Preston (.20); emails to Mr. Alcorn and Mr. Krenek for status of pipeline and sediment rich area (.20); | 0.80 | 432.00 |
| 08/21/2017 | LGW | Receive and review information regarding abandonment of Louisiana leases (.50); | 0.50 | 197.50 |
|  |  | TOTAL FEES: | 51.00 | 23,261.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Nadege A. Assale | 6.70 | $350.00 | $2,345.00 |
| Anthony C. Marino | 21.40 | 540.00 | 11,556.00 |

# SLATTERY, MARINO & ROBERTS

### STATEMENT

Northstar Offshore Group LLC

Voluntary Bankruptcy:  Chapter 11

| | | | | Page: 5 |
| | | | | 09/18/2017 |
| | | | OUR FILE NO: | 5843-3677M |
| | | | STATEMENT NO: | 9 |

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Lynn G. Wolf | 18.40 | 395.00 | 7,268.00 |
| Herman E. Garner, Jr. | 4.50 | 465.00 | 2,092.50 |

| | |
|---|---|
| Air Fare [ACM-R/T; 33483] | 360.40 |
| Travel Expense [Auto Rental, Parking, Gas-ACM; 33483] | 146.93 |
| Research Services [Westlaw; 33489] | 1,539.40 |
| TOTAL EXPENSES: THRU 08/31/2017 | 2,046.73 |
| PREVIOUS BALANCE | $48,828.26 |
| TOTAL CURRENT WORK: | 25,308.23 |

| | | |
|---|---|---|
| 08/31/2017 | Payment Received on Statement No. 7, Check No. 18863 | -10,147.00 |
| | BALANCE DUE: | $63,989.49 |

PLEASE INDICATE FILE NUMBER, STATEMENT NUMBER
AND STATEMENT DATE ON ALL REMITTANCES