# EXHIBIT 5

# Northstar Offshore Group, LLC

**P| Production Handling Agreement (effective July 12, 2007)**
**PRODUCTION MONTH:** April 2016
**INVOICE DATE:** October 13, 2016
**PROPERTY:** HI 268 A1 & A2
**OWNER:** #1040  Peregrine Oil & Gas
**Invoice #:** 1040-0416-HI268A

| HI 268 A1 | VOLUME | PRICE | MEASURE | FEE |
|---|---|---|---|---|
| Gas Handling | 17,478.00 | $ 0.3975 | MCF | $ 6,946.76 |
| Condensate Handling | - | $ 2.8390 | BBL | $ - |
| Water Handling | - | $ 2.1292 | BBL | $ - |
| Compression Fee | - | $ 0.1419 | MCF | $ - |
| | | | SUBTOTAL | $ 6,946.76 |

| HI 268 A2 | VOLUME | PRICE | MEASURE | FEE |
|---|---|---|---|---|
| Gas Handling | 6,468.00 | $ 0.3975 | MCF | $ 2,570.75 |
| Condensate Handling | 45.00 | $ 2.8390 | BBL | $ 127.75 |
| Water Handling | - | $ 2.1292 | BBL | $ - |
| Compression Fee | - | $ 0.1419 | MCF | $ - |
| | | | SUBTOTAL | $ 2,698.51 |
| | | | TOTAL | $ 9,645.27 |

**MINIMUM MONTHLY PHA FEES**    $ 13,814.9970

**TOTAL DUE**    $13,815.00

Please remit to:

Northstar Offshore Group, LLC
11 Greenway Plaza, Suite 2800
Houston, Texas 77046

*Escalates annually effective April 1, 2008 - per COPAS adjustment factors*

**Please contact mcastillo@nstaroffshore.com with any questions**

**Distribute to:**
roberta@peregrineoilandgas.com