

ENTERED
03/27/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| NORTHSTAR OFFSHORE GROUP, LLC | § | CASE NO: 16-34028 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

ORDER SETTING HEARING

An evidentiary hearing will be conducted at **1:30 p.m. on April 11, 2018,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Diamond McCarthy's Application for Compensation (Doc. #1116), DLA Piper's Application for Compensation (Doc. #1118), FTI Consulting, Inc.'s Application for Compensation (Doc. #1119), and MI Energy Capital Management's Application for Compensation (Doc. #1123). The Court will consider evidence and arguments, as appropriate. The movant shall immediately serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **March 27, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE