IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| NORTHSTAR OFFSHORE § | Case No. 16-34028 |
| GROUP, LLC, § | |
| § | (Chapter 11) |
| DEBTOR. § | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO THE SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DIAMOND MCCARTHY LLP, AS GENERAL COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD DECEMBER 2, 2016 THROUGH JULY 20, 2017**
**(Relates to ECF No. 1116)**

Considering the *Second and Final Application for Allowance of Compensation and Reimbursement of Expenses of Diamond McCarthy LLP, as General Counsel for the Debtor and Debtor-in-Possession for the Period December 2, 2016 Through July 20, 2017* (the "Application"); and considering the *Debtor's Objection to the Second and Final Application for Allowance of Compensation and Reimbursement of Expenses of Diamond McCarthy LLP, as General Counsel for the Debtor and Debtor-in-Possession for the Period December 2, 2016 Through July 20, 2017* (the "Objection"); and the Court having jurisdiction to consider the Application, the Objection, and the relief requested therein in accordance with 28 U.S.C. § 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that just cause exists for the relief granted herein; and upon all of the proceedings had before the Court, it is hereby:

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Objection is SUSTAINED IN FULL.

2. The Application is DENIED IN PART in the amount of $466,125.25 in fees.

3. Diamond McCarthy LLP ("Diamond") shall be finally allowed $882,238.25 in fees and $134,193.80 in expenses.

4. Because Diamond McCarthy LLP ("Diamond") has already received payments totaling $1,373,483.10 from Northstar Offshore Group, LLC ("Northstar"), in addition to a retainer of $10,000.00 paid by Northstar on a separate matter, Diamond shall be entitled to no further payments from Northstar.

5. Diamond shall disgorge and pay to the Debtor's estate the sum of $357,061.05 within 10 days of the date of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Houston, Texas this ___ day of _____, 2018.

MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE