UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NORTHSTAR OFFSHORE GROUP, LLC, | § § § | Case No. 16-34028 |
| | § | (Chapter 11) |
| DEBTOR. | § | |

**SUPPLEMENT TO DIAMOND MCCARTHY LLP'S
OMNIBUS OBJECTION AND RESERVATION OF RIGHTS
TO FINAL FEE APPLICATIONS OF CERTAIN PROFESSIONALS**

Diamond McCarthy LLP ("Diamond McCarthy") hereby files this Supplement to its Omnibus Objection and Reservation of Rights to Final Fee Applications of Certain Professionals (the "Objection"):

1. Diamond McCarthy filed its Objection on April 4, 2018 [ECF No. 1161].

2. The Objection stated that Diamond McCarthy would be seeking a continuance of the April 11, 2018 hearing, expecting cooperation from the Debtor for a short continuance of the April 11th hearing date to the week of April 16th due to a previous commitment at a BRG Conference in New York City on Monday and Tuesday of next week. Last night, the Debtor refused the requested short continuance. Counsel has now cancelled his trip and notified the Debtor that it will proceed with discovery on the dates made available by the Debtor.. Therefore, Diamond McCarthy files this Supplement to advise the Court and correct the earlier pleading. Diamond McCarthy will not be seeking a continuance of the Wednesday hearing date. Furthermore, for the court's scheduling, Diamond McCarthy believes it will take at a minimum 3 hours to put on its direct case. .

1

3.     Diamond McCarthy continues to reserve its rights to supplement its Objection based on additional facts identified in discovery.

Dated: April 5, 2018

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Kyung S. Lee*
Kyung S. Lee
TBA No. 12128400
klee@diamondmccarthy.com
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Michael Fritz
TBA No. 24083029
Mfritz@diamondmccarthy.com
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2018, I caused a true and correct copy of the foregoing Supplement to be filed with the Court and thereby served by the Court's CM/ECF system to all parties registered to receive electronic notice.

*/s/ Kyung S. Lee*