

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| NORTHSTAR OFFSHORE GROUP, LLC | § | CASE NO: 16-34028 |
|    Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, Medco Energi US LLC's claim must be treated as a general unsecured claim, without priority.

SIGNED **July 10, 2020.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE