UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

**NORTHSTAR OFFSHORE GROUP, LLC**,

DEBTOR

CASE NO. 16-34028

CHAPTER 11

_____

**MEDCO ENERGI US LLC'S WITNESS AND EXHIBIT LIST**

| **WITNESSES:** | Judge: Hon. Marvin Isgur |
|---|---|
| Martin Bech | Ctrm Deputy: |
| Those called by any other party. | Date: 7/17/19 at 9:00 a.m. |
| | Party: Medco Energi US LLC |
| | Atty: Michael D. Rubenstein |
| | (713) 651-2953 |
| | Amended Application for Allowance and Payment of Administrative Expense Claim |

**EXHIBITS**

| Ex # | Description | Marked | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| A | Oil and Gas Lease – OCS-G 5392 (EC 317) | | | | | |
| B | Oil and Gas Lease – OCS-G 5393 (EC 317) | | | | | |
| C | BOEM Serial Register Page OCS-G 5392 (EC 317) | | | | | |
| D | BOEM Serial Register Page OCS-G 5393 (EC 318) | | | | | |
| E | BOEM Letter dated 3/12/2014 approving RUE | | | | | |
| F | BSEE Letter dated July 25, 2017 Granting Approval to Decommission in Place | | | | | |
| G | AFE 17-004 | | | | | |

| H | Medco Property Sub-Ledger re AFE: 17-004, EC 317/318 | | | | | |
|---|---|---|---|---|---|---|
| I | Medco Decommissioning Costs EC 317/318 | | | | | |
| J | BOEM Letter dated 2/15/2019 Authorizing Bond Cancellation (EC 318) | | | | | |
| K | BOEM Letter dated 2/28/2019 Authorizing Bond Cancellation (RUE OCS-G 30210) | | | | | |
| L | Medco Cost Certification (EC 317) | | | | | |
| M | Medco Cost Certification (EC 318) | | | | | |

Respectfully submitted,

_____
Michael D. Rubenstein (Bar #24047514)
LISKOW & LEWIS
1001 Fannin Street, Ste. 1800
Houston, Texas  77002
Telephone:  (713) 651-2953
Facsimile:   (713) 651-2908

*Attorneys for Medco Energi US LLC*

-2-

4952839_1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2019, Medco Energi US LLC's Witness and Exhibit List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I further certify that a copy of Medco Energi US LLC's Witness and Exhibit List's along with all exhibits listed were sent via Federal Express on the 12th day of July, 2019 to:

>Lydia T. Protopapas, Esq.
>PROTOPAPAS PLLC
>2009 North Durham Dr.
>Houston, TX 77008

*/s/ Michael D. Rubenstein*
Michael D. Rubenstein