OCS-G05392 <span style="float:right">**Serial Register Page**</span> <span style="float:right">**31-May-2019**</span>

**OCS-**G05392

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Current Status** | TERMIN | Central Gulf of Mexico | | | **Sale#** | 72 | **Sale Date** | 5/25/1983 |
| **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | | **Royalty Rate** | | **Rental** | |
| 2512030.000 | 5000.000000 | 5000.000000 | 502.41 | | 16.666667 | | 3.00 | |

**Original Lessee(s):**

Sohio Petroleum Company                                            50.00000 %

MOBIL OIL EXPLORATION & PRODUCING                                  50.00000 %
SOUTHEAST INC.

**Description:**

    All of Block  317, East Cameron Area, South Addition, as shown on OCS Louisiana Leasing Map, LA2A.

| | |
|---|---|
| 01-Jul-1983 | Date of lease: 7/1/1983. Expected expiration date:   6/30/1988 |
| 04-Aug-1983 | MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST INC. designates Sohio Petroleum Company as operator. |
| 30-Mar-1987 | Record title interest is now held as follows, effective 12/18/1986: |
| | MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST 100.00000% INC. |
| 25-Apr-1988 | MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST INC. designates Huffco Petroleum Corporation as operator. |
| 25-Jul-1988 | Operations in progress. FO status report dated 7/22/88. |
| 22-Aug-1988 | Held by prior drilling operations. FO status report dated 8/18/88. |
| 19-Sep-1988 | Held by prior drilling operations. FO status report dated 9/16/88. |
| 28-Sep-1988 | Suspension of production approved from 9/18/88 through 9/30/89. |
| 31-Oct-1988 | Huffco Petroleum Corporation changed its name to Elf Aquitaine Operating, Inc., effective 15-AUG-88. |
| 08-Sep-1989 | Operating rights interest is now held as follows, effective 3/23/1989: |

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

Elf Aquitaine Operating, Inc.                                      100.00000%

| | |
|---|---|
| 03-Oct-1989 | Suspension of production approved from 10/1/89 through 12/31/89. |
| 16-Jan-1990 | Held by workover operations. FO status report dated 1/16/90. |
| 26-Jan-1990 | Placed on continuous production 12/9/89. |
| 25-Jun-1990 | Operating rights interest is now held as follows, effective 3/23/1989: |

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Operating, Inc. | 84.97400% |
| Elf Aquitaine Oil Programs, Inc. | 15.02600% |

**25-Jun-1990** Operating rights interest is now held as follows, effective 3/23/1989:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Operating, Inc. | 59.93000% |
| Elf Aquitaine Oil Programs, Inc. | 15.02600% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |

**25-Jun-1990** Operating rights interest is now held as follows, effective 3/23/1989:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Operating, Inc. | 33.21700% |
| Amoco Production Company | 15.02600% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| Colton Gulf Coast, Inc. | 26.71300% |

**25-Jun-1990** Operating rights interest is now held as follows, effective 3/23/1989:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Operating, Inc. | 29.39400% |
| Elf Aquitaine Oil Programs, Inc. | 15.02600% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Serendipity Exploration Corporation | 03.82300% |

<strong>EXHIBIT C</strong>

OCS-G05392                           **Serial Register Page**                    **31-May-2019**

**25-Jun-1990**   Operating rights interest is now held as follows, effective 3/23/1989:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Operating, Inc. | 20.49000% |
| Elf Aquitaine Oil Programs, Inc. | 15.02600% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Serendipity Exploration Corporation | 03.82300% |
| SHV Oil and Gas Company | 08.90400% |

**25-Jun-1990**   Operating rights interest is now held as follows, effective 3/23/1989:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Operating, Inc. | 13.35700% |
| Elf Aquitaine Oil Programs, Inc. | 15.02600% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Serendipity Exploration Corporation | 03.82300% |
| SHV Oil and Gas Company | 08.90400% |
| MD Oil Co., Inc. | 07.13300% |

**25-Jun-1990**   Operating rights interest is now held as follows, effective 3/23/1989:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Oil Programs, Inc. | 15.02600% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Serendipity Exploration Corporation | 03.82300% |
| SHV Oil and Gas Company | 08.90400% |
| MD Oil Co., Inc. | 07.13300% |
| Baralonco Exploration, Inc. | 13.35700% |

**16-Apr-1992**   Operating rights interest is now held as follows, effective 1/1/1990:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| SHV Oil and Gas Company | 08.90400% |
| MD Oil Co., Inc. | 07.13300% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 00.79300% |

**28-Apr-1992**   Operating rights interest is now held as follows, effective 1/1/1990:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| SHV Oil and Gas Company | 08.90400% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |

OCS-G05392 **Serial Register Page** 31-May-2019

**28-Apr-1992** Operating rights interest is now held as follows, effective 7/31/1991:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| SHV Oil and Gas Company | 08.90400% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 20.03520% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |

**15-Jul-1992** Operating rights interest is now held as follows, effective 1/1/1992:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 20.03520% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |
| Rio Grande Drilling Company | 08.90400% |

**17-Sep-1992** Elf Aquitaine/MM 1985 Exploration Limited Partnership changed it name to DelMar/MM 1985 Exploration Limited Partnership, effective 1/23/92.

**17-Dec-1992** Operating rights interest is now held as follows, effective 5/1/1992:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| DelMar/MM 1985 Exploration Limited Partnership | 20.03520% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |

**19-Feb-1993** Operating rights interest is now held as follows, effective 12/31/1992:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| DelMar/MM 1985 Exploration Limited Partnership | 20.03520% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |

**01-Feb-1994** Operating rights interest is now held as follows, effective 8/3/1991:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| DelMar/MM 1985 Exploration Limited Partnership | 19.83485% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 00.20035% |

**01-Feb-1994** Operating rights interest is now held as follows, effective 8/1/1993:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 00.20035% |
| Robert Street Energy, Inc. | 19.83485% |

**30-Jan-1995** Operating rights interest is now held as follows, effective 1/1/1994:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 20.03520% |

**19-Jul-1995** Operating rights interest is now held as follows, effective 10/1/1994:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 16.65078% |
| Colton Gulf Coast, Inc. | 30.09742% |

OCS-G05392

**15-Mar-1996**     Operating rights interest is now held as follows, effective 7/1/1995:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Colton Gulf Coast, Inc. | 30.09742% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 16.65078% |
| Snyder Oil Corporation | 13.35700% |

**24-May-1996**     Operating rights interest is now held as follows, effective 7/1/1995:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Colton Gulf Coast, Inc. | 33.10408% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 16.65078% |
| Snyder Oil Corporation | 10.35034% |

**16-Dec-1996**     Operating rights interest is now held as follows, effective 8/1/1996:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Colton Gulf Coast, Inc. | 33.10408% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 24.93105% |
| Snyder Oil Corporation | 02.07007% |

**27-Dec-1996**     DelMar Operating, Inc. changed its name to SOCO Offshore, Inc., effective 11/19/96.

**22-Apr-1997**     Operating rights interest is now held as follows, effective 1/1/1997:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Colton Gulf Coast, Inc. | 33.10408% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| SOCO Offshore, Inc. | 24.93105% |
| Snyder Oil Corporation | 02.07007% |
| Elf Aquitaine Oil Programs, Inc. | 27.16780% |

**22-Apr-1997**     Operating rights interest is now held as follows, effective 8/1/1996:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Colton Gulf Coast, Inc. | 33.10408% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| Elf Aquitaine Oil Programs, Inc. | 27.16780% |
| SOCO Offshore, Inc. | 27.00112% |

**03-Feb-1998**     Elf Exploration, Inc. designates SOCO Offshore, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, as to those depths from the surface to a true vertical depth of 5,950'.

OCS-G05392 **Serial Register Page** 31-May-2019

**06-Apr-1998** Operating rights interest is now held as follows, effective 3/1/1997:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Colton Gulf Coast, Inc. | 33.10408% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 07.39269% |
| Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| SOCO Offshore, Inc. | 27.00112% |

**06-Apr-1998** Operating rights interest is now held as follows, effective 3/1/1997:

All of Block 317, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,950 feet.

| | |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Colton Gulf Coast, Inc. | 33.10408% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 12.79291% |
| Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| SOCO Offshore, Inc. | 21.60090% |

**06-Apr-1998** Operating rights interest is now held as follows, effective 3/1/1997:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 02.96282% |
| Colton Gulf Coast, Inc. | 33.10408% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 13.65309% |
| Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| SOCO Offshore, Inc. | 21.60090% |

**06-Apr-1998** Operating rights interest is now held as follows, effective 3/1/1997:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Serendipity Exploration Corporation | 02.96282% |
| Colton Gulf Coast, Inc. | 26.48326% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 20.27391% |
| Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| SOCO Offshore, Inc. | 21.60090% |

**19-Jun-1998** Snyder Oil Corporation designates SOCO Offshore, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, as to those depths from the surface to a true vertical depth of 5,950'.

**21-Aug-1998** Operating rights interest is now held as follows, effective 1/1/1998:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Colton Gulf Coast, Inc. | 26.48326% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 20.27391% |
| Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| SOCO Offshore, Inc. | 21.60090% |
| Snyder Oil Corporation | 02.96282% |

**09-Feb-1999** Vastar Offshore, Inc. designates SOCO Offshore, Inc. as operator.

**10-Feb-1999** Record title interest is now held as follows, effective 7/1/1998:

| | |
|---|---|
| Vastar Offshore, Inc. | 100.00000% |

**28-May-1999** Rio Grande, Inc. designates SOCO Offshore, Inc. as operator.

**28-May-1999** EXCO Resources, Inc. designates SOCO Offshore, Inc. as operator.

**07-Jul-1999** Rio Grande Drilling Company (GOM Co. No. 1698) merged with and into Rio Grande, Inc. (GOM Co. No. 1697), effective 3/17/99. The name of the surviving corporation is Rio Grande, Inc. (GOM Co. No. 1697).

OCS-G05392                                    **Serial Register Page**                                    31-May-2019

| | |
|---|---|
| 07-Jul-1999 | Rio Grande, Inc. (GOM Co. No. 1697) merged with and into EXCO Resources, Inc. (GOM Co. No. 2346), effective 3/30/99. The name of the surviving corporation is EXCO Resources, Inc. (GOM Co. No. 2346). |
| 02-Aug-1999 | Vastar Offshore, Inc. designates Snyder Oil Corporation as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 02-Aug-1999 | Vastar Offshore, Inc. designates Vastar Offshore, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, from all depths below 5,950' TVD. |
| 02-Aug-1999 | Elf Aquitaine Oil Programs, Inc. designates Snyder Oil Corporation as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 02-Aug-1999 | Elf Exploration, Inc. designates Snyder Oil Corporation as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 03-Aug-1999 | SOCO Offshore, Inc. designates Snyder Oil Corporation as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 03-Aug-1999 | Colton Gulf Coast, Inc. designates Snyder Oil Corporation as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 05-Aug-1999 | EXCO Resources, Inc. designates Snyder Oil Corporation as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 13-Aug-1999 | Vastar Offshore, Inc. designates Santa Fe Energy Resources, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 13-Aug-1999 | Elf Exploration, Inc. designates Santa Fe Energy Resources, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 13-Aug-1999 | Elf Aquitaine Oil Programs, Inc. designates Santa Fe Energy Resources, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 13-Aug-1999 | Colton Gulf Coast, Inc. designates Santa Fe Energy Resources, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 13-Aug-1999 | EXCO Resources, Inc. designates Santa Fe Energy Resources, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, from the surface of the earth to a depth of 5,950' TVD. |
| 20-Aug-1999 | SOCO Offshore, Inc. merged into DelMar Petroleum, Inc., an unqualified Delaware corporation, effective May 20, 1998. DelMar Petroleum, Inc., Institutional Services Inc., SOCO California Properties, Inc., SOCO Holdings Inc., SOCO Thomasville Inc. and Thomasville Energy Corporation, all unqualified Delaware corporations merged with and into Snyder Oil Corporation, effective May 20, 1998. Snyder Oil Corporation merged with and into Santa Fe Energy Resources, Inc. and simultaneous change of name to Santa Fe Snyder Corporation, effective May 5, 1999. The name of the surviving corporation is Santa Fe Snyder Corporation (GOM Company Number 1551). |

**12-Oct-1999**   Operating rights interest is now held as follows, effective 1/1/1999:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Colton Gulf Coast, Inc. | 26.48326% |
| Santa Fe Snyder Corporation | 31.68692% |
| Elf Exploration, Inc. | 20.27391% |
| Elf Aquitaine Oil Programs, Inc. | 21.55591% |

**26-Oct-1999**   Operating rights interest is now held as follows, effective 7/1/1999:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a true vertical depth of 5,950 feet

| | |
|---|---|
| Elf Aquitaine Exploration, Inc. (M. M.) | 20.27391% |
| Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| Santa Fe Snyder Corporation | 58.17018% |

| | |
|---|---|
| 10-Feb-2000 | Held by prior drilling operations ended on 10/17/1999. |
| 18-Dec-2000 | Devon Merger Co., an unqualified Delaware corporation, merged with and into Santa Fe Snyder Corporation (GOM Company Number 1551) and simultaneously changed its name to Devon SFS Operating, Inc., effective 8/29/2000. The name of the surviving corporation is Devon SFS Operating, Inc. (GOM Company Number 1551). |
| 14-Feb-2001 | Elf Exploration, Inc. changed its name to TotalFinaElf E&P USA, Inc., effective 1/01/2001. |
| 12-Apr-2001 | TotalFinaElf E&P USA, Inc. designates Devon SFS Operating, Inc. as operator. of All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950' |
| 12-Apr-2001 | Elf Aquitaine Oil Programs, Inc. (GOM Company No. 1141) merged with and into TotalFinaElf E&P USA, Inc, effective 1/15/2001. (GOM Company No. 1500). The name of the surviving corporation is TotalFinaElf E&P USA, Inc. (GOM Company No. 1500). |

**29-Jul-2002**   Record title interest is now held as follows, effective 1/1/2002:

| | |
|---|---|
| BP Exploration & Production Inc. | 100.00000% |

OCS-G05392     **Serial Register Page**     31-May-2019

**29-Jul-2002** Vastar Offshore, Inc. designates BP Exploration & Production Inc. as operator. All of Block 317, East Cameron Area, South Addition, from 5950' TVD and below.

**29-Jul-2002** BP Exploration & Production Inc. designates Devon SFS Operating, Inc. as operator. All of Block 317, EC Area from 0 to 5950' TVD.

**29-Jul-2002** Vastar Offshore, Inc. (GOM Company No. 2316), merged with and into BP Exploration & Production Inc. (GOM Company No. 2481), effective 1/1/2002. The name of the surviving company is BP Exploration & Production Inc. (GOM Company No. 2481)

**03-Sep-2002** TotalFinaElf E&P USA, Inc. designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**03-Sep-2002** Devon SFS Operating, Inc. designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**03-Sep-2002** BP Exploration & Production Inc. designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**17-Sep-2002** Operating rights interest is now held as follows, effective 4/1/2002:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| TotalFinaElf E&P USA, Inc. | 41.82982% |
| Merit Partners, L.P. | 54.67997% |
| Merit Energy Partners III, L.P. | 01.45425% |
| Merit Energy Partners D-III, L.P. | 02.03596% |

**17-Sep-2002** Merit Partners, L.P. designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**17-Sep-2002** Merit Energy Partners III, L.P. designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**17-Sep-2002** Merit Energy Partners D-III, L.P. designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**28-Mar-2003** Operating rights interest is now held as follows, effective 1/1/2003:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| Newfield Exploration Company | 41.82982% |
| Merit Partners, L.P. | 54.67997% |
| Merit Energy Partners III, L.P. | 01.45425% |
| Merit Energy Partners D-III, L.P. | 02.03596% |

**28-Mar-2003** Newfield Exploration Company designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

**30-Dec-2003** Operating rights interest is now held as follows, effective 6/1/2003:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| Novus Louisiana LLC | 41.82982% |
| Merit Partners, L.P. | 54.67997% |
| Merit Energy Partners III, L.P. | 01.45425% |
| Merit Energy Partners D-III, L.P. | 02.03596% |

**30-Dec-2003** Novus Louisiana LLC designates Merit Energy Company as operator. of All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

**27-Jan-2004** Operating rights interest is now held as follows, effective 8/1/2003:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| Novus Louisiana LLC | 100.00000% |

**27-Jan-2004** BP Exploration & Production Inc. designates Novus Louisiana LLC as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**27-Jan-2004** Novus Louisiana LLC designates Novus Louisiana LLC as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD.

**10-Dec-2004** Operating rights interest is now held as follows, effective 8/27/2004:

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| Novus Louisiana LLC | 89.54255% |
| Darcy Energy, Ltd. | 10.45745% |

OCS-G05392            **Serial Register Page**            31-May-2019

| Date | Description |
|---|---|
| **10-Dec-2004** | Darcy Energy, Ltd. designates Novus Louisiana LLC as operator. of All of Block 317, East Cameron Area, South Addition, from 0 to 5950' TVD. |
| **21-Jan-2005** | Held by drilling operations started on 05/20/2004. |
| **18-Mar-2005** | Operating rights interest is now held as follows, effective 1/14/2005: |

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| Novus Louisiana LLC | 75.00000% |
| Darcy Energy, Ltd. | 25.00000% |

| Date | Description |
|---|---|
| **27-Jul-2005** | Held by prior workover operations ended on 05/09/2005. |
| **22-Dec-2005** | Held by prior production, production ceased on 09/21/2005. |
| **10-Mar-2006** | Darcy Energy, Ltd. changed its name to Darcy Energy, LLC, effective 29-DEC-2005. |
| **19-Jun-2006** | Novus Louisiana LLC changed its name to Medco Energi US LLC, effective 03/10/2006. |
| **19-Sep-2007** | Darcy Energy LLC changed its name to Leed Petroleum LLC, effective 07/24/2007. |
| **19-Dec-2008** | Held by prior production, production ceased on 09/09/2008. |
| **19-May-2009** | Suspension of production approved from 03/09/2009 thru 09/30/2009. |
| **19-Oct-2009** | Suspension of production approved from 10/1/2009 through 1/31/2010. |
| **14-Dec-2009** | Production resumed on 12/03/2009. |
| **12-Jul-2011** | Operating rights interest is now held as follows, effective 5/17/2011: |

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| Medco Energi US LLC | 75.00000% |
| Marlin GOM I, L.L.C. | 25.00000% |

| Date | Description |
|---|---|
| **12-Jul-2011** | Marlin GOM I, L.L.C. designates Medco Energi US LLC as operator. ALL OF BLOCK 317, East Cameron Area, South Addition from surface to 5950' TVD. |
| **14-Dec-2012** | Operating rights interest is now held as follows, effective 6/1/2012: |

All of Block 317, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,950 feet

| | |
|---|---|
| Medco Energi US LLC | 75.00000% |
| Northstar Offshore Group, LLC | 25.00000% |

| Date | Description |
|---|---|
| **14-Dec-2012** | Medco Energi US LLC designates Medco Energi US LLC as operator. ALL OF BLOCK 317, East Cameron Area, South Addition from surface down to and including 5,950' TVD. |
| **14-Dec-2012** | Northstar Offshore Group, LLC designates Medco Energi US LLC as operator. ALL OF BLOCK 317, East Cameron Area, South Addition from surface down to and including 5,950' TVD. |
| **22-Mar-2017** | Lease terminated on 02/27/2017. |