| OCS-G05393 | | Serial Register Page | | | 31-May-2019 |
|---|---|---|---|---|---|
| | | | | | Page 1 of 9 |

**OCS-G05393**

| Current Status | TERMIN | Central Gulf of Mexico | | Sale# 72 | Sale Date 5/25/1983 |
|---|---|---|---|---|---|
| Bonus Bid | Initial Acreage | Current Acreage | Per Acre Amt. | Royalty Rate | Rental |
| 2153000.000 | 5000.000000 | 5000.000000 | 430.60 | 16.666667 | 3.00 |

**Original Lessee(s):**

Aminoil USA, Inc.                                        50.00000 %
Elf Aquitaine, Inc.                                      50.00000 %

**Description:**

All of Block 318, East Cameron Area, South Addition, as shown on OCS Louisiana Leasing Map, LA2A.

| Date | Event |
|---|---|
| 01-Jul-1983 | Date of lease: 7/1/1983. Expected expiration date: 6/30/1988 |
| 16-Jun-1983 | Elf Aquitaine, Inc. designates Aminoil USA, Inc. as operator. |
| 11-Aug-1983 | Aminoil USA, Inc. changed its name to Aminoil Inc., effective 8/1/83. |
| 20-Feb-1985 | Elf Aquitaine, Inc. designates Phillips Oil Company as operator. |
| 20-Feb-1985 | Phillips Oil Company designates Phillips Oil Company as operator. |
| 01-Mar-1985 | Record title interest is now held as follows, effective 1/1/1985:<br>Elf Aquitaine, Inc.                                        50.00000%<br>Phillips Oil Company                                        50.00000% |
| 01-Mar-1985 | Aminoil Inc. merged with and into Phillips Oil Company, effective 1/1/85. The name of the surviving corporation is Phillips Oil Company (N. O. Misc. No. 788). |
| 12-Jul-1985 | Record title interest is now held as follows, effective 1/1/1985:<br>Phillips Petroleum Company                                        50.00000%<br>Elf Aquitaine, Inc.                                        50.00000% |
| 04-Nov-1985 | Elf Aquitaine, Inc. designates Phillips Petroleum Company as operator. |
| 13-Apr-1988 | Phillips Petroleum Company designates Elf Aquitaine, Inc. as operator. |
| 17-May-1988 | Idemitsu Oil Exploration (Gulf of Mexico) Co. designates Elf Aquitaine, Inc. as operator. |
| 25-Jul-1988 | Held by prior drilling operations. FO status report dated 7/25/88. |
| 08-Aug-1988 | Suspension of production approved from 8/3/88 through 1/31/89. |
| 07-Sep-1988 | Record title interest is now held as follows, effective 3/30/1988:<br>Phillips Petroleum Company                                        50.00000%<br>Elf Aquitaine, Inc.                                        33.33340%<br>Idemitsu Oil Exploration (Gulf of Mexico) Co.                                        16.66660% |
| 31-Oct-1988 | Huffco Petroleum Corporation changed its name to Elf Aquitaine Operating, Inc., effective 15-AUG-88. |
| 20-Dec-1988 | Record title interest is now held as follows, effective 6/29/1988:<br>Phillips Petroleum Company                                        50.00000%<br>Elf Aquitaine, Inc.                                        50.00000% |
| 18-Jan-1989 | Phillips Petroleum Company designates Elf Aquitaine Operating, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition. |
| 18-Jan-1989 | Elf Aquitaine, Inc. designates Elf Aquitaine Operating, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition. |
| 03-Feb-1989 | Suspension of production approved from 2/1/89 through 9/30/89. |
| 03-Oct-1989 | Suspension of production approved from 10/1/89 through 12/31/89. |
| 16-Jan-1990 | Held by drilling operations. FO status report dated 1/16/90. |
| 21-Feb-1990 | Held by prior drilling operations. FO status report dated 2/20/90. |
| 01-Mar-1990 | Elf Exploration, Inc. designates Elf Aquitaine Operating, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition. |
| 01-Mar-1990 | Phillips Petroleum Company designates Elf Exploration, Inc. as operator. of the NE1/4; S1/2 of Block 318, East Cameron Area, South Addition. |
| 14-Mar-1990 | Placed on production 1/7/90. |
| 27-Mar-1992 | Operating rights interest is now held as follows, effective 1/4/1990:<br>NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet<br>Elf Aquitaine Operating, Inc.                                        100.00000% |
| 27-Mar-1992 | Record title interest is now held as follows, effective 1/1/1990:<br>Phillips Petroleum Company                                        50.00000%<br>Elf Exploration, Inc.                                        50.00000% |

**EXHIBIT D**

| OCS-G05393 | | Serial Register Page | 31-May-2019 |
|---|---|---|---|
| | | | Page 2 of 9 |

| Date | Description |
|---|---|
| **19-Aug-1992** | Elf Aquitaine Operating, Inc. changed its name to DelMar Operating, Inc. effective 1/3/92. |
| **24-Aug-1992** | Operating rights interest is now held as follows, effective 1/5/1990: |

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Party | Interest |
|---|---|
| DelMar Operating, Inc. | 85.76700% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |

**24-Aug-1992** Operating rights interest is now held as follows, effective 1/5/1990:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Party | Interest |
|---|---|
| DelMar Operating, Inc. | 60.72300% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |

**24-Aug-1992** Operating rights interest is now held as follows, effective 1/5/1990:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Party | Interest |
|---|---|
| DelMar Operating, Inc. | 52.79700% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 25.04400% |
| MDOI, Inc. | 07.92600% |

**24-Aug-1992** Operating rights interest is now held as follows, effective 7/31/1991:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Party | Interest |
|---|---|
| DelMar Operating, Inc. | 52.79700% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 20.03520% |
| MDOI, Inc. | 07.92600% |
| Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |

**24-Aug-1992** Operating rights interest is now held as follows, effective 1/5/1990:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Party | Interest |
|---|---|
| DelMar Operating, Inc. | 48.97400% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| Elf Aquitaine/MM 1985 Exploration Limited Partnership | 20.03520% |
| MDOI, Inc. | 07.92600% |
| Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |
| Serendipity Exploration Corporation | 03.82300% |

**16-Oct-1992** Operating rights interest is now held as follows, effective 1/5/1990:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Party | Interest |
|---|---|
| DelMar Operating, Inc. | 22.26100% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| DelMar/MM 1985 Exploration Limited Partnership | 20.03520% |
| MDOI, Inc. | 07.92600% |
| Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |
| Serendipity Exploration Corporation | 03.82300% |
| Colton Gulf Coast, Inc. | 26.71300% |

**16-Oct-1992** Operating rights interest is now held as follows, effective 8/3/1991:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Party | Interest |
|---|---|
| DelMar Operating, Inc. | 22.46135% |
| Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| DelMar/MM 1985 Exploration Limited Partnership | 19.83485% |
| MDOI, Inc. | 07.92600% |
| Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |
| Serendipity Exploration Corporation | 03.82300% |
| Colton Gulf Coast, Inc. | 26.71300% |

| OCS-G05393 | Serial Register Page | 31-May-2019 |
|---|---|---|
| | | Page 3 of 9 |

| | | |
|---|---|---|
| **24-Feb-1993** | Operating rights interest is now held as follows, effective 1/5/1990: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet | |
| | DelMar Operating, Inc. | 09.10435% |
| | Elf Aquitaine Oil Programs, Inc. | 14.23300% |
| | DelMar/MM 1985 Exploration Limited Partnership | 19.83485% |
| | MDOI, Inc. | 07.92600% |
| | Elf Aquitaine Exploration, Inc. (M. M.) | 05.00880% |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 26.71300% |
| | Baralonco Exploration, Inc. | 13.35700% |
| **24-Feb-1993** | Operating rights interest is now held as follows, effective 12/31/1992: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet | |
| | DelMar Operating, Inc. | 09.10435% |
| | Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| | DelMar/MM 1985 Exploration Limited Partnership | 19.83485% |
| | MDOI, Inc. | 07.92600% |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 26.71300% |
| | Baralonco Exploration, Inc. | 13.35700% |
| **31-Mar-1993** | Operating rights interest is now held as follows, effective 1/5/1990: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet | |
| | DelMar Operating, Inc. | 00.20035% |
| | Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| | DelMar/MM 1985 Exploration Limited Partnership | 19.83485% |
| | MDOI, Inc. | 07.92600% |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 26.71300% |
| | Baralonco Exploration, Inc. | 13.35700% |
| | Rio Grande Drilling Company | 08.90400% |
| **31-Mar-1993** | Operating rights interest is now held as follows, effective 5/1/1992: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet | |
| | DelMar Operating, Inc. | 00.20035% |
| | Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| | DelMar/MM 1985 Exploration Limited Partnership | 19.83485% |
| | MDOI, Inc. | 07.92600% |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 26.71300% |
| | Baralonco Exploration, Inc. | 13.35700% |
| | Rio Grande Drilling Company | 07.12320% |
| | Elf Exploration, Inc. | 01.78080% |
| **28-Feb-1994** | Operating rights interest is now held as follows, effective 8/1/1993: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet | |
| | DelMar Operating, Inc. | 00.20035% |
| | Serendipity Exploration Corporation | 03.82300% |
| | Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| | Colton Gulf Coast, Inc. | 26.71300% |
| | Baralonco Exploration, Inc. | 13.35700% |
| | MDOI, Inc. | 07.92600% |
| | Rio Grande Drilling Company | 07.12320% |
| | Elf Exploration, Inc. | 01.78080% |
| | Robert Street Energy, Inc. | 19.83485% |

| OCS-G05393 | Serial Register Page | 31-May-2019 |
|---|---|---|
| | | Page 4 of 9 |

| Date | Description |
|---|---|
| 30-Jan-1995 | Operating rights interest is now held as follows, effective 1/1/1994: |

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Holder | Interest |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Colton Gulf Coast, Inc. | 26.71300% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 20.03520% |

**19-Jul-1995**  Operating rights interest is now held as follows, effective 10/1/1994:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Holder | Interest |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Baralonco Exploration, Inc. | 13.35700% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 16.65078% |
| Colton Gulf Coast, Inc. | 30.09742% |

**03-Apr-1996**  Operating rights interest is now held as follows, effective 7/1/1995:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Holder | Interest |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 16.65078% |
| Colton Gulf Coast, Inc. | 30.09742% |
| Snyder Oil Corporation | 13.35700% |

**03-Apr-1996**  Operating rights interest is now held as follows, effective 7/1/1995:

NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958 feet

| Holder | Interest |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 16.65078% |
| Colton Gulf Coast, Inc. | 33.10408% |
| Snyder Oil Corporation | 10.35034% |

**16-Dec-1996**  Operating rights interest is now held as follows, effective 8/1/1996:

NW1/4 of Block 318, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,958 feet

| Holder | Interest |
|---|---|
| Serendipity Exploration Corporation | 03.82300% |
| Elf Aquitaine Oil Programs, Inc. | 19.24180% |
| Colton Gulf Coast, Inc. | 33.10408% |
| MDOI, Inc. | 07.92600% |
| Rio Grande Drilling Company | 07.12320% |
| Elf Exploration, Inc. | 01.78080% |
| DelMar Operating, Inc. | 24.93105% |
| Snyder Oil Corporation | 02.07007% |

**27-Dec-1996**  DelMar Operating, Inc. changed its name to SOCO Offshore, Inc., effective 11/19/96.

| OCS-G05393 | Serial Register Page | 31-May-2019 |
|---|---|---|
| | | Page 5 of 9 |

| | | |
|---|---|---|
| **22-Apr-1997** | Operating rights interest is now held as follows, effective 1/1/1997: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,958 feet | |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 33.10408% |
| | Rio Grande Drilling Company | 07.12320% |
| | Elf Exploration, Inc. | 01.78080% |
| | SOCO Offshore, Inc. | 24.93105% |
| | Snyder Oil Corporation | 02.07007% |
| | Elf Aquitaine Oil Programs, Inc. | 27.16780% |
| **22-Apr-1997** | Operating rights interest is now held as follows, effective 8/1/1996: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,958 feet | |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 33.10408% |
| | Rio Grande Drilling Company | 07.12320% |
| | Elf Exploration, Inc. | 01.78080% |
| | Elf Aquitaine Oil Programs, Inc. | 27.16780% |
| | SOCO Offshore, Inc. | 27.00112% |
| **03-Feb-1998** | Elf Exploration, Inc. designates SOCO Offshore, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. | |
| **06-Apr-1998** | Operating rights interest is now held as follows, effective 3/1/1997: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,958 feet | |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 33.10408% |
| | Rio Grande Drilling Company | 07.12320% |
| | Elf Exploration, Inc. | 07.39269% |
| | Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| | SOCO Offshore, Inc. | 27.00112% |
| **06-Apr-1998** | Operating rights interest is now held as follows, effective 3/1/1997: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,958 feet | |
| | Serendipity Exploration Corporation | 03.82300% |
| | Colton Gulf Coast, Inc. | 33.10408% |
| | Rio Grande Drilling Company | 07.12320% |
| | Elf Exploration, Inc. | 12.79291% |
| | Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| | SOCO Offshore, Inc. | 21.60090% |
| **06-Apr-1998** | Operating rights interest is now held as follows, effective 3/1/1997: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,958 feet | |
| | Serendipity Exploration Corporation | 02.96282% |
| | Colton Gulf Coast, Inc. | 33.10408% |
| | Rio Grande Drilling Company | 07.12320% |
| | Elf Exploration, Inc. | 13.65309% |
| | Elf Aquitaine Oil Programs, Inc. | 21.55591% |
| | SOCO Offshore, Inc. | 21.60090% |

| OCS-G05393 | **Serial Register Page** | 31-May-2019 |
|---|---|---|
| | | Page 6 of 9 |

| Date | Entry |
|---|---|
| 06-Apr-1998 | Operating rights interest is now held as follows, effective 3/1/1997:<br>NW1/4 of Block 318, East Cameron Area, South Addition, AS TO AND ONLY AS TO those depths from the surface down to a true vertical depth of 5,958 feet<br>Serendipity Exploration Corporation 02.96282%<br>Colton Gulf Coast, Inc. 26.48326%<br>Rio Grande Drilling Company 07.12320%<br>Elf Exploration, Inc. 20.27391%<br>Elf Aquitaine Oil Programs, Inc. 21.55591%<br>SOCO Offshore, Inc. 21.60090% |
| 19-Jun-1998 | Snyder Oil Corporation designates SOCO Offshore, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 11-Feb-1999 | Elf Exploration, Inc. designates Snyder Oil Corporation as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition. |
| 11-Feb-1999 | Phillips Petroleum Company designates Snyder Oil Corporation as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition. |
| 11-Feb-1999 | Rio Grande Drilling Company designates Snyder Oil Corporation as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 11-Feb-1999 | Elf Aquitaine Oil Programs, Inc. designates Snyder Oil Corporation as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 11-Feb-1999 | Colton Gulf Coast, Inc. designates Snyder Oil Corporation as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 11-Feb-1999 | SOCO Offshore, Inc. designates Snyder Oil Corporation as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 14-May-1999 | Rio Grande, Inc. designates Snyder Oil Corporation as operator. |
| 14-May-1999 | EXCO Resources, Inc. designates Snyder Oil Corporation as operator. |
| 07-Jul-1999 | Rio Grande Drilling Company (GOM Co. No. 1698) merged with and into Rio Grande, Inc. (GOM Co. No. 1697), effective 3/17/99. The name of the surviving corporation is Rio Grande, Inc. (GOM Co. No. 1697). |
| 07-Jul-1999 | Rio Grande, Inc. (GOM Co. No. 1697) merged with and into EXCO Resources, Inc. (GOM Co. No. 2346), effective 3/30/99. The name of the surviving corporation is EXCO Resources, Inc. (GOM Co. No. 2346). |
| 03-Aug-1999 | Elf Aquitaine Oil Programs, Inc. designates Santa Fe Energy Resources, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 03-Aug-1999 | EXCO Resources, Inc. designates Santa Fe Energy Resources, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 03-Aug-1999 | Elf Exploration, Inc. designates Santa Fe Energy Resources, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 03-Aug-1999 | Colton Gulf Coast, Inc. designates Santa Fe Energy Resources, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. |
| 03-Aug-1999 | Phillips Petroleum Company designates Santa Fe Energy Resources, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, from the surface down to a true vertical depth of 5,958'. and All of Block 318, EC Area from 0 to 5958' TVD. |
| 20-Aug-1999 | SOCO Offshore, Inc. merged into DelMar Petroleum, Inc., an unqualified Delaware corporation, effective May 20, 1998. DelMar Petroleum, Inc., Institutional Services Inc., SOCO California Properties, Inc., SOCO Holdings Inc., SOCO Thomasville Inc. and Thomasville Energy Corporation, all unqualified Delaware corporations merged with and into Snyder Oil Corporation, effective May 20, 1998. Snyder Oil Corporation merged with and into Santa Fe Energy Resources, Inc. and simultaneous change of name to Santa Fe Snyder Corporation, effective May 5, 1999. The name of the surviving corporation is Santa Fe Snyder Corporation (GOM Company Number 1551). |
| 12-Oct-1999 | Operating rights interest is now held as follows, effective 1/1/1999:<br>NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease is limmited to depths from the surface down to and including a true vertical depth of 5,958 feet<br>Colton Gulf Coast, Inc. 26.48326%<br>Santa Fe Snyder Corporation 31.68692%<br>Elf Exploration, Inc. 20.27391%<br>Elf Aquitaine Oil Programs, Inc. 21.55591% |

| OCS-G05393 | Serial Register Page | 31-May-2019 |
|---|---|---|
| | | Page 7 of 9 |

| Date | Description |
|---|---|
| 26-Oct-1999 | Operating rights interest is now held as follows, effective 7/1/1999: |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease is limmited to depths from the surface down to and including a true vertical depth of 5,958 feet |
| | Elf Exploration, Inc. — 20.27391% |
| | Elf Aquitaine Oil Programs, Inc. — 21.55591% |
| | Santa Fe Snyder Corporation — 58.17018% |
| 18-Dec-2000 | Devon Merger Co., an unqualified Delaware corporation, merged with and into Santa Fe Snyder Corporation (GOM Company Number 1551) and simultaneously changed its name to Devon SFS Operating, Inc., effective 8/29/2000. The name of the surviving corporation is Devon SFS Operating, Inc. (GOM Company Number 1551). |
| 14-Feb-2001 | Elf Exploration, Inc. changed its name to TotalFinaElf E&P USA, Inc., effective 1/01/2001. |
| 12-Apr-2001 | Elf Aquitaine Oil Programs, Inc. (GOM Company No. 1141) merged with and into TotalFinaElf E&P USA, Inc, effective 1/15/2001. (GOM Company No. 1500). The name of the surviving corporation is TotalFinaElf E&P USA, Inc. (GOM Company No. 1500). |
| 12-Apr-2001 | TotalFinaElf E&P USA, Inc. designates Devon SFS Operating, Inc. as operator. of the NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958'. |
| 23-Jan-2002 | Held by prior drilling operations ended on 10/29/2001. |
| 03-Sep-2002 | Devon SFS Operating, Inc. designates Merit Energy Company as operator. NW/4 of Block 318, East Cameron Area, South Addition from 0 to 5958' TVD. |
| 03-Sep-2002 | TotalFinaElf E&P USA, Inc. designates Merit Energy Company as operator. NW/4 of Block 318, East Cameron Area, South Addition from 0 to 5958' TVD. |
| 03-Sep-2002 | Phillips Petroleum Company designates Merit Energy Company as operator. NW/4 of Block 318, East Cameron Area, South Addition from 0 to 5958' TVD. |
| 17-Sep-2002 | Operating rights interest is now held as follows, effective 4/1/2002: |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958 feet |
| | TotalFinaElf E&P USA, Inc. — 41.82982% |
| | Merit Partners, L.P. — 54.67997% |
| | Merit Energy Partners III, L.P. — 01.45425% |
| | Merit Energy Partners D-III, L.P. — 02.03596% |
| 17-Sep-2002 | Merit Energy Partners D-III, L.P. designates Merit Energy Company as operator. NW/4 of Block 318, East Cameron Area, South Addition from 0 to 5958' TVD. |
| 17-Sep-2002 | Merit Partners, L.P. designates Merit Energy Company as operator. NW/4 of Block 318, East Cameron Area, South Addition from 0 to 5958' TVD. |
| 17-Sep-2002 | Merit Energy Partners III, L.P. designates Merit Energy Company as operator. NW/4 of Block 318, East Cameron Area, South Addition from 0 to 5958' TVD. |
| 29-Jan-2003 | Phillips Petroleum Company changed its name to ConocoPhillips Company, effective 12/31/2002. |
| 01-Apr-2003 | TotalFinaElf E&P USA, Inc. designates Newfield Exploration Company as operator. NE/4;S/2 of Block 318, East Cameron Area, South Addition; and NW/4 of Block 318, East Cameron Area, South Addition from 5958' TVD and below. |
| 01-Apr-2003 | ConocoPhillips Company designates Newfield Exploration Company as operator. NE/4;S/2 of Block 318, East Cameron Area, South Addition; and NW/4 of Block 318, East Cameron Area, South Addition from 5958' TVD and below. |
| 14-Apr-2003 | Operating rights interest is now held as follows, effective 1/1/2003: |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958 feet |
| | Newfield Exploration Company — 41.82982% |
| | Merit Partners, L.P. — 54.67997% |
| | Merit Energy Partners III, L.P. — 01.45425% |
| | Merit Energy Partners D-III, L.P. — 02.03596% |
| 14-Apr-2003 | Record title interest is now held as follows, effective 1/1/2003: |
| | ConocoPhillips Company — 50.00000% |
| | Newfield Exploration Company — 50.00000% |
| 14-Apr-2003 | Newfield Exploration Company designates Merit Energy Company as operator. NW/4 of Block 318, East Cameron Area, South Addition from 0 to 5958' TVD. |
| 24-Dec-2003 | Newfield Exploration Company designates Novus Louisiana LLC as operator. NE/4;S/2 of Block 318, East Cameron Area, South Addition; and NW/4 of Block 318, East Cameron Area, South Addition from 5958' TVD and below. |
| 24-Dec-2003 | ConocoPhillips Company designates Novus Louisiana LLC as operator. NE/4;S/2 of Block 318, East Cameron Area, South Addition; and NW/4 of Block 318, East Cameron Area, South Addition from 5958' TVD and below. |

| OCS-G05393 | | Serial Register Page | 31-May-2019 |
|---|---|---|---|
| | | | Page 8 of 9 |

| | | |
|---|---|---|
| 24-Dec-2003 | Record title interest is now held as follows, effective 6/1/2003: | |
| | ConocoPhillips Company | 50.00000% |
| | Novus Louisiana LLC | 50.00000% |
| 24-Dec-2003 | Novus Louisiana LLC designates Novus Louisiana LLC as operator. NE/4;S/2 of Block 318, East Cameron Area, South Addition; and NW/4 of Block 318, East Cameron Area, South Addition from 5958' TVD and below. | |
| 24-Dec-2003 | Operating rights interest is now held as follows, effective 6/1/2003: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958 feet | |
| | Novus Louisiana LLC | 41.82982% |
| | Merit Partners, L.P. | 54.67997% |
| | Merit Energy Partners III, L.P. | 01.45425% |
| | Merit Energy Partners D-III, L.P. | 02.03596% |
| 15-Jan-2004 | Operating rights interest is now held as follows, effective 8/1/2003: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958 feet | |
| | Novus Louisiana LLC | 100.00000% |
| 15-Jan-2004 | Novus Louisiana LLC designates Novus Louisiana LLC as operator. ALL OF BLOCK 318, East Cameron Area, South Addition | |
| 15-Jan-2004 | Novus Louisiana LLC designates Novus Louisiana LLC as operator. All of Block 318, East Cameron Area, South Addition. | |
| 15-Jan-2004 | ConocoPhillips Company designates Novus Louisiana LLC as operator. All of Block 318, East Cameron Area, South Addition. | |
| 10-Dec-2004 | Record title interest is now held as follows, effective 8/27/2004: | |
| | ConocoPhillips Company | 50.00000% |
| | Novus Louisiana LLC | 37.50000% |
| | Darcy Energy, Ltd. | 12.50000% |
| 10-Dec-2004 | Darcy Energy, Ltd. designates Novus Louisiana LLC as operator. All of Block 318, East Cameron Area, South Addition. | |
| 10-Dec-2004 | Operating rights interest is now held as follows, effective 8/27/2004: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958 feet | |
| | Novus Louisiana LLC | 89.54255% |
| | Darcy Energy, Ltd. | 10.45745% |
| 25-Feb-2005 | Operating rights interest is now held as follows, effective 1/14/2005: | |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958 feet | |
| | Novus Louisiana LLC | 75.00000% |
| | Darcy Energy, Ltd. | 25.00000% |
| 25-Apr-2005 | Record title interest is now held as follows, effective 3/1/2004: | |
| | Novus Louisiana LLC | 87.50000% |
| | Darcy Energy, Ltd. | 12.50000% |
| 09-Mar-2006 | Record title interest is now held as follows, effective 9/30/2005: | |
| | Novus Louisiana LLC | 75.00000% |
| | Darcy Energy, Ltd. | 25.00000% |
| 09-Mar-2006 | Darcy Energy, Ltd. designates Novus Louisiana LLC as operator. All of Block 318, East Cameron Area, South Addition. | |
| 10-Mar-2006 | Darcy Energy, Ltd. changed its name to Darcy Energy, LLC, effective 29-DEC-2005. | |
| 19-Jun-2006 | Novus Louisiana LLC changed its name to Medco Energi US LLC, effective 03/10/2006. | |
| 23-Jun-2006 | Held by prior production, production ceased on 02/28/2006. | |
| 21-Sep-2006 | Held by drilling operations started on 07/02/2004. | |
| 31-Jul-2007 | Held by prior drilling operations ended on 02/13/2007. | |
| 19-Sep-2007 | Darcy Energy LLC changed its name to Leed Petroleum LLC, effective 07/24/2007. | |
| 20-Sep-2007 | Production resumed on 12/31/2006. | |
| 21-Aug-2008 | Held by prior production, production ceased on 06/04/2008. | |
| 19-Dec-2008 | Suspension of production approved from 12/18/2008 through 4/30/2009. | |
| 19-Oct-2009 | Suspension of production approved from 10/1/2009 through 1/31/2010. | |
| 05-Feb-2010 | Suspension of production approved from 2/1 through 3/31/2010. | |
| 21-Apr-2010 | Held by prior workover operations ended on 03/12/2010. | |
| 24-Mar-2011 | Production resumed on 09/30/2010. | |
| 21-Jul-2011 | Held by prior production, production ceased on 05/02/2011. | |

| OCS-G05393 | **Serial Register Page** | 31-May-2019 |
|---|---|---|
| | | Page 9 of 9 |

| | |
|---|---|
| **24-Aug-2011** | Record title interest is now held as follows, effective 5/17/2011: |
| | Medco Energi US LLC                              75.00000% |
| | Marlin GOM I, L.L.C.                                25.00000% |
| **24-Aug-2011** | Marlin GOM I, L.L.C. designates Medco Energi US LLC as operator. ALL OF BLOCK 318, East Cameron Area, South Addition. |
| **26-Oct-2011** | Operating rights interest is now held as follows, effective 5/17/2011: |
| | NW1/4 of Block 318, East Cameron Area, South Addition, INSOFAR AND ONLY INSOFAR as the lease covers depths from the surface down to and including a TVD of 5,958 feet |
| | Medco Energi US LLC                                75.00000% |
| | Marlin GOM I, L.L.C.                                25.00000% |
| **21-Nov-2011** | Held by prior workover operations ended on 10/15/2011. |
| **21-May-2012** | Lease terminated on 04/13/2012. |