*RUE 30210*



# United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123 2394

In Reply Refer To:  GM 274E                    March 12, 2014

Ms. Julie Howell
Regulatory Manager
Medco Energi US LLC
P.O. Box 52506
Lafayette, LA 70505-2506

Dear Ms. Howell:

Reference is made to your request for a Right-of-Use and Easement (RUE) received by the Bureau of Ocean Energy Management (BOEM) on February 14, 2012 and amended March 20, 2012 and March 12, 2014.

BOEM hereby approves the subject RUE grant, effective March 12, 2014, in accordance with 30 CFR 550.160 et seq.

This RUE grant includes maintenance of Platform B (complex ID 1836), East Cameron (EC) Block 318 (terminated Lease OCS-G 05393) for processing production from Wells No. 1 (API No. 177044107400) and No. 2 (API No. 177044109600) in EC Block 316 (Lease OCS-G 23803) and Wells A-1 (API No. 177044067600), A-3 (API No. 177044099700), A-4 (API No. 177044105000), and A-5 (API No. 177044107700) in EC Block 317 (Lease OCS-G 05392).

The control number assigned to this RUE grant is OCS-G 30210. Any other use of EC 318 Platform B, such as processing production from additional wells, will require a separate approval.

You must allow access to prior operators of this facility to complete their decommissioning obligations as per 30 CFR 250.1710 and/or facility access to any prior producing operator or pipeline ROW holder to complete any pipeline decommissioning obligations in accordance with 30 CFR 250.1750 through 1754. BSEE may require you to shut-in production on this facility while these decommissioning operations are being conducted.

This RUE grant expires 90 calendar days after the date the purpose for which the grant was given ceases to exist. You must notify the Regional Supervisor, Office of Leasing and Plans, Plans Section (GM 274E), in writing, within 30 calendar days after the date the purpose of the RUE grant ceases to exist.

**EXHIBIT E**

If you have any questions or comments concerning this RUE grant, please contact Chiquita Hill at (504) 736-2668.

Sincerely,

Ulunma Nwokeafor

Digitally signed by Ulunma Nwokeafor
DN: cn=Ulunma Nwokeafor, o=Plan Section, ou=BOEM, email=ulunma.nwokeafor@boem.gov, c=US
Date: 2014.03.12 17:20:53 -05'00'

for David W. Cooke
Acting Regional Supervisor
Leasing and Plans