

# United States Department of the Interior

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To:  GE 1035A

July 25, 2017

Mr. Ted Russell
Medco Energi US LLC
201 Rue Iberville, Suite 700
Lafayette, LA 70508

Dear Mr. Russell:

Reference is made to Medco Energi US LLC's (Medco) lease term decommissioning application, dated March 7, 2017 and received by this office on April 10, 2017, for Pipeline Segment Number (PSN) 8867. This application was amended with supplemental data via email dated July 25, 2017.

Specifically, Medco requests to decommission PSN 8867 in-place. PSN 8867 has been out-of-service since August 1, 2016 and will be flushed and filled during decommissioning.

In accordance with 30 CFR 250.141, an alternate compliance is requested from 30 CFR 250.1751(b), requirement to pig the pipeline. In lieu of pigging, the pipeline will be flushed with seawater, until free of hydrocarbons.

The table below describes the pipeline segment pertaining to the aforementioned application:

| PSN | Size (inches) | Length (feet) | Service | Origin | Termination |
|------|------|------|------|------|------|
| 8867 | 4 | 2,650 | Gas | Platform A East Cameron Block 317 OCS-G05392 | 30-Inch SSTI East Cameron Block 317 OCS-G05392 |

Pursuant to 30 CFR 250.1751, your request to decommission PSN 8867 in-place is hereby approved. As a reminder, pursuant to 30 CFR 250.1754, if at any time the Regional Supervisor determines that the pipeline decommissioned in-place is an obstruction, it must be removed.

Pursuant to 30 CFR 250.141, your request for an alternate compliance from 30 CFR 250.1751(b), is hereby approved.

**EXHIBIT F**

As a reminder, pursuant to 30 CFR 250.1753, you must submit a report to this office within 30 days after the completion of the pipeline decommissioning project.

Sincerely,

(for)   Bryan A. Domangue
Acting Regional Supervisor
Regional Field Operations



**United States Department of the Interior**

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To:  GE 1035A

July 25, 2017

Mr. Ted Russell
Medco Energi US LLC
201 Rue Iberville, Suite 700
Lafayette, LA 70508

Dear Mr. Russell:

Reference is made to Medco Energi US LLC's (Medco) lease term decommissioning application, dated March 7, 2017 and received by this office on April 10, 2017, for Pipeline Segment Number (PSN) 12251. This application was amended with supplemental data via email dated July 25, 2017.

Specifically, Medco requests to decommission PSN 12251 in-place. PSN 12251 has been out-of-service since August 1, 2016 and will be flushed and filled during decommissioning.

In accordance with 30 CFR 250.141, an alternate compliance is requested from 30 CFR 250.1751(b), requirement to pig the pipeline. In lieu of pigging, the pipeline will be flushed with seawater, until free of hydrocarbons.

The table below describes the pipeline segment pertaining to the aforementioned application:

| PSN | Size (inches) | Length (feet) | Service | Origin | Termination |
|-----|---------------|---------------|---------|--------|-------------|
| 12251 | 6 | 2,448 | Gas/Condensate | Platform A East Cameron Block 317 OCS-G05392 | 30-Inch SSTI East Cameron Block 317 OCS-G05392 |

Pursuant to 30 CFR 250.1751, your request to decommission PSN 12251 in-place is hereby approved. As a reminder, pursuant to 30 CFR 250.1754, if at any time the Regional Supervisor determines that the pipeline decommissioned in-place is an obstruction, it must be removed.

Pursuant to 30 CFR 250.141, your request for an alternate compliance from 30 CFR 250.1751(b), is hereby approved.

Page 2

As a reminder, pursuant to 30 CFR 250.1753, you must submit a report to this office within 30 days after the completion of the pipeline decommissioning project.

Sincerely,

(for)   Bryan A. Domangue
Acting Regional Supervisor
Regional Field Operations

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| | | | | | | |
|---|---|---|---|---|---|---|
| Lease G05392 | Area EC | Block 317 | Well Name A005 | ST 00 | BP 00 | Type Development |
| Application Status Approved | | Operator 02672 Medco Energi US LLC | | | | |

| Pay.gov | Agency | Pay.gov |
|---|---|---|
| Amount:  $125.00 | Tracking ID: EWL-APM-194623 | Tracking ID: 26408TTH |

### General Information

| | | |
|---|---|---|
| API 177044107700 | Approval Dt 10-AUG-2017 | Approved By Albert Kachic |
| Submitted Dt 09-AUG-2017 | Well Status Completed | Water Depth 225 |
| Surface Lease G05392 | Area        EC | Block |
| | | 317 |

### Approval Comments

This permit is approved with the following conditions:

All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.

A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.

A revised PE certification is needed if (1) the plug type changes in any way including changes in cement properties, (2) any plug's setting depth (even the ones that are not required per 250.1715), changes ± I 00 ' TVD, (3) the pressure test changes on any plug, (4) less cement is to be pumped, (5) more cement is to be pumped in order to isolate a hydrocarbon zone that was not anticipated in the original permit, (6) a remedial cement job is required that was not included in the original permit, or (7) any plug change that makes you deviate from the §250.1715 table.

While conducting operations, Operator must have a current OSFR Coverage for the lease (if applicable). If the lease's OSFR coverage will expire during OCS operations, you must submit an RPM to include the OSFR coverage to BSEE prior to the expired date.

All pressure containing equipment must be tested to the approved permitted pressure and recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in the approved permit, the equipment in use must be tested at a minimum to the new observed pressure. The appropriate District must be immediately notified of this pressure change and a RPM submitted to document the change.

### Correction Narrative

| |
|---|
| Permit Primary Type Abandonment Of Well Bore |
| Permit Subtype(s) |
|  Permanent Abandonment |

### Operation Description

### Procedural Narrative

Well A-5 is one of five wellbores located on the EC Block 317 A Platform, a tri-pod platform in 224' WD.  Well A-5 is a dual completion with the long string (A-5) completed in the 5600' Lower Sand and the short string (A-5D) completed in the 5600' Upper Sand.

Both completions are watered out and have been off production a few years.

| Subsurface Safety Valve |
|---|
|    Type Installed   SCSSV |

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

Lease G05392   Area EC   Block 317   Well Name A005   ST 00   BP 00   Type Development
Application Status Approved              Operator 02672 Medco Energi US LLC

Feet below Mudline 183
Maximum Anticipated Surface Pressure (psi) 1800
Shut-In Tubing Pressure (psi) 1800

### Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|------|-----|------|----------|------------------|
| * WIRELINE UNIT | 49979 | | 31-DEC-2019 | 31-DEC-2019 |

### Blowout Preventers

| | | | --- Test Pressure --- | |
|------|------|------|------|------|
| Preventer | Size | Working Pressure | Low | High |
| Wireline | | 5000 | | 3000 |

Date Commencing Work (mm/dd/yyyy) 11-MAY-2017
Estimated duration of the operation (days) 10

### Verbal Approval Information

| Official | Date (mm/dd/yyyy) |
|----------|-------------------|
| | |

### Questions

| Number | Question | Response | Response Text |
|--------|----------|----------|---------------|
| 1 | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | NO | |
| 2 | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | NO | |
| 3 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | YES | Wells are not flowing |
| 4 | Are you downhole commingling two or more reservoirs? | NO | |
| 5 | Will the completed interval be within 500 feet of a lease or unit boundary line?  If yes, then comment. | N/A | |
| 6 | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | YES | |
| 7 | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number in comments for this question) | YES | GMG290281 |

### ATTACHMENTS

| File Type | File Description |
|-----------|------------------|
| | |

BSEE FORM BSEE-0124          10-AUG-2017 15:04:26 PM          Page:   2   of   3

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392 | Area EC | Block 317 | Well Name A005 | ST 00 | BP 00 | Type Development |
|---|---|---|---|---|---|---|
| Application Status Approved | | | Operator 02672 Medco Energi US LLC | | | |

| | |
|---|---|
| pdf | Proposed Wellbore Schematic |
| pdf | Current Wellbore Schematic |
| pdf | EC 317 A5 P&A Procedure_07_25_2017 |
| pdf | PE Certification_07_25_2017 |
| pdf | Wireline Schematic 07_25_2017 |

### CONTACTS

| | |
|---|---|
| Name | Amy Fell |
| Company | Medco Energi US LLC |
| Phone Number | 337-456-7016 |
| E-mail Address | amy.fell@us.medcoenergi.com |
| Contact Description | HSE & Regulatory Coordinator |
| | Ted Russell |
| | Medco Energi US LLC |
| | 337-456-7018 |
| | ted.russell@us.medcoenergi.com |
| | Engineer |

CERTIFICATION: I certify that information submitted is complete and accurate to the best of my knowledge. I understand that making a false statement may subject me to cr

Name and Title                                          Date

Amy Fell, Sr. Production Accountant/HSE &               09-AUG-2017

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 11/4 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC 20240.



# United States Department of the Interior
## BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

In Reply Refer To:  GE 1035A

August 31, 2017

Ms. Amy Fell
Medco Energi US LLC
201 Rue Iberville
Suite 700
Lafayette, Louisiana 70508

Dear Ms. Fell:

Reference is made to the following application that has been reviewed by this office:

Application Type:   Right-of-Way Relinquishment and Pipeline Decommissioning (Complete)
Application Date:   July 20, 2017
Work Description:   Abandon pipeline in-place and relinquish in its entirety ROW G28963

| Segment Number | Size (inches) | Length (feet) | Service | From | To |
|---|---|---|---|---|---|
| 17954 | 06 | 25,537 | Gas/ Condensate | Platform B East Cameron Area Block 318 | an 8-inch SSTI East Cameron Area Block 320 |

Assigned Right-of-Way Number: OCS-G28963
Effective Date of Relinquishment: July 27, 2017

In accordance with 30 CFR 250.1751, your request to decommission this pipeline is hereby approved, and in accordance with 30 CFR 1010 (h), the requirement that the pipeline be removed is hereby waived.

Pursuant to 30 CFR 250.141, your request to not pig the pipeline and flush until clean is hereby approved.

You must complete the aforementioned decommissioning operations within 180 days of the date of this letter.

Sincerely,

Frank Patton

For:    Bryan A. Domangue
        Acting Regional Supervisor
        Regional Field Operations

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| | | | | | |
|---|---|---|---|---|---|
| Lease G05393 | Area EC | Block 318 | Well Name A002 ST 00 BP 00 | Type Development | |
| Application Status Approved | | Operator 02672 Medco Energi US LLC | | | |

| | | |
|---|---|---|
| Pay.gov Amount: $125.00 | Agency Tracking ID: EWL-APM-194558 | Pay.gov Tracking ID: 26408H0K |

### General Information

| | | |
|---|---|---|
| API 177044071600 | Approval Dt 14-SEP-2017 | Approved By Albert Kachic |
| Submitted Dt 09-AUG-2017 | Well Status Temporarily Abandoned | Water Depth 223 |
| Surface Lease G05392 | Area EC | Block 317 |

**Approval Comments**

This permit is approved with the following conditions:
All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.
A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.

**Correction Narrative**

Permit Primary Type Abandonment Of Well Bore

Permit Subtype(s)
  Permanent Abandonment

**Operation Description**

**Procedural Narrative**

Well A-2 is one of five wellbores located on the EC Block 317 A Platform, a tri-pod platform in 224' WD. Well A-2, with its surface location in EC Block 317, is a dual completion that has a bottom hole location in EC Block 318 (both completion intervals are located on the EC 318 lease and have not produced in several years).

Medco Energi US LLC lost the OCS-G 5393 lease on April 13, 2012. All the wells with surface and bottom hole locations in EC Block 318 (B-3, B-4, and B-5) were plugged and abandoned in 2013. An APM was submitted in 2013 to perform a temporary abandonment of this well, plugging the well back to the EC 317 Lease. This temporary abandonment/zonal isolation work was completed June 20, 2014.

The following procedure will start from this temporary abandonment state and end with the final plug and abandonment of the well.

**Subsurface Safety Valve**
  Type Installed  SCSSV
  Feet below Mudline 145
  Maximum Anticipated Surface Pressure (psi) 0
  Shut-In Tubing Pressure (psi)  0

### Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|---|---|---|---|---|
| * WIRELINE UNIT | 49979 | | 31-DEC-2019 | 31-DEC-2019 |

BSEE FORM BSEE-0124          14-SEP-2017 14:45:41 PM          Page:  1  of  3

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05393 | Area EC | Block 318 | Well Name A002 | ST 00 | BP 00 | Type Development |
|---|---|---|---|---|---|---|
| Application Status Approved | | Operator 02672 Medco Energi US LLC | | | | |

**Blowout Preventers**

| Preventer | Size | Working Pressure | --- Test Pressure --- | |
|---|---|---|---|---|
| | | | Low | High |
| Wireline | | 5000 | | 1500 |

Date Commencing Work (mm/dd/yyyy) 11-APR-2018

Estimated duration of the operation (days) 10

**Verbal Approval Information**

| Official | Date (mm/dd/yyyy) |
|---|---|

**Questions**

| Number | Question | Response | Response Text |
|---|---|---|---|
| 1 | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | NO | |
| 2 | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | NO | |
| 3 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | YES | Wells are not flowing |
| 4 | Are you downhole commingling two or more reservoirs? | NO | |
| 5 | Will the completed interval be within 500 feet of a lease or unit boundary line?  If yes, then comment. | N/A | |
| 6 | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | YES | |
| 7 | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number in comments for this question) | YES | GMG290281 Please see Supplemental Attachment for OSFR waiver request |

**ATTACHMENTS**

| File Type | File Description |
|---|---|
| pdf | Proposed Wellbore Schematic |
| pdf | Current Wellbore Schematic |
| pdf | EC 318 A2 P&A Procedure Revised_09_13_2017 |
| pdf | PE Certification_07_25_2017 |
| pdf | Wireline Schematic 07_25_2017 |
| pdf | Waiver for OSFR Coverage_08_24_2017 |

BSEE FORM BSEE-0124          14-SEP-2017 14:45:41 PM          Page:    2    of    3

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05393   Area EC   Block 318   Well Name A002   ST 00   BP 00   Type Development |
|---|
| Application Status Approved        Operator 02672 Medco Energi US LLC |

| | |
|---|---|
| pdf | Non-OSFR approval |
| pdf | EC 318 No. 2 WAR Abandonment_June 2014 |

| CONTACTS | |
|---|---|
| Name | Ted Russell |
| Company | Medco Energi US LLC |
| Phone Number | 337-456-7018 |
| E-mail Address | ted.russell@us.medcoenergi.com |
| Contact Description | Engineer |
| | Amy Fell |
| | Medco Energi US LLC |
| | 337-456-7016 |
| | amy.fell@us.medcoenergi.com |
| | HSE & Regulatory Coordinator |

CERTIFICATION: I certify that information submitted is complete and accurate to the
best of my knowledge.  I understand that making a false statement may subject me to c)

Name and Title

Amy Fell, Sr. Production Accountant/HSE &

Date

14-SEP-2017

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires
us to inform you that we collect this information to obtain knowledge of equipment and
procedures to be used in drilling operations. MMS uses the information to evaluate and
approve or disapprove the adequacy of the equipment and/or procedures to safely perform the
proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are
covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not
required to respond to, a collection of information unless it displays a currently valid
OMB Control Number. Public reporting burden for this form is estimated to average 11/4
hours per response, including the time for reviewing instructions, gathering and
maintaining data, and completing and reviewing the form. Direct comments regarding the
burden estimate or any other aspect of this form to the Information Collection Clearance
Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC
20240.

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lease G05392 | Area EC | Block 317 | Well Name A004 | ST 00 | BP 00 | Type Development | |

Application Status  Approved          Operator 02672 Medco Energi US LLC

| | | |
|---|---|---|
| Pay.gov<br>Amount:  $125.00 | Agency<br>Tracking ID: EWL-APM-194622 | Pay.gov<br>Tracking ID: 26408ML3 |

### General Information

| | | |
|---|---|---|
| API 177044105000 | Approval Dt 20-SEP-2017 | Approved By Albert Kachic |
| Submitted Dt 09-AUG-2017 | Well Status Completed | Water Depth 224 |
| Surface Lease G05392 | Area        EC | Block |
| | | 317 |

### Approval Comments

This permit is approved with the following conditions:
All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.
A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.

A revised PE certification is needed if (1) the plug type changes in any way including changes in cement properties, (2) any plug's setting depth (even the ones that are not required per 250.1715), changes ± I 00 ' TVD, (3) the pressure test changes on any plug, (4) less cement is to be pumped, (5) more cement is to be pumped in order to isolate a hydrocarbon zone that was not anticipated in the original permit, (6) a remedial cement job is required that was not included in the original permit, or (7) any plug change that makes you deviate from the §250.1715 table.
All pressure containing equipment must be tested to the approved permitted pressure and recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in the approved permit, the equipment in use must be tested at a minimum to the new observed pressure. The appropriate District must be immediately notified of this pressure change and a RPM submitted to document the change.

### Correction Narrative

| |
|---|
| Permit Primary Type Abandonment Of Well Bore |
| Permit Subtype(s) |
|   Permanent Abandonment |

### Operation Description

### Procedural Narrative

Well A-4 is one of five wellbores located on the EC Block 317 A Platform, a tri-pod platform in 224' WD.  Well A-4 is a dual completion with the long string (A-4) completed in the 5600' Sand and the short string (A-4D) completed in the 5200'Sand.

The short string completion is watered out and has been off production a few years. Production from the long string completion has fallen off to a point that it is no longer economical.

### Subsurface Safety Valve

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lease G05392 | Area EC | Block 317 | Well Name A004 | ST 00 | BP 00 | Type Development |
| Application Status Approved | | Operator 02672 Medco Energi US LLC | | | | | |

Type Installed  SCSSV
Feet below Mudline 195
Maximum Anticipated Surface Pressure (psi) 1800
Shut-In Tubing Pressure (psi) 1800

### Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|---|---|---|---|---|
| * WIRELINE UNIT | 49979 | | 31-DEC-2019 | 31-DEC-2019 |

### Blowout Preventers

| | | | --- Test Pressure --- | |
|---|---|---|---|---|
| Preventer | Size | Working Pressure | Low | High |
| Wireline | | 5000 | | 3000 |

Date Commencing Work (mm/dd/yyyy) 01-MAY-2018
Estimated duration of the operation (days) 10

### Verbal Approval Information

Official                          Date (mm/dd/yyyy)

### Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| 1 | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | NO | |
| 2 | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | NO | |
| 3 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | YES | Wells are not flowing |
| 4 | Are you downhole commingling two or more reservoirs? | NO | |
| 5 | Will the completed interval be within 500 feet of a lease or unit boundary line?  If yes, then comment. | N/A | |
| 6 | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | YES | |
| 7 | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number in comments for this question) | YES | GMG290281 Please see Supplemental Attachment for no OSFR coverage |

**ATTACHMENTS**

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392   Area EC    Block 317      Well Name A004    ST 00    BP 00   Type Development |
|---|
| Application Status Approved          Operator 02672 Medco Energi US LLC |

| File Type | File Description |
|---|---|
| pdf | Proposed Wellbore Schematic |
| pdf | Current Wellbore Schematic |
| pdf | PE Certification 07_25_2017 |
| pdf | WirelineSchematic _07_25_2017 |
| pdf | OSFR Coverage Waiver_08_24_2017 |
| pdf | EC 317 A4 P&A Procedure_07_25_2017 |
| pdf | OSFR Waiver |

### CONTACTS

| Name | Amy Fell |
|---|---|
| Company | Medco Energi US LLC |
| Phone Number | 337-456-7016 |
| E-mail Address | amy.fell@us.medcoenergi.com |
| Contact Description | HSE & Regulatory Coordinator |
| | Ted Russell |
| | Medco Energi US LLC |
| | 337-456-7018 |
| | ted.russell@us.medcoenergi.com |
| | Engineer |

CERTIFICATION: I certify that information submitted is complete and accurate to the
best of my knowledge.  I understand that making a false statement may subject me to c)

Name and Title

Amy Fell, Sr. Production Accountant/HSE &

Date

14-SEP-2017

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires
us to inform you that we collect this information to obtain knowledge of equipment and
procedures to be used in drilling operations. MMS uses the information to evaluate and
approve or disapprove the adequacy of the equipment and/or procedures to safely perform the
proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are
covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not
required to respond to, a collection of information unless it displays a currently valid
OMB Control Number. Public reporting burden for this form is estimated to average 11/4
hours per response, including the time for reviewing instructions, gathering and
maintaining data, and completing and reviewing the form. Direct comments regarding the
burden estimate or any other aspect of this form to the Information Collection Clearance
Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC
20240.

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392    Area EC    Block 317       Well Name  A001    ST 01    BP 00    Type Exploratory |
|---|
| Application Status  Approved          Operator 02672 Medco Energi US LLC |

| Pay.gov<br>Amount:   $125.00 | Agency<br>Tracking ID: EWL-APM-194568 | Pay.gov<br>Tracking ID: 26408BGO |
|---|---|---|

### General Information

| API 177044067601 | Approval Dt 21-SEP-2017 | Approved By Albert Kachic |
|---|---|---|
| Submitted Dt 01-AUG-2017 | Well Status Completed | Water Depth 223 |
| Surface Lease  G05392 | Area      EC | Block<br>317 |

### Approval Comments

This permit is approved with the following conditions:
All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease
terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and
Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and
any written instructions or orders of the District Manager.
A copy of this permit (including all attachments) must be kept on location and made
available to inspectors upon request during the permitted operation.

A revised PE certification is needed if (1) the plug type changes in any way including
changes in cement properties, (2) any plug's setting depth (even the ones that are not
required per 250.1715), changes ± I 00 ' TVD, (3) the pressure test changes on any plug,
(4) less cement is to be pumped, (5) more cement is to be pumped in order to isolate a
hydrocarbon zone that was not anticipated in the original permit, (6) a remedial cement job
is required that was not included in the original permit, or (7) any plug change that makes
you deviate from the §250.1715 table.

All pressure containing equipment must be tested to the approved permitted pressure and
recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in
the approved permit, the equipment in use must be tested at a minimum to the new observed
pressure. The appropriate District must be immediately notified of this pressure change and
a RPM submitted to document the change.

### Correction Narrative

| Permit Primary Type Abandonment Of Well Bore |
|---|
| Permit Subtype(s)<br> Permanent Abandonment |

### Operation Description

### Procedural Narrative

Well A-1ST is one of five wellbores located on the EC Block 317 A Platform, a tri-pod
platform in 224' WD.  Well A-1ST is a dual completion with the long string (A-1) completed
in the 5600' Sand and the short string (A-1D) completed in the 5200'Sand.  Both of these
completions watered out and have been off production a few years. (This well was originally
drilled as the OCS-G 5392 Well No. 2ST in 1988, then temporary abandoned, with the use of a
mudline hanger system.  The 30" drive pipe was cut off at 297' (11' above ML).

The EC 317 A Platform was installed over this stub in 1989.  A 350' Class ILC rig was used
to tieback and complete the well.  The 16" conductor casing, 10 ¾" surface casing, and 7
5/8" production casing were all tied back to the surface.  The 30" drive pipe was not tied

BSEE FORM BSEE-0124          21-SEP-2017 14:14:53 PM          Page:   1  of   4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

Lease G05392   Area EC   Block 317   Well Name A001   ST 01   BP 00   Type Exploratory
Application Status Approved   Operator 02672 Medco Energi US LLC

back to the surface.  The well was renamed OCS-G 5392 Well No. A-1ST.]

Subsurface Safety Valve
  Type Installed  SCSSV
  Feet below Mudline 209
  Maximum Anticipated Surface Pressure (psi) 1800
  Shut-In Tubing Pressure (psi) 1800

### Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|------|-----|------|----------|------------------|
| * WIRELINE UNIT | 49979 | | 31-DEC-2019 | 31-DEC-2019 |

### Blowout Preventers

| Preventer | Size | Working Pressure | --- Test Pressure --- Low | High |
|-----------|------|------------------|-----|------|
| Wireline | | 5000 | | 3000 |

Date Commencing Work (mm/dd/yyyy)  01-APR-2018
Estimated duration of the operation (days) 10

### Verbal Approval Information

Official                          Date (mm/dd/yyyy)

### Questions

| Number | Question | Response | Response Text |
|--------|----------|----------|---------------|
| 1 | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | NO | |
| 2 | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | NO | |
| 3 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | YES | Wells are not flowing |
| 4 | Are you downhole commingling two or more reservoirs? | NO | |
| 5 | Will the completed interval be within 500 feet of a lease or unit boundary line?  If yes, then comment. | N/A | |
| 6 | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | NO | Casings to be cut at 7 ft below Mudline in lieu of 15 ft, please see waiver request |

BSEE FORM BSEE-0124        21-SEP-2017 14:14:53 PM        Page:   2   of   4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392 | Area EC | Block 317 | Well Name A001 | ST 01 | BP 00 | Type Exploratory |
|---|---|---|---|---|---|---|

Application Status Approved        Operator 02672 Medco Energi US LLC

### Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| 7 | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number in comments for this question) | YES | GMG290281 Please see Supplemental Attachment for no OSFR Coverage |

### ATTACHMENTS

| File Type | File Description |
|---|---|
| pdf | Proposed Wellbore Schematic |
| pdf | Current Wellbore Schematic |
| pdf | EC 317 A 1ST Waiver_08_15_2017 |
| pdf | EC 317 Lease Info Regarding 11' Cut_ Waiver Req_08_24_2017 |
| pdf | EC 318 Soil Analysis_Similiar to EC 317_08_24_2017 |
| pdf | EC 317 A1  OSFR Coverage Waiver_08_24_2017 |
| pdf | OSFR Waiver |
| pdf | WAIVER-CUTTING DEPTH OF CASING |
| pdf | EC 317 A1ST P&A Procedure_08_15_2017 |
| pdf | PE Certification_07_25_2017 |
| pdf | Wireline Schematic 07_25_2017 |

### CONTACTS

| | |
|---|---|
| Name | Ted Russell |
| Company | Medco Energi US LLC |
| Phone Number | 337-456-7018 |
| E-mail Address | ted.russell@us.medcoenergi.com |
| Contact Description | Engineer |
| | Amy Fell |
| | Medco Energi US LLC |
| | 337-456-7016 |
| | amy.fell@us.medcoenergi.com |
| | HSE & Regulatory Coordinator |

CERTIFICATION: I certify that information submitted is complete and accurate to the best of my knowledge.  I understand that making a false statement may subject me to c)

| Name and Title | Date |
|---|---|
| Amy Fell, Sr. Production Accountant/HSE & | 14-SEP-2017 |



# United States Department of the Interior

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To:  GE 1023A

October 6, 2017

Ms. Amy Fell
Medco Energi LLC
201 Rue Iberville, Suite 700
Lafayette, Louisiana  70505-2506
amy.fell@us.medcoenergi.com

RE:  **Decommissioning Application for East Cameron Block 317 Structure "A", Lease
OCS-G05392, Complex ID 23361**

Dear Ms. Fell:

By application dated July, 19, 2017, Medco Energi LLC requested approval to remove the
following structure using explosive methods:

| CID-STR NO. | AREA | BLOCK | NAME | AUTHORITY |
|---|---|---|---|---|
| 23361-1 | East Cameron | 317 | A | OCS-G05392 |

In accordance with the requirements of 30 CFR §250.1725-1728, the platform removal
application is hereby approved as proposed. This approval is valid for a two-year period effective
as of the date of this letter; however, it does not affect the obligation of Medco Energi LLC to
remove the platform as specified in 30 CFR 250.1725(a) and Notice to Lessees (NTL) No. 2010-
G05.  If the proposed operation is not complete within the two-year period, a new application
and cost recovery fee will need to be filed and approved before proceeding.

This approval to proceed with the platform removal operations as proposed is subject to
following conditions:

1.  Medco Energi LLC will implement mitigative measures described in Enclosure 1:
    Mitigation Requirements.
2.  Medco Energi LLC will provide a copy of this approval correspondence to the
    decommissioning contractors to be maintained on site during platform removal
    operations.
3.  All approvals for the decommissioning and removal of the wells and decommissioning
    and/or modification of pipelines supported by this platform must be obtained from the
    Bureau of Safety and Environmental Enforcement (BSEE) Lake Charles District and
    Pipelines Section, respectively, prior to the removal of this platform.

4. Prior to commencement of removal operations, provide this office and the appropriate district office with 48 hours advance notice to allow the BSEE to provide on-site observers.
5. Within 30 days of the completion of the platform removal operation, Medco Energi LLC shall submit to this office and the BSEE Lake Charles District office a comprehensive report in accordance with 30 CFR §250.1729.
6. You must submit a site clearance verification plan in accordance with NTL 98-26.

If there are pipelines within the immediate proximity of this platform, precautions should be taken during the removal of this structure as detailed in Notice to Lessees and Operators No. 2008-G05.

Please contact Ms. Marilyn Sauls (504) 736-7509 or Mr. Paul Versowsky (504) 736-2634 if you have any questions.

Sincerely,

**TOMMY
KAPESIS**

for:    Bryan A. Domangue
Acting Regional Supervisor
Regional Field Operations

Enclosures

cc:    Karen.Miller@bsee.gov
Megan.Kesterson@noaa.gov
Bryan.Domangue@bsee.gov
Paul.Versowsky@bsee.gov
Stephen.Dessauer2@bsee.gov
pipelines@bsee.gov

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392    Area EC    Block 317    Well Name A003    ST 00    BP 00    Type Development |
|---|
| Application Status Approved          Operator 02672 Medco Energi US LLC |

| Pay.gov | Agency | Pay.gov |
|---|---|---|
| Amount:  $125.00 | Tracking ID: EWL-APM-194597 | Tracking ID: 26408HOF |

### General Information

| API 177044099700 | Approval Dt 12-OCT-2017 | Approved By Albert Kachic |
|---|---|---|
| Submitted Dt 14-SEP-2017 | Well Status Completed | Water Depth 224 |
| Surface Lease G05392 | Area        EC | Block        317 |

**Approval Comments**

This permit is approved with the following conditions:

All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.

A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.

All notifications and test results required as per 250.737(d)(2)(ii), 250.737(d)(3)(iii) and 250.737(d)(4)(iv) must be sent to the District Manager, Well Operations Section Chief, Supervisory Inspector, and the Lead Inspector.

All pressure containing equipment must be tested to the approved permitted pressure and recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in the approved permit, the equipment in use must be tested at a minimum to the new observed pressure.  The appropriate District must be immediately notified of this pressure change and a RPM submitted to document the change.

**Correction Narrative**

| Permit Primary Type Abandonment Of Well Bore |
|---|
| Permit Subtype(s) |
|   Permanent Abandonment |

**Operation Description**

**Procedural Narrative**

Well A-3 is one of five wellbores located on the EC Block 317 A Platform, a tri-pod platform in 224' WD.  Well A-3 is a single completion completed in the 3300' Sand.  This completion has pressure depleted, with a production rate that has become non-economical to operate.

The maximum anticipated surface pressure during this operation will be approximately 1100 psig, based on the maximum SITP's seen in this wellbore.

The wireline lubricators used on this project will have a minimum working pressure of 5000 psig and will be tested to 3000 psig (high) and 250 -350 psig (low).

**Subsurface Safety Valve**

BSEE FORM BSEE-0124          12-OCT-2017 11:00:25 AM          Page:   1   of   4

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392    Area EC    Block 317      Well Name A003     ST 00    BP 00    Type Development |
|---|
| Application Status  Approved          Operator 02672 Medco Energi US LLC |

Type Installed   SCSSV
Feet below Mudline  167
Maximum Anticipated Surface Pressure (psi) 1100
Shut-In Tubing Pressure (psi)  1100

### Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|---|---|---|---|---|
| * WIRELINE UNIT | 49979 |  | 31-DEC-2019 | 31-DEC-2019 |

### Blowout Preventers

| | | | --- Test Pressure --- | |
|---|---|---|---|---|
| Preventer | Size | Working Pressure | Low | High |
| Wireline | | 5000 | | 3000 |

Date Commencing Work (mm/dd/yyyy) 21-APR-2018
Estimated duration of the operation (days) 10

### Verbal Approval Information
Official                              Date (mm/dd/yyyy)

### Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| 1 | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | NO | |
| 2 | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | NO | |
| 3 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | YES | Wells are not flowing |
| 4 | Are you downhole commingling two or more reservoirs? | NO | |
| 5 | Will the completed interval be within 500 feet of a lease or unit boundary line?  If yes, then comment. | N/A | |
| 5 | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | YES | |

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392    Area EC    Block 317    Well Name A003   ST 00   BP 00   Type Development |
|---|
| Application Status Approved         Operator 02672 Medco Energi US LLC |

**Questions**

| Number | Question | Response | Response Text |
|---|---|---|---|
| 7 | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number in comments for this question) | YES | GMG290281<br>Please see Supplemental Attachment for no OSFR coverage |
| | | | GMG290281 |

**ATTACHMENTS**

| File Type | File Description |
|---|---|
| pdf | EC 317 A3   P&A Procedure_07_25_2017 |
| pdf | OSFR Coverage Waiver _08_24_2017 |
| pdf | Proposed Wellbore Schematic |
| pdf | Current Wellbore Schematic |
| pdf | PE Certification 07_25_2017 |
| pdf | R/U Wireline Schematic |

**CONTACTS**

| | |
|---|---|
| Name | Amy Fell |
| Company | Medco Energi US LLC |
| Phone Number | 337-456-7016 |
| E-mail Address | amy.fell@us.medcoenergi.com |
| Contact Description | HSE & Regulatory Coordinator |
| | Ted Russell |
| | Medco Energi US LLC |
| | 337-456-7018 |
| | ted.russell@medcoenergi.com |
| | Engineer |

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| | | | | | |
|---|---|---|---|---|---|
| Lease G05392 | Area EC | Block 317 | Well Name A003 | ST 00  BP 00 | Type Development |
| Application Status Approved | | Operator 02672 Medco Energi US LLC | | | |

| Pay.gov | Agency | Pay.gov |
|---|---|---|
| Amount:  $125.00 | Tracking ID: EWL-APM-194597 | Tracking ID: 26408HOF |

**General Information**

| | | |
|---|---|---|
| API 177044099700 | Approval Dt 12-OCT-2017 | Approved By Albert Kachic |
| Submitted Dt 14-SEP-2017 | Well Status Completed | Water Depth 224 |
| Surface Lease G05392 | Area      EC | Block |
| | | 317 |

**Approval Comments**

This permit is approved with the following conditions:

All operations must be conducted in accordance with the OCS Lands Act (OCSLA), the lease terms and stipulations, the regulations of 30 CFR Part 250, Notices to Lessees and Operators (NTLs), the approved (revised) Application for Permit to Modify (APM/RPM), and any written instructions or orders of the District Manager.

A copy of this permit (including all attachments) must be kept on location and made available to inspectors upon request during the permitted operation.

All notifications and test results required as per 250.737(d)(2)(ii), 250.737(d)(3)(iii) and 250.737(d)(4)(iv) must be sent to the District Manager, Well Operations Section Chief, Supervisory Inspector, and the Lead Inspector.

All pressure containing equipment must be tested to the approved permitted pressure and recorded on the daily operations report. If well pressures exceed the SITP/MASP stated in the approved permit, the equipment in use must be tested at a minimum to the new observed pressure.  The appropriate District must be immediately notified of this pressure change and a RPM submitted to document the change.

**Correction Narrative**

| |
|---|
| Permit Primary Type Abandonment Of Well Bore |
| Permit Subtype(s) |
| Permanent Abandonment |

**Operation Description**

**Procedural Narrative**

Well A-3 is one of five wellbores located on the EC Block 317 A Platform, a tri-pod platform in 224' WD.  Well A-3 is a single completion completed in the 3300' Sand.  This completion has pressure depleted, with a production rate that has become non-economical to operate.

The maximum anticipated surface pressure during this operation will be approximately 1100 psig, based on the maximum SITP's seen in this wellbore.
The wireline lubricators used on this project will have a minimum working pressure of 5000 psig and will be tested to 3000 psig (high) and 250 -350 psig (low).

**Subsurface Safety Valve**

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| | |
|---|---|
| Lease G05392    Area EC    Block 317    Well Name  A003    ST 00    BP 00    Type Development | |
| Application Status  Approved    Operator 02672 Medco Energi US LLC | |

Type Installed   SCSSV
Feet below Mudline  167
Maximum Anticipated Surface Pressure (psi) 1100
Shut-In Tubing Pressure (psi)  1100

### Rig Information

| Name | Id | Type | ABS Date | Coast Guard Date |
|---|---|---|---|---|
| * WIRELINE UNIT | 49979 | | 31-DEC-2019 | 31-DEC-2019 |

### Blowout Preventers

| Preventer | Size | Working Pressure | --- Test Pressure --- Low | High |
|---|---|---|---|---|
| Wireline | | 5000 | | 3000 |

Date Commencing Work (mm/dd/yyyy) 21-APR-2018
Estimated duration of the operation (days) 10

### Verbal Approval Information

| Official | Date (mm/dd/yyyy) |
|---|---|
| | |

### Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| 1 | Is H2S present in the well? If yes, then comment on the inclusion of a Contingency Plan for this operation. | NO | |
| 2 | Is this proposed operation the only lease holding activity for the subject lease? If yes, then comment. | NO | |
| 3 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the platform? If not, please explain. | YES | Wells are not flowing |
| 4 | Are you downhole commingling two or more reservoirs? | NO | |
| 5 | Will the completed interval be within 500 feet of a lease or unit boundary line?  If yes, then comment. | N/A | |
| 6 | For permanent abandonment, will casings be cut 15 feet below the mudline? If no, then comment. | YES | |

U.S. Department of the Interior
Bureau of Safety and Environmental
Enforcement (BSEE)

OMB Control Number 1014-0026
OMB Approval Expires 05/31/2017

## Application for Permit to Modify (APM)

| Lease G05392    Area EC    Block 317    Well Name A003    ST 00    BP 00    Type Development |
| Application Status Approved         Operator 02672 Medco Energi US LLC |

### Questions

| Number | Question | Response | Response Text |
|---|---|---|---|
| 7 | Will the proposed operation be covered by an EPA Discharge Permit? (Please provide permit number in comments for this question) | YES | GMG290281 Please see Supplemental Attachment for no OSFR coverage |
| | | | GMG290281 |

### ATTACHMENTS

| File Type | File Description |
|---|---|
| pdf | EC 317 A3  P&A Procedure_07_25_2017 |
| pdf | OSFR Coverage Waiver _08_24_2017 |
| pdf | Proposed Wellbore Schematic |
| pdf | Current Wellbore Schematic |
| pdf | PE Certification 07_25_2017 |
| pdf | R/U Wireline Schematic |

### CONTACTS

| | |
|---|---|
| Name | Amy Fell |
| Company | Medco Energi US LLC |
| Phone Number | 337-456-7016 |
| E-mail Address | amy.fell@us.medcoenergi.com |
| Contact Description | HSE & Regulatory Coordinator |
| | Ted Russell |
| | Medco Energi US LLC |
| | 337-456-7018 |
| | ted.russell@medcoenergi.com |
| | Engineer |

 **United States Department of the Interior**

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply To:  GE1023A

December 27, 2017

Ms. Amy Fell
Medco Energi LLC
201 Rue Iberville, Suite 700
Lafayette, Louisiana 70505-2506
amy.fell@us.medcoenergi.com

RE:   Decommissioning Application for East Cameron Block 318 Structure "B", Expired
      Lease OCS-G05693; Cancelled RUE-G30210, Complex ID 1836

Dear Ms. Fell:

By application dated July, 19, 2017, Medco Energi LLC requested approval to remove the
following structure using explosive methods:

| CID-STR NO. | AREA | BLOCK | NAME | AUTHORITY |
|---|---|---|---|---|
| 1836-1 | East Cameron | 318 | B | RUE-G30210 |

In accordance with the requirements of 30 CFR §250.1725-1728, the platform removal application
is hereby approved as proposed. This approval is valid for a two-year period effective as of the
date of this letter; however, it does not affect the obligation of Medco Energi LLC to remove the
platform as specified in 30 CFR 250.1725(a) and Notice to Lessees (NTL) No. 2010-G05. If the
proposed operation is not complete within the two-year period, a new application and cost
recovery fee will need to be filed and approved before proceeding.

This approval to proceed with the platform removal operations as proposed is subject to following
conditions:

1. Medco Energi LLC will implement mitigative measures described in Enclosure 1:
   Mitigation Requirements.
2. Medco Energi LLC will provide a copy of this approval correspondence to the
   decommissioning contractors to be maintained on site during platform removal operations.
3. All approvals for the decommissioning and removal of the wells and decommissioning
   and/or modification of pipelines supported by this platform must be obtained from the
   BSEE Lake Charles District and Pipelines Section, respectively, prior to the removal of
   this platform.

4.  Prior to commencement of removal operations, provide this office and the appropriate district office with 48 hours advance notice to allow the Bureau of Safety and Environmental Enforcement (BSEE) to provide on-site observers.

5.  Within 30 days of the completion of the platform removal operation, Medco Energi LLC shall submit to this office and the BSEE Lake Charles District office a comprehensive report in accordance with 30 CFR §250.1729.

6.  You must submit a site clearance verification plan in accordance with NTL 98-26.

If there are pipelines within the immediate proximity of this platform, precautions should be taken during the removal of this structure as detailed in Notice to Lessees and Operators No. 2008-G05.

Please contact Ms. Marilyn Sauls (504) 736-7509 or Mr. Paul Versowsky (504) 736-2634 if you have any questions.

Sincerely,

TOMMY KAPESIS

Digitally signed by TOMMY KAPESIS
DN: c=US, o=U.S. Government, ou=Department of the
Interior, ou=Bureau of Safety and Environmental
Enforcement, cn=TOMMY KAPESIS,
0.9.2342.19200300.100.1.1=140201002310953
Date: 2017.12.27 06:18.35 -06'00'

For:    Bryan A. Domangue
        Acting Regional Supervisor
        Regional Field Operations

Enclosures

cc:     Karen.Miller@bsee.gov
        megan.kesterson@noaa.gov
        Bryan.Domangue@bsee.gov
        Paul.Versowsky@bsee.gov
        Stephen.Dessauer2@bsee.gov
        pipelines@bsee.gov

**Philip K Jones Jr.**

| | |
|---|---|
| **From:** | Martin Bech <martin.bech@us.medcoenergi.com> |
| **Sent:** | Friday, January 19, 2018 12:06 PM |
| **To:** | Philip K Jones Jr.; Joseph P Hebert |
| **Subject:** | RE: BSEE scan |
| **Attachments:** | EC 317-318 Decommissioning Bid Rev SPLIT Rev 1.16.18.xlsx |

Kirk and JP - the attached P&A comparison will be easier to use, if need be....
Martin

-----Original Message-----
From: Martin Bech
Sent: Friday, January 19, 2018 10:52 AM
To: Philip K Jones Jr. <pkjones@Liskow.com>; Joseph P Hebert <jphebert@Liskow.com>
Subject: FW: BSEE scan

Kirk and JP,

As requested, please see the attached PDF of the various BSEE approvals listed in paragraph 34 of the NS application.
Also attached is the breakdown of the EC 317/318 P&A project by components and contractor awarded.

Please let me know if you have any further questions or require additional information.

Thanks,

Martin

|  | SHORE OFFSHORE | | EC 317/318 BIDS | | | |
|  | | | TETRA TECHNOLOGIES | | | |
| P&A EC 317 WELLS | | | $ | 1,298,771 | | |
| PIPELINE DECOMMISSIONING | | | $ | 880,621 | | |
| EC 317 A DECOMMISSIONING | $ | 1,360,728 | | | | |
| EC 318 B DECOMMISSIONING | $ | 1,140,083 | | | | |
| PROPOSAL TOTALS | $ | 2,500,811 | $ | 2,179,392 | $ | 4,680,20 |

**EC 317/318 BID COMPARISON**

|  | SHORE OFFSHORE | TETRA TECHNOLOGIES | TURNKEY OFFSHORE |
|---|---|---|---|
| P&A EC 317 WELLS | $ 1,336,967 | $ 1,298,771 | $ 1,000,000 |
| PIPELINE DECOMMISSIONING | $ 1,071,589 | $ 880,621 | $ 1,086,391 |
| EC 317 A DECOMMISSIONING | $ 1,360,728 | $ 1,647,950 | $ 1,802,000 |
| EC 318 B DECOMMISSIONING | $ 1,119,083 | $ 1,531,140 | $ 2,400,000 |
| PROPOSAL TOTALS | $ 4,888,367 | $ 5,358,482 | $ 6,288,391 |

*as awarded to each contractor*