

# United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To:  MS GM 266A
OCS-G 5393

FEB 15 2019

Medco Energi US LLC
201 Rue Iberville, Suite 700
Lafayette, LA 70508
Attn: Mr. Martin K. Bech

Dear Mr. Bech:

Your letter dated February 6, 2019, requesting cancellation of Outer Continental Shelf (OCS) Mineral Lessee's and Operator's Supplemental Plugging and Abandonment Bond No. B000973, in the amount of $300,000, was received by our office on February 7, 2019. This bond, conditioned to cover Lease OCS-G 5393, all of Block 318, East Cameron Area, South Addition, was executed on July 12, 2004, with Novus Louisiana LLC as principal and U.S. Specialty Insurance Company as surety.

Attached to and forming a part of Bond No. B000973, is Name Change Bond Rider, executed on May 19, 2006, which changes the name of the principal from Novus Louisiana LLC to Medco Energi US LLC. The rider is effective April 1, 2006.

The Bureau of Safety and Environmental Enforcement has assessed the decommissioning liability for OCS-G 5393 to be $0. Therefore, the Bureau of Ocean Energy Management has no objection to cancellation of Bond No. B000973, which is considered cancelled without residual liability effective February 14, 2019, the date of final concurrence with the cancellation.

Should you need further assistance, please contact Kathleen Lee at (504) 736-5774 or boemgomrfinancialassurance@boem.gov.

Sincerely,

Bernadette Thomas
Regional Supervisor
Leasing and Plans

**EXHIBIT J**

2

cc: U.S. Specialty Insurance Company
13403 Northwest Freeway
Houston, TX 77040
Attn: Mr. W. Russell Brown, Jr.

Sent Via Email To: terry.suarez@us.medcoenergi.com , efrank@indemco.com