

# United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To: MS GM 266A
                  OCS-G 30210

**FEB 2 8 2019**

Medco Energi US LLC
201 Rue Iberville, Suite 700
Lafayette, LA 70508
Attn: Martin K. Bech

Dear Mr. Bech:

Your letter dated February 14, 2019, requesting cancellation of Outer Continental Shelf (OCS) Mineral Lessee's or Operator's Supplemental Bond No. B007900, in the amount of $1,235,000, was received by our office on February 15, 2019. This bond, conditioned to cover Right-of-Use and Easement OCS-G 30210, was executed on March 4, 2013, with Medco Energi US LLC as principal and U.S. Specialty Insurance Company as surety.

The Bureau of Safety and Environmental Enforcement has assessed the decommissioning liability for OCS-G 30210 to be $0. Therefore, the Bureau of Ocean Energy Management has no objection to cancellation of Bond No. B007900, which is considered cancelled without residual liability effective February 27, 2019, the date of final concurrence with the cancellation.

Should you need further assistance, please contact Kathleen Lee at (504) 736-5774 or boemgomrfinancialassurance@boem.gov.

Sincerely,

Bernadette Thomas
Regional Supervisor
Leasing and Plans

cc: U.S. Specialty Insurance Company
     13403 Northwest Freeway
     Houston, TX 77040
     Attn: Edwin H. Frank, III

Sent Via Email To: efrank@indemco.com , Terry.Suarez@US.Medcoenergi.com

**EXHIBIT K**